MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza -- 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,            :  NOTICE OF MOTION FOR
                                                        DEFAULT JUDGMENT
        - v -                 :
                                                          07 Civ. 2802 (LMM)
$25,475.00 IN UNITED STATES         :
CURRENCY,
                                                  :
        Defendant-in-rem.
------------------------------------x

        PLEASE TAKE NOTICE that upon the declaration of Anna E. Arreola, Assistant United States Attorney, dated May 30, 2008; upon the Clerk's Certification of default (attached hereto as Exhibit A); upon the accompanying proposed Default Judgment (attached hereto as Exhibit B); and upon all prior proceedings herein; plaintiff will move this Court before the Honorable Lawrence M. McKenna, United States District Judge, United States Courthouse, Courtroom 15D, 500 Pearl Street, New York, New York 10007, on submission, on June 30, 2008 or at a date and time to determined by the Court, for an order pursuant to Rule 55(b)(2) of the Federal rules of Civil Procedure granting default judgment on favor of the plaintiff, United States of America, and forfeiting the defendant-in-rem to the United States of America

and for such other relief as is just and proper.

Dated:    New York, New York
            May 30, 2008

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney for the
                                Southern District of New York
                                Attorney for Plaintiff
                                United States of America

                        By:       /s/
                                ANNA E. ARREOLA
                                Assistant U.S. Attorney
                                One St. Andrew's Plaza
                                New York, New York 10007
                                Tel. (212) 637-2218

<u>AFFIDAVIT OF SERVICE</u>

I, Corinne L. Scalogna, affirm, under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

I am employed with FSA in the office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On May 30, 2008, a copy of the Notice of Motion for Default Judgment, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment were sent, by certified mail, return receipt requested, to:

>Daniel T. Mentzer, Esq.
>Mentzer & Higgins, LLP.
>901 Sheridan Avenue
>Bronx, new York 10451
>
>Ronald Leon
>████████████████████
>Bronx, new York 10460
>
>Patricia Murray
>████████████████████
>Bronx, new York 10460

Executed on:   May 30, 2008
              New York, New York

_____
CORINNE L. SCALOGNA

# Exhibit A

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza -- 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,           :

        - v -                :   CLERK'S CERTIFICATION
                                                 07 Civ. 2802 (LMM)
$25,475.00 IN UNITED STATES          :
CURRENCY,
                                     :
        Defendant-in-rem.
------------------------------------x

        I, Michael McMahon, Clerk of the United States District Court for the Southern District of New York, hereby certify that the docket entries in the above-captioned case indicate that the verified complaint herein was filed on April 6, 2007, and that proof of publication was filed in the Clerk's office on September 6, 2007. No party has filed a claim or answer or otherwise moved with respect to the defendant-in-rem, and the time to file a claim with respect to the said property has expired. The default of all persons is hereby noted.

Dated:    New York, New York
           May 30, 2008

                                                                     Michael McMahon
                                                                     CLERK OF THE COURT

# Exhibit B

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA (AA - 6193)
Assistant United States Attorney
One St. Andrew's Plaza -- 3rd Floor
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :

        Plaintiff,           :

        - v -                :    DEFAULT JUDGMENT
                                  07 Civ. 2802 (LMM)
$25,475.00 IN UNITED STATES         :
CURRENCY,
                                    :

        Defendant-in-rem.    :
------------------------------------x

        WHEREAS, on April 6, 2007, the United States commenced a civil action for the forfeiture of the above-referenced defendant-in-rem (the "Defendant Currency") by the filing of a verified complaint;

        WHEREAS, on or about April 6, 2007, notice of the verified complaint was sent by regular mail to Ronald Leon ("Leon") at ███████████████████████, Bronx, New York 10460; to Patricia Murray ("Murray") at the same address; and, by certified mail, to their attorney, Daniel T. Mentzer, Esq., Mentzer & Higgins, LLP., at 901 Sheridan Avenue, Bronx, New York 10451;

        WHEREAS, the foregoing are the only persons known by

1

the Government to have a potential interest in the Defendant Currency;

WHEREAS, notice of the verified complaint and <u>in</u> <u>rem</u> warrant against the Defendant Currency was published in the <u>New York Law Journal</u> on May 21, 2007, and proof of such publication was filed with the Clerk of this Court on September 6, 2007;

WHEREAS, notice of nonjudicial forfeiture of the same property was also published in the <u>Wall Street Journal</u> on November 13, 2006, November 20, 2006, and November 27, 2006;

WHEREAS, no claims or answers have been filed or made in this judicial forfeiture action, and the requisite time periods in which to do so, as set forth in 18 U.S.C. § 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

NOW THEREFORE, on the motion of Michel J. Garcia, United States Attorney for the Southern District of New York, attorney for the plaintiff United States of America, by Assistant United States Attorney Anna E. Arreola, of counsel;

IT IS HEREBY ORDERED THAT:

1. Plaintiff United States of America shall have judgment by default against the Defendant Currency.

2. The Defendant Currency be, and the same hereby is, forfeited to the plaintiff United States of America.

      3.    The United States Marshals service shall dispose of the Defendant Currency according to law.

Dated:    New York, New York
            June ___, 2008

                      SO ORDERED:

                      _____
                      HONORABLE LAWRENCE M. McKENNA
                      UNITED STATES DISTRICT JUDGE