# Exhibit A

**◆ PUBLIC NOTICE**

# LEGAL NOTI…
# ATTENTIO…

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, becaus… or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virgin… sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to… Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized propert… the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily crimin…

FIRST NOTICE
LAST DATE TO FILE DECEMBER 18, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-472920, $1,300.00 U.S. Currency, Anchorage, AK, Serrano-Pérez, Luis AKA Figueroa-Ramirez, Michel, 09/11/06
06-DEA-474059, Assorted Marijuana Grow Equipment, VL: $1,054.69, (2) 120/240 Volt High Pressure Ballast; (2) 1000 Watt light bulbs; (1) Homemade watering system consisting of copper tubing; (1) Bemis Humidifier, Model 687-400; (1) CUL Model 3 Utility Submersible Water Pump; (2) Vertical Reflectors. Anchorage, AK, Poshek, John Thomas, 09/21/06
MIDDLE DISTRICT OF ALABAMA
07-DEA-474144, $3,642.81 U.S. Currency, Montgomery, AL, Sawyer, Reginald LaShawn, 10/05/06
NORTHERN DISTRICT OF ALABAMA
06-DEA-474115, $11,000.00 U.S. Currency, Birmingham, AL, Walker-Jackson, Marquise Cavoda, 09/28/06
DISTRICT OF ARIZONA
06-DEA-473238, $214,700.00 U.S. Currency, Yuma, AZ, Unidentified, 09/18/06
CENTRAL DISTRICT OF CALIFORNIA
06-DEA-468827, 1997 Mercury Villager, 4M2DV111VDJ61404, Santa Ana, CA, Unknown, 06/01/06
06-DEA-471870, $62,130.00 U.S. Currency, Ontario, CA, Meza, Jesus Acosta and Cardonas, Carlos and Rauda, Roberto, 07/27/06
06-DEA-473027, $409,270.00 U.S. Currency, Palm Springs, CA, Cardoza, Gloria Elizabeth, 09/27/06
06-DEA-474041, 1998 BMW 540i, WBADE632[illegible]WBV04628, Corrina, CA, Nolman, Gregory, 09/22/06
06-DEA-474157, $74,860.00 U.S. Currency, Los Angeles, CA, Carrillo-Lara, Manuel, 09/25/06
06-DEA-474158, 2006 Nissan Frontier SE Crew Cab, 1N6AD07U[illegible], Compton, CA, Chavira, Leandro, 09/27/06
06-DEA-474161, $20,000.00 U.S. Currency, Los Angeles, CA, Manuel, Raquel, 09/23/06
06-DEA-474162, $73,430.00 U.S. Currency, Riverside, CA, Ortega, Frank Henry, 10/11/06
06-DEA-474199, $1,507.00 U.S. Currency, Los Angeles, CA, Castillo-Lara, Angel, 09/26/06
06-DEA-474202, $1,300.00 U.S. Currency, Los Angeles, CA, Carrillo-Lara, Manuel, 09/25/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-471677, $99,035.00 U.S. Currency, Modesto, CA, Morales, Ricardo Ruiz AKA Morales, Ricardo, 07/21/06
06-DEA-472868, 2001 Chevrolet Tahoe SUV, 1GNEC13T41R181181, Hanford, CA, Mendoza, Eduardo Martinez AKA Mendoza, Jose Ramirez AKA Ramirez Mendoza, Jose AKA Ramirez, Jose AKA Martinez Mendoza, AKA Marquez, Martin Gomez AKA Luna, Cesar Efrain AKA Lopez, Hector, 08/31/06
06-DEA-473640, 2003 Chevrolet Silverado, 1GCEK19V53Z247367, Sacramento, CA, Zamora, Francisco, 09/26/06
06-DEA-473701, (1) Men's 18K yellow gold Rolex wrist watch, VL: $10,780.00, Nicholas, CA, Ruiz, Ky Chan, 09/20/06
06-DEA-474083, $11,320.00 U.S. Currency, Rough and Ready, CA, Duprez, Robert Louis, 09/08/06
06-DEA-474085, 2004 Toyota Tundra, 5TBDT4[illegible], Rough and Ready, CA, Duprez, Robert Louis, 09/08/06
NORTHERN DISTRICT OF CALIFORNIA
06-DEA-474096, $169,775.00 U.S. Currency, [illegible], CA, Khanh Thieu, 09/05/06
06-DEA-472865, $3,000.00 U.S. Currency, San Jose, CA, Nguyen, Tung Duy, 08/27/06
06-DEA-472858, $3,000.00 U.S. Currency, South San Francisco, CA, Gordon, Allen, 09/13/06
06-DEA-473422, Diamond in Ring Setting, VL: $27,770.00, Daly City, CA, Lin, Tong Su, 08/31/06
06-DEA-473800, $9,321.00 U.S. Currency, Santa Rosa, CA, Cervantes, Francisco and Orozco, 09/27/06
07-DEA-474071, 2000 Volkswagen Jetta, 3VWSC29M0YM141710, San Francisco, CA, Estrella-Arroyo, Roberto Carlos, 10/04/06
SOUTHERN DISTRICT OF CALIFORNIA
06-DEA-473529, $4,869.00 U.S. Currency, Lemon Grove, CA, Romero, Rachel, 09/28/06
06-DEA-473643, $1,400.00 U.S. Currency, Lakeside, CA, Nunley, Shawn Michael, 09/28/06
06-DEA-473685, 2002 Ford Explorer SUV, 1FMZU72E52ZB34418, Chula Vista, CA, Martinez, Luis Antonio, 09/22/06
07-DEA-473746, $4,205.00 U.S. Currency, San Diego, CA, Thompson, Alonzo Summer, 10/03/06
07-DEA-473750, $7,003.00 U.S. Currency, San Diego, CA, Miller, Louis Miles, 10/03/06
07-DEA-473821, $3,246.00 U.S. Currency, San Diego, CA, Piggee, Sodal Xavier, 10/05/06
DISTRICT OF COLORADO
06-DEA-473290, $30,220.00 U.S. Currency, Pueblo County, CO, Anaya-Granillo, David AKA Anaya, David AKA Granillo-Anaya, David, 09/12/06
06-DEA-473293, $9,562.00 U.S. Currency, Fort Collins, CO, Torres, Carlos, 09/05/06
06-DEA-473300, 1993 Acura Legend, JH4KA7[illegible], Pueblo County, CO, Anaya-Granillo, David AKA Anaya, David AKA Granillo-Anaya, David, 09/12/06
06-DEA-473302, 2001 Mercedes-Benz C320 Sedan, WDBRF64J01F012397, Pueblo County, CO, Moreno-Del Castillo, Joans, 09/14/06
06-DEA-473304, 1999 Chrysler 300M, [illegible], Sterling, CO, Brande, Jeffrey Davis, 09/22/06
06-DEA-473309, $15,470.00 U.S. Currency, Sterling, CO, Brande, Jeffrey Davis, 09/22/06
06-DEA-473777, 2002 Ford F150 Crew Cab, 1FTRW08L[illegible], Grand Junction, CO, Peña-Cuevas, Cornelio, 09/23/06
06-DEA-473778, $3,700.00 U.S. Currency, Grand Junction, CO, Omaha-Contreras, Carmen, 09/23/06
06-DEA-473779, $2,705.00 U.S. Currency, Grand Junction, …

06-DEA-473504, $130,494.00 U.S. Currency, Springfield, MA, Parro, Willa J., 09/15/06
06-DEA-473507, 2001 Ford Econoline Cargo Extended Van, 1FTNS24L01HB53155, Springfield, MA, Parro, Willa J., 09/15/06
07-DEA-473998, $3,000.00 U.S. Currency, Natick, MA, O'Neil, Sean, 10/04/06
DISTRICT OF MARYLAND
06-DEA-473384, $4,258.00 U.S. Currency, Baltimore, MD, Johnson, Eric, 09/27/06
06-DEA-473705, $11,000.00 U.S. Currency, Oakland, MD, Broman, David Edwald, 09/09/06
06-DEA-473788, $11,900.00 U.S. Currency, Capitol Heights, MD, Talen Jr., Brandon Leo, 09/22/06
EASTERN DISTRICT OF MICHIGAN
06-DEA-472979, One Man's Tri-Color Diamond Necklace, VL: $7,000.00, Canton, MI, Williams, Andre Ivan, 09/28/06
EASTERN DISTRICT OF MISSOURI
06-DEA-473616, $8,700.00 U.S. Currency, Earth City, MO, Williams, [illegible], 09/27/06
06-DEA-473620, 1988 Mercedes-Benz CLK320, WDBLJ65GXWF044071, St. Louis, MO, Stewart, Devon AKA Dickson, Abdul Dixon, 09/28/06
06-DEA-473671, Assorted Jewelry, VL: $34,700.00, Florissant, MO, Peterson, Nathaniel, 09/19/06
SOUTHERN DISTRICT OF MISSISSIPPI
05-DEA-449718, Assorted Weapons, VL: $700.00; (1) Davis Industries, Model D-9, 9MM Caliber Derringer, Ser No D134438; (1) Intratec, 357 Caliber Revolver, Ser No F085506; (1) Charter Arms, .38 Caliber Blue-Color, Ser No 1032874; (1) Iver Johnson Model 55-SA, .22 Caliber, Blue-Color, Ser No H80814, Yazoo City, MS, Stewart, Robert Earl, 02/09/05
EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-474026, $4,542.00 U.S. Currency, Henderson, NC, Dasliel, Carlton James, 10/05/06
06-DEA-474157, $9,990.00 U.S. Currency, Raleigh, NC, Thomas, Jermaine Lynn and Kennedy, Jocelyn Denise, 10/12/06
MIDDLE DISTRICT OF NORTH CAROLINA
06-DEA-471162, $24,890.00 U.S. Currency, Mount Airy, NC, Tobler Jr., Wolson Woods AKA Tobler, Toby, 07/25/06
06-DEA-472789, 2001 Lexus GS300, JT8BD69S310147800, Pinehurst, NC, Johnson, David Delton, 09/14/06
06-DEA-473818, First Bank, Account #3610105[illegible], VL: $18,351.48, Sanford, NC, CAD Construction, LLC, 09/19/06
06-DEA-473822, First Bank, Account #4030[illegible], VL: $5,021.62, Sanford, NC, CAD Construction, LLC, 09/14/06
06-DEA-473668, $4,076.00 U.S. Currency, Winston Salem, NC, Allen Jr., Donnie Ray and Neely, Catherine, 10/02/06
06-DEA-473690, $9,000.00 U.S. Currency, [illegible], NC, Swinson, [illegible] Darrell, 10/06/06
06-DEA-474109, $27,410.00 U.S. Currency, Durham, NC, Reid, Emmerald, 10/11/06
06-DEA-474188, 1997 Ford Expedition, 1FMEU18W[illegible], Asheboro, NC, Osorio-Cortez, Avelino, 09/15/06
06-DEA-474269, 2002 Land Rover Freelander, SALNY22[illegible], Lexington, NC, Blanco, Fermin Ivan and Perez, Simon Vargas, 10/15/06
06-DEA-473446, Mercedes Benz SL500, WDBFA67E[illegible], Asheboro, NC, Osorio-Cortez, Avelino, 09/05/06
07-DEA-474272, $4,187.00 U.S. Currency, Greensboro, NC, Earl, [illegible], 10/13/06
WESTERN DISTRICT OF NORTH CAROLINA
07-DEA-474013, $8,972.00 U.S. Currency, Gastonia, NC, Watson, Elvin Lee, 09/30/06
06-DEA-474179, $4,100.00 U.S. Currency, Hudson, NC, Parr, Jeremy Robert, 10/11/06
06-DEA-474258, $4,400.00 U.S. Currency, Charlotte, NC, Rees, Christina, 10/06/06
06-DEA-474276, $7,040.00 U.S. Currency, Charlotte, NC, Dave, Thomas AKA Ligon, Eddie Jamal, 10/05/06
07-DEA-474221, $49,670.00 U.S. Currency, Canton, NC, Martinez Santacruz, Omar Edu and Gurrola, Julian Lopez, 10/09/06
DISTRICT OF NEBRASKA
06-DEA-473846, $105,500.00 in U.S. Currency, Lincoln County, NE, Gilmore, Rondel and Butler, Michael, 10/03/06
06-DEA-473865, 1997 Honda Odyssey, JHMRA186[illegible]VC021182, Lincoln County, NE, Butler, Michael, 10/03/06
DISTRICT OF NEW HAMPSHIRE
06-DEA-473534, $18,080.00 U.S. Currency, Windham, NH, Werner, James, 09/27/06
DISTRICT OF NEW JERSEY
06-DEA-473554, $52,500.00 U.S. Currency, Jersey City, NJ, Ramirez-Rosa, Noel, 09/17/06
06-DEA-473687, $60,000.00 U.S. Currency, Edison, NJ, Thuong Thi Tong, 09/28/06
06-DEA-473848, 1999 Mercedes Benz E430, WDBJF70H[illegible], Jersey City, NJ, Huynh, Vu V., 09/27/06
DISTRICT OF NEW MEXICO
06-DEA-472612, $17,100.00 U.S. Currency, Tucumcari, NM, Martinez, Jaime, 09/08/06
06-DEA-473995, $26,450.00 U.S. Currency, Albuquerque, NM, Baez, Jessica, 09/14/06
06-DEA-474223, $20,000.00 U.S. Currency, Socorro, NM, Cortez, Araldo, 09/21/06
DISTRICT OF NEVADA
06-DEA-473307, 2000 Volkswagen Passat, WVWNA23B[illegible], Las Vegas, NV, Guzman-Chando, Carlos, 09/17/06
EASTERN DISTRICT OF NEW YORK
06-DEA-473683, 2003 Mercedes Benz C230, WDBRN40J[illegible], Islip, NY, Kim, Thanh, 09/28/06
NORTHERN DISTRICT OF NEW YORK
06-DEA-473738, $6,035.00 U.S. Currency, Schenectady, NY, Figueroa, Robert, 09/22/06
06-DEA-473865, $2,026.00 U.S. Currency, Queensbury, NY, Brown, Beacon, 09/22/06
06-DEA-473952, $9,750.00 U.S. Currency, Plattsburgh, NY, Connolly, Brian James, 09/14/06
06-DEA-474212, $5,500.00 U.S. Currency, …

06-DEA-473878, 2006 Chrysler 300C SRT 8, 2C3KA73W56H392171, Lubbock, TX, Tijerina, Noel Porales, 09/30/06
06-DEA-473883, $44,000.00 U.S. Currency, Dallas, TX, Perez Jr., Ricardo, 10/03/06
06-DEA-473908, 2004 Doo Little Master Dump Trailer, Ser No 1DXDP1427[illegible], Lubbock, TX, Tijerina, Noel Porales, 09/20/06
SOUTHERN DISTRICT OF TEXAS
06-DEA-469513, $179,575.00 U.S. Currency, Richmond, TX, Caballero, Gustavo, 06/15/06
06-DEA-473151, 2007 Nissan Sentra, 3N1CB51S91[illegible], Laredo, TX, Robles-Zuniga, Ramiro, 09/15/06
06-DEA-473531, 2000 Chevrolet Silverado, 1GCEC[illegible], Falfurrias, TX, Treviño-Ochoa, Oscar Gerardo, 09/28/06
06-DEA-473648, $22,000.00 U.S. Currency, Houston, TX, Chambers, Carl, 09/29/06
06-DEA-473665, $12,700.00 U.S. Currency, Weslaco, TX, Treviño, Crystal Sasha and Martinez, Carlos Juan, 09/21/06
07-DEA-473788, 2001 Honda Accord, 1HGCG1650[illegible], Laredo, TX, Villanueva-Hernandez, Daniel, 10/12/06
WESTERN DISTRICT OF TEXAS
06-DEA-474066, Revolver .25 Caliber Handgun with magazine, VL: $25.00, Ser No 3064147, Pecos, TX, Alvarado, Joel Eduardo, 09/27/06
DISTRICT OF UTAH
06-DEA-473846, $2,077.00 U.S. Currency, Kearns, UT, Bojorquez-Lopez, Eleodoro, 09/13/06
06-DEA-473858, $6,250.00 U.S. Currency, Kearns, UT, Bojorquez-Lopez, Lombardo, 09/13/06
06-DEA-473248, $3,150.00 U.S. Currency, Roy, UT, Redarra, Francisco, 08/29/06
06-DEA-473977, 1998 Dodge Intrepid, 2B3HD46R[illegible]WH189747, St. George, UT, Calderon-Ruiz, Jose, 09/21/06
DISTRICT OF VERMONT
06-DEA-473925, $3,900.00 U.S. Currency, Burlington, VT, Da, Thomas, 09/23/06
06-DEA-473926, $2,040.00 U.S. Currency, Burlington, VT, Frankfort, Casey A., 09/19/06
06-DEA-473924, $14,115.00 U.S. Currency, Burlington, VT, Karlsen, Evan, 09/19/06
06-DEA-473664, 1998 Oldsmobile Silhouette, 1GHDU06E2[illegible], Barre, VT, Brown, Joseph, 09/14/06
WESTERN DISTRICT OF WASHINGTON
06-DEA-472742, 2003 BMW X5 SUV, 5UXFB33553LH16607, Kent, WA, Nguyen, Hong Van, 08/06/06
06-DEA-472766, Bank of America, Account #5915469919, VL: $7,811.40, Kent, WA, Vu, A Juvonlia c/o Trinh Tuy and Nguyen, Hong Van and Vu, Trinh Tuyet, 08/06/06
06-DEA-472769, Bank of America, Account #73144645, VL: $73,282.98, Kent, WA, Vu, Trinh Tuyet and Nguyen, Hong Van, 08/06/06
06-DEA-472770, Bank of America, Account #21742713, VL: $17,783.00, Kent, WA, Vu, Trinh Tuyet and Nguyen, Hong Van, 08/08/06
06-DEA-473360, $6,720.00 U.S. Currency, Seattle, WA, Do, Dam Thanh Thi, 08/25/06
06-DEA-473360, Toshiba Satellite A05-S3063 Laptop Computer, VL: $2,000.00, Ser No 7403324SH, Seattle, WA, Do, Thanh Thi, 08/25/06
06-DEA-473656, Taurus 38 Special Revolver, VL: $265.00, Ser No SS52709, Bothell, WA, Le, Monica, 09/06/06
06-DEA-473807, $14,800.00 U.S. Currency, Redmond, WA, Dao, Ninh, 09/25/06
06-DEA-473860, $20,830.00 U.S. Currency, Auburn, WA, Le, Quoc Trung, 09/25/06
07-DEA-474116, $7,000.00 U.S. Currency, Tacoma, WA, Sepulveda-Renteria, Juan Jorge, 10/05/06
07-DEA-474121, $2,080.00 U.S. Currency, Tacoma, WA, Sepulveda-Renteria, Juan Jorge and Rosta-Martinez, Alfonso, 10/05/06
07-DEA-474142, Assorted Marijuana Grow Equipment, VL: $1,035.00, (6) Six grow bulbs; (1) Black fan, power strip, two timers; (1) One power transformer and one reflector; (1) One power transformer and reflector; (1) One grow light fixture with one bulb; (1) One grow light fixture with two bulbs; (1) One power transformer; (1) One power transformer; (1) Reflective material. Bellingham, WA, Joy, Zachery and Joy, Dan, 10/03/06
EASTERN DISTRICT OF WISCONSIN
06-DEA-470455, $2,300.00 U.S. Currency, Milwaukee, WI, Ghannam, Abdal, 07/13/06
06-DEA-473649, $3,002.00 U.S. Currency, Kenosha, WI, Steinbeck, Charles Jovan, 10/05/06
06-DEA-473451, $2,750.00 U.S. Currency, Kenosha, WI, Penhaligon, James A., 10/05/06

SECOND NOTICE
LAST DATE TO FILE DECEMBER 21, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-470928, $93,100.00 U.S. Currency in Safety Deposit Box #188, Wells Fargo Bank, Dillingham, AK, Meyer, Jeremy, 08/08/06
06-DEA-473287, $252,273.00 U.S. Currency, Tok, AK, Raftery, Randall Eric, 09/14/06
06-DEA-473971, Wells Fargo Bank, Account #110-2016341 and Account #750-2532780, VL: $5,117.62, Dillingham, AK, Meyer, Jeremy, 09/22/06
MIDDLE DISTRICT OF ALABAMA
06-DEA-473721, $3,195.00 U.S. Currency, Montgomery, AL, Hale, Lelado Raymon, 09/25/06
06-DEA-473772, $7,860.00 U.S. Currency, Montgomery, AL, Burdette, Gerard, 09/25/06
EASTERN DISTRICT OF ARKANSAS
06-DEA-473471, 2000 Ford Taurus, 1FAFP5521YG044598, West Memphis, AR, Washington, Joyce, 08/30/06
06-DEA-473710, Assorted Jewelry, VL: $18,675.00, (1) 10K yellow gold fancy 30" link chain with face of Jesus links; (1) 10K yellow gold fancy 8" link bracelet with face of Jesus links; (1) 10K yellow gold cross with 113 round diamonds …

06-DEA-472892, 1979 Ford F-100 Truck, F10GNFC8920, Miami, FL, Jimenez, Samuel Francisco, 09/05/06
06-DEA-472978, $22,770.00 U.S. Currency, Hialeah, FL, Vargas, Manfredo Avilan, 09/07/06
06-DEA-473062, 2004 1500 Dodge Ram Quad Cab Pick-up Truck, 1D7HU18DX4S517381, Sunrise, FL, Cestaro, Andrew Julian, 09/10/06
06-DEA-473223, $3,890.00 U.S. Currency, Fort Lauderdale, FL, Grimes, Darrel, 09/13/06
06-DEA-473251, $10,884.00 U.S. Currency, North Miami Beach, FL, Orozco, Norman Lenis, 09/12/06
06-DEA-473282, $5,100.00 U.S. Currency, Miami Beach, FL, Orozco, Norman Lenis, 09/19/06
06-DEA-473283, $170,965.00 U.S. Currency, Miami, FL, Orozco, Norman Lenis, 09/19/06
06-DEA-473284, $10,000.00 U.S. Currency, Miami, FL, Rondon, Leonardo Gonzalez, 09/14/06
06-DEA-473291, $68,010.00 U.S. Currency, Fort Lauderdale, FL, Ruffoy, Dannelo, 09/10/06
06-DEA-473585, $19,580.00 U.S. Currency, Miami, FL, Nunez, Jose Ramon, 09/25/06
06-DEA-473597, $137,000.00 U.S. Currency, Doral, FL, Simon, Juan Gerardo and Vazquez, Jose Raul, 09/25/06
06-DEA-473602, $189,960.00 U.S. Currency, Miami, FL, Dolgatto, Dolvys, 09/20/06
06-DEA-473604, Amadeo Rossi Model M68 .38 Revolver with 15 Rounds, Ser No AA799139, VL: $1.00, Hialeah Gardens, FL, Capoana, Yolopsya, 09/18/06
MIDDLE DISTRICT OF GEORGIA
06-DEA-473428, 2004 Toyota Corolla Matrix, 2T1KR32E74C172987, Vienna, GA, Simental, Eustacio Gutierrez, 09/18/06
06-DEA-473841, $5,437.00 U.S. Currency, Forsyth, GA, Hammond, James Daryl, 09/27/06
06-DEA-473896, $6,725.00 U.S. Currency, Barnesville, GA, Mathis, Garon Leon, 10/02/06
NORTHERN DISTRICT OF GEORGIA
06-DEA-473173, $4,500.00 U.S. Currency, Atlanta, GA, Unidentified, 08/31/06
06-DEA-473306, $10,000.00 U.S. Currency, Atlanta, GA, Brooks, Victor Charles, 09/14/06
06-DEA-473411, $1,070,595.00 U.S. Currency, Temple, GA, Santiago, Jesay, 09/26/06
06-DEA-473414, (2) Sharp 37" LCD Flat-Panel Televisions, VL: $4,599.90, (1) Sharp 37" LCD Flat-Panel Television, Ser No A511818322; (1) Sharp 37" LCD Flat-Panel Television, Ser No A511819172, Lawrenceville, GA, Parks, Lazanne, 09/14/06
06-DEA-473850, $3,523.00 U.S. Currency, Atlanta, GA, Grant, Dolenta, 08/28/06
06-DEA-473704, (18) Assorted Jewelry, VL: $28,481.00, (1) One PC Mens Black Leather Band Rolex Cellini Style Watch with Mother of Pearl Dial, Ser No K839981; (1) One PC Mens Diesel Watch with Brown Leather Band and Stainless Steel Case, Ser No 120307; (1) One PC Mens Galasio Watch with Black Leather and Stainless Steel Case, Ser No W1483; (1) One PC Mens Dior Watch Stainless Steel, Ser No CD043110-0U3897; (1) One PC Mens Rolex Watch Submariner with Two Tone and Factory Dial, Ser No N/A; (1) One PC Mens Diesel Watch with Light Brown Leather Band and Stainless Steel Case, Ser No 120312; (1) One PC 14KT White Gold Ladies Diamond Barbells with 28.7 gm and 2.25 ct Round Cut Diamond, Ser No N/A; (1) One PC 14KT White Gold Ladies Diamond Pendant with 4 gm and .50 ct Round Cut Diamonds and .06 ct Princess Cut, Ser No N/A; (1) One PC 14KT White Gold Snake Chain with 2.1 gram 18 inches, Ser No N/A; (1) One PC Mens Versace Watch Stainless Steel with Sapphire Crystal Swiss Made, Ser No R210718; (1) One PC Mens Burberry Watch with Black Leather Band Stainless Steel Case, Ser No 01640; (1) One PC Mens Dubrey Watch with Black Leather Band and Stainless Steel Case, Ser No N/A; (1) One PC Mens Rolex Oyster Perpetual Date Two Tone with Factory Diamond Dial, Ser No N/A; (1) One PC Ladies Movado Watch Stainless Steel, Ser No S026858; (1) One PC Mens Kenneth Cole Watch with Leather Band and Stainless Case, Ser No F98-03-K61236; (1) One PC Mens Two Tone Seiko Quartz Watch with Date, Ser No 071645, Lawrenceville, GA, Freeman, Tonny Lee, 08/18/06
06-DEA-472845, 2004 Polaris 500 H.O. Sportsman 4 Wheeler, 4XACH50A44N062701, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473881, 2005 Kawasaki KFX 700 4 Wheeler, JKASV881X5B503842, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-472818, HP Pavilion ZV6000 Laptop Computer, Ser No CND6381KMC, VL: $549.99, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473820, SunTrust Bank, Account #1000047867442, VL: $23,752.78, Atlanta, GA, Shirley, Ramone Garcia AKA Shirley, Ramon Garcia AKA Shirley, Ramon Garcia, 09/22/06
06-DEA-473931, (10) Assorted Jewelry, VL: $45,850.00, (1) One Mens Rolex with Oyster Perpetual Day Date / White Gold with Platinum Diamond Dial; (1) One Mens Pierre Cardin Watch with Round Cut Diamond Bezel/Swiss Made with Stainless Case; (1) One Mens Breitling Watch with Diamond Bezel / Stainless; (1) One Mens Rolex Yacht Master Watch / Stainless; (1) One Mens Rolex Submariner Watch (Replica); (1) One Mens Rolex Submariner Watch (Replica); (1) One Silver Charm with "S" and Triangle Shape (34.8 gram); (1) One Mens 14KT Two Tone Ring with .75 CT Total Weight of Round Cut Diamonds; (1) One Link Chain Design Silver Chain with 191.0 gram; (1) One Italian Design Silver Chain with 116.0 gram, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473967, 2006 Mercedes-Benz CLS55, WDDDJ76X18A098148, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
DISTRICT OF HAWAII
06-DEA-472636, $105,880.00 U.S. Currency, Honolulu, HI, Kauvaka, John, 08/31/06
NORTHERN DISTRICT OF ILLINOIS
06-DEA-473728, 1998 Ford Explorer Limited, 1FMDU34X2TZA76720, Chicago, IL, Ramirez, Jaime Duran, 09/28/06

Gauze Jr., Christopher Columbus and Gauze, Wan…, 08/23/06
06-DEA-473636, 1997 Dodge Caravan, 2B4GP4533VR308517, Wilmington, NC, Gauze Jr., Christopher Columbus, 08/23/06
06-DEA-473647, $5,500.00 U.S. Currency, Smithfield, Acevedo, Luis D. and Reyes, Gabriel and Rivera, F… Enid, 09/28/06
06-DEA-473816, $2,000.00 U.S. Currency, Wilson, … Davydov, Igor and Wygonsberg, Marina, 09/29/06
06-DEA-473816, 1998 Chrysler Concorde, 2C3HD46J6WH178598, Henderson, NC, Youngblood, K.E., 10/05/06
06-DEA-473934, $4,765.00 U.S. Currency, Raleigh, … Thompson, Brandon Ashley, 10/06/06
06-DEA-474012, (2) Assorted Electronic Equipment, … $11,494.00, (1) Samsung Plasma Television, Model… JHPN4206, Ser No U233?1HX100194T; (1) LG Plasma Television, Model #AC100-240V, Ser No 512RMSS01… Wilmington, NC, Gauze, Christopher Columbus and G… Wanda, 08/23/06
MIDDLE DISTRICT OF NORTH CAROLINA
06-DEA-473374, $105,990.00 U.S. Currency, Asheboro, Benitez, Flogordo Hernandez, 09/22/06
06-DEA-473403, $31,835.00 U.S. Currency, Winston-Salem, NC, Hernandez, Filiberto Santibanez, 09/28/06
06-DEA-471473, 2003 Nissan Maxima, JN1DA31A[illegible]T406252, Durham, NC, Wilkerson, Taran, 08/27/06
06-DEA-471855, $4,280.00 U.S. Currency, Greensboro, Arguello-Flores, Ismael and Dragon, Gregory, 09/08/06
06-DEA-473870, $233,780.00 U.S. Currency, Greensboro, NC, Arguello-Flores, Ismael, 09/08/06
06-DEA-473883, $32,780.00 U.S. Currency, Greensboro, Arguello-Flores, Ismael and Dragon, Gregory, 09/08/06
06-DEA-473924, First Bank, Account #383017364, VL: $2,136.00, Sanford, NC, David A. Grady Jr. d/b/a Sto… Management, 09/14/06
06-DEA-473928, $87,455.00 U.S. Currency, Durham, NC, Mendiola-Ahumada, Edgar, 10/05/06
06-DEA-473983, 1999 Dodge Intrepid, 2B3HD46R?X?626286, Durham, NC, Mendiola-Ahumada, Edgar, 10/05/06
06-DEA-473834, $2,360.00 U.S. Currency, Greensboro, Mitchell, Lamar Allen, 10/05/06
WESTERN DISTRICT OF NORTH CAROLINA
06-DEA-473462, $16,820.00 U.S. Currency, Monroe, NC, Wells, Emmanuel Prevard, 09/25/06
06-DEA-473653, $1,408.00 U.S. Currency, Statesville, NC, Suarez-Corcho, Luis E., 09/12/06
06-DEA-473659, $1,393.00 U.S. Currency, Statesville, NC, Ozario-Prieto, Ernesto, 09/12/06
06-DEA-473717, $3,199.00 U.S. Currency, Franklin, NC, Wyatt, Pamela Nichole, 10/02/06
06-DEA-473760, $13,610.00 U.S. Currency, Mountain Home, NC, Manuel, Mario, 10/03/06
DISTRICT OF NEBRASKA
06-DEA-472997, $317,480.00 U.S. Currency, Omaha, NE, Perez-Landero, Nelson and Perez-Landero, Fernando AKA Gonzalez, Rogelio, 08/28/06
06-DEA-473341, $3,200.00 U.S. Currency, Lancaster County, NE, Peterson, Mikel, 08/22/06
06-DEA-473349, 2004 Ford F-350 Pickup, 1FDWF38P24EC35307, Lancaster County, NE, Peterson, Mikel, 08/22/06
06-DEA-473541, 2001 Chevy Tahoe, 1GNEK13T21J1418…, Douglas County, NE, Orlonez, Juan, 09/27/06
DISTRICT OF NEW HAMPSHIRE
06-DEA-473985, $7,125.00 U.S. Currency, Franconia, NH, Dolgin, Gordon, AKA Hawk, Kevin, 09/13/06
06-DEA-473377, $34,027.00 U.S. Currency, Nashua, NH, Cardona, Domingo, 09/25/06
DISTRICT OF NEW JERSEY
06-DEA-473465, 2000 Freightliner Tractor, 1FUYDSEB2YP940678, Ridgefield, NJ, Cortes Flores, Antonio, 08/17/06
06-DEA-473535, $109,800.00 U.S. Currency, Ridgefield, NJ, Cortes Flores, Antonio, 08/17/06
DISTRICT OF NEW MEXICO
06-DEA-473874, $2,333.00 U.S. Currency, Clovis, NM, Norman, Xavier, 09/29/06
DISTRICT OF NEVADA
06-DEA-473707, $60,000.00 U.S. Currency, Las Vegas, NV, Nadel, Jeffrey, 09/08/06
06-DEA-473714, $22,000.00 U.S. Currency, Las Vegas, NV, Lyles, Lamardo, 09/12/06
06-DEA-473724, $30,000.00 U.S. Currency, Las Vegas, NV, Locke, Charles, 09/12/06
EASTERN DISTRICT OF NEW YORK
06-DEA-472817, $2,623.00 U.S. Currency, Astoria, NY, Alejo Quintero, Francisco Javier, 09/05/06
06-DEA-473123, $50,000.00 U.S. Currency, Queens, NY, Rivas, Carlos, 09/12/06
06-DEA-473226, $10,000.00 U.S. Currency, Jamaica, NY, Medina, Antonio, 09/14/06
06-DEA-473614, $19,700.00 U.S. Currency, Flushing, NY, Campell-Ruiz, Rogerswik, 09/20/06
NORTHERN DISTRICT OF NEW YORK
06-DEA-473030, $14,780.00 U.S. Currency, Cheektowaga, NY, O'Donnell, Jacob, 08/21/06
06-DEA-473414, $22,330.00 U.S. Currency, Cheektowaga, NY, O'Donnell, Jacob, 08/21/06
06-DEA-473282, $17,000.00 U.S. Currency, Binghamton, NY, Randel, Adam D., 09/07/06
06-DEA-473351, $4,850.00 U.S. Currency, Hoffmann, NY, Moore, Terry, 09/07/06
06-DEA-473365, $16,125.00 U.S. Currency, Town of Dewitt, NY, Davis, Oscar, 09/13/06
06-DEA-473410, $10,000.00 U.S. Currency, Groton, NY, Acevedo, Jean and Perez, Jose, 09/14/06
06-DEA-473495, $4,876.00 U.S. Currency, Town of Dewitt, NY, Johnson, Ross A., 09/22/06
06-DEA-473500, 2001 Nissan Altima GXE, …

473737

06-DEA-473280, $33,200.00 U.S. Currency, Pueblo County, CO, Arroyo-Granillo, David AKA Arroyo, David AKA Granillo-Arroyo, David, 09/12/06

06-DEA-473283, $9,562.00 U.S. Currency, Fort Collins, CO, Torrez, Carlos, 09/06/06

06-DEA-473300, 1993 Acura Legend, JH4KA7660PC013193, Pueblo County, CO, Arroyo-Granillo, David AKA Arroyo, David AKA Granillo-Arroyo, David, 09/12/06

06-DEA-473392, 2001 Mercedes-Benz C320 Sedan, WDBRF64J01F012387, Pueblo County, CO, Moreno-Del Castillo, Jesus, 09/14/06

06-DEA-473499, 1991 Chrysler 300M, 2C3HE66G40H301046, [illegible], CO, Brandt, Jeffrey Davis, 09/22/06

06-DEA-473505, $15,470.00 U.S. Currency, Sterling, CO, Brandt, Jeffrey Davis, 09/22/06

06-DEA-473777, 2002 Ford F150 Quad Cab, 1FTRW08L32KB42678, Grand Junction, CO, Pina-Cuevas, Cornelio, 09/23/06

06-DEA-473778, $3,700.00 U.S. Currency, Grand Junction, CO, Ornelas-Cardenas, Carmen, 09/23/06

06-DEA-473779, $2,700.00 U.S. Currency, Grand Junction, CO, Pina-Cuevas, Cornelio, 09/23/06

06-DEA-473780, 2004 BMW 525i Sedan, WBANA53564B[illegible], Denver, CO, [illegible], 09/[illegible]

DISTRICT OF CONNECTICUT

06-DEA-474243, $72,043.00 U.S. Currency, New Britain, CT, Ortiz, Isabel and Cirino, Luis, 09/19/06

07-DEA-474015, 1997 Toyota Avalon, 4T1BF12B6VU[illegible], Stratford, CT, Mora, Marcos, 10/04/06

MIDDLE DISTRICT OF FLORIDA

06-DEA-473482, 2001 Chevrolet Suburban SUV, 3GNEC16T81G117886, Lake City, FL, Wilson Jr., James Louis, 08/28/06

06-DEA-473722, BB&T Cashier's Check #78117789, VL: $250,000.00, Tampa, FL, Viera, David, 08/29/06

06-DEA-473763, $2,072.00 U.S. Currency, Jacksonville, FL, Davis, Gina; Johnson, 09/18/06

SOUTHERN DISTRICT OF FLORIDA

06-DEA-473825, 28 Caliber Smith and Wesson Revolver, VL: $1.00, Ser No 55308, Miami, FL, Audevert, Guillermo and Audevert, Emma, 09/12/06

MIDDLE DISTRICT OF GEORGIA

06-DEA-469305, $2,690.00 U.S. Currency, Athens, GA, Dunn, Quinton Bernard, 06/05/06

06-DEA-469511, $5,000.00 U.S. Currency, Athens, GA, Evans, Tameka, 06/08/06

06-DEA-473488, $29,302.00 U.S. Currency, Barnesville, GA, Duncan, DeCarlos Lawrence and Duncan, Gilbert, 09/29/06

NORTHERN DISTRICT OF GEORGIA

06-DEA-473695, 2003 Honda Pilot, 2HKYF18553H577228, Lawrenceville, GA, Chavez, Hector Zavco AKA Valencia, Adan, 09/27/06

06-DEA-473794, Wachovia Bank Official Check #210835224, VL: $58,000.00, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06

06-DEA-473841, 2003 Mercedes-Benz SL500, WDBSK75F13F014329, Norcross, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06

06-DEA-473894, $48,980.00 U.S. Currency, Marietta, GA, Shirley, Ramona Garcia AKA Shirley, Ramon Garcia AKA Shirley, Ramon Garcia, 10/04/06

06-DEA-474031, $22,700.00 U.S. Currency, [illegible], GA, Villarreal Jr., Juan Jose, 09/29/06

06-DEA-474054, $4,551.00 U.S. Currency, Atlanta, GA, Brady, Jonathan, 10/05/06

06-DEA-474100, 2006 Suzuki GSX-R750K Motorcycle, JS1GR7MA062105490, Norcross, GA, [illegible], David Scott, 09/14/06

06-DEA-474103, One 14KT White Gold 2.7 Ct Single Diamond Stud Earring, VL: $8,500.00 [illegible], 09/19/06

06-DEA-474105, $107,940.00 U.S. Currency, [illegible], GA, [illegible], 09/15/06

06-DEA-474165, $16,240.00 U.S. Currency, McDonough, GA, Jones, Marcus L., 10/11/06

06-DEA-474166, 2001 GMC Yukon, 1GKEK13T31J200361, Norcross, GA, Chavez-Maciel, Jose Luis, 09/12/06

06-DEA-474177, $68,530.00 U.S. Currency, Lawrenceville, GA, Ribas, Fabian, 09/15/06

06-DEA-474182, 2004 [illegible], Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06

06-DEA-474190, 1999 Ford F150, [illegible], 09/15/06

06-DEA-474194, $9,500.00 U.S. Currency, [illegible], GA, [illegible], 09/15/06

06-DEA-474207, $21,240.00 U.S. Currency, Athens, GA, Cobb, [illegible], 09/26/06

06-DEA-474212, $31,010.00 U.S. Currency, Atlanta, GA, [illegible], 10/06/06

07-DEA-474277, $74,501.00 U.S. Currency, Atlanta, GA, Jones, Gilford Jermaine, 10/11/06

SOUTHERN DISTRICT OF GEORGIA

06-DEA-473049, $4,505.00 U.S. Currency, Augusta, GA, Roland, Christopher Jermaine, 09/27/06

DISTRICT OF HAWAII

06-DEA-474021, Smith and Wesson .38 Handgun, VL: $150.00, Ser No 6822, Waipahu, HI, Nicolas, William, 08/29/06

07-DEA-473909, $11,000.00 U.S. Currency, Honolulu, HI, [illegible], Shawn, 10/03/06

NORTHERN DISTRICT OF ILLINOIS

06-DEA-473904, $18,000.00 U.S. Currency, Chicago, IL, [illegible], 09/27/06

07-DEA-474073, $12,770.00 U.S. Currency, Cicero, IL, Gonzalez-Arteaga, Benito, 10/03/06

SOUTHERN DISTRICT OF ILLINOIS

06-DEA-473815, $4,410.00 U.S. Currency, Alton, IL, [illegible], 09/25/06

NORTHERN DISTRICT OF INDIANA

06-DEA-473780, 1993 Oldsmobile 88 4Door Sedan, [illegible], South Bend, IN, [illegible], 09/15/06

SOUTHERN DISTRICT OF INDIANA

06-DEA-471455, $8,000.00 U.S. Currency, Evansville, IN, Terrell, Joey, 07/26/06

06-DEA-471472, $3,397.00 U.S. Currency, Evansville, IN, Franklin, Derrick, 07/28/06

06-DEA-471551, $47,701.00 U.S. Currency, Indianapolis, IN, Drumm, Aaron, 07/31/06

DISTRICT OF KANSAS

06-DEA-473783, 1999 Chevy Z-71 1500 Crew Cab LS, 2GCEK19T3X1245702, Kansas City, KS, Rivera-Ortiz, [illegible]

DISTRICT OF NEW MEXICO

06-DEA-473412, $17,100.00 U.S. Currency, [illegible], NM, [illegible], 09/06/06

06-DEA-473605, $26,480.00 U.S. Currency, Albuquerque, NM, Sito, Jesus, 09/11/06

06-DEA-474221, $20,000.00 U.S. Currency, Socorro, NM, Cortes, Pueblo, 09/29/06

DISTRICT OF NEVADA

06-DEA-473807, 2000 Volkswagen Passat, WVWMA23B9YP430383, Las Vegas, NV, Guzman-Obando, Carlos, 09/17/06

EASTERN DISTRICT OF NEW YORK

06-DEA-473581, 2003 Mercedes Benz C230, WDBRN40J03A396182, Islip, NY, Kim, Thomas, 09/28/06

NORTHERN DISTRICT OF NEW YORK

06-DEA-473750, $6,085.00 U.S. Currency, Schenectady, NY, Figueroa, Robert, 09/22/06

06-DEA-473855, $2,655.00 U.S. Currency, Queensbury, NY, Brown, Benton, 09/22/06

06-DEA-473892, $6,750.00 U.S. Currency, Plattsburgh, NY, Connolly, Brian James, 09/14/06

06-DEA-474212, $3,500.00 U.S. Currency, Binghamton, NY, Scott, Christopher L., 09/29/06

SOUTHERN DISTRICT OF NEW YORK

06-DEA-473116, $2,270.00 U.S. Currency, Middletown, NY, Brownridge, Cecil, 09/23/06

06-DEA-473727, $189,000.00 U.S. Currency, New York, NY, [illegible]

06-DEA-473737, $25,475.00 U.S. Currency, Bronx, NY, Leon, [illegible]

06-DEA-473744, $10,150.00 U.S. Currency, Newburgh, NY, Fennell, George, 09/19/06

06-DEA-473765, $13,000.00 U.S. Currency, Bronx, NY, Chang, Earl A., 09/27/06

06-DEA-473769, $190,000.00 U.S. Currency, Spring Valley, NY, Chang, Earl A., 09/27/06

06-DEA-473794, 2006 Subaru Impreza WRX STI, JF1GD70636L504005, Bronx, NY, Chang, Earl Anthony, 09/27/06

06-DEA-473795, $14,086.00 U.S. Currency, New York, NY, Rios-Osorio, Raul, 09/20/06

06-DEA-473887, $142,480.00 U.S. Currency, Corona, NY, Rios-Osorio, Raul, 09/20/06

07-DEA-473897, $767,750.00 U.S. Currency, Elmsford, NY, Lopez, Boyd, 10/04/06

07-DEA-473901, $40,350.00 U.S. Currency, New York, NY, Rodriguez, Salvador Arellan, 10/03/06

07-DEA-473911, $7,500.00 U.S. Currency, New York, NY, Osorio, Luis Fernando, 10/02/06

WESTERN DISTRICT OF NEW YORK

06-DEA-473663, 2004 Honda Davidson FXSTB Night Train Motorcycle, 1HD1BTY16(?)4Y076731, Newark, NY, [illegible] and Walmer, Thomas E and [illegible], 09/27/06

06-DEA-473664, 2000 Toyota Tacoma Pick Up Truck, 4TAWN72N5YZ652358, Newark, NY, [illegible], Frank and [illegible], 09/27/06

06-DEA-473768, $22,072.00 U.S. Currency, Rochester, NY, [illegible], 10/02/06

06-DEA-473807, $8,930.00 U.S. Currency, Rochester, NY, Katz, Armin L. and Jackson, Nicole, 10/03/06

06-DEA-473821, $6,616.00 U.S. Currency, Town of Niagara, NY, [illegible], Michael J., 10/02/06

06-DEA-473899, $2,530.00 U.S. Currency, Niagara Falls, NY, Mitchell, Dwinn D. AKA Mitchell, Donell AKA Mitchell, Darco D., 10/02/06

06-DEA-473918, $14,874.00 U.S. Currency, Buffalo, NY, Johnson, Will and Woodard, Lashawn, 09/28/06

06-DEA-473925, 1996 BMW 740, WBAGH8330KDP02278, Buffalo, NY, Johnson, Will and Woodard, Lashawn, 09/28/06

06-DEA-474113, $1,034.00 U.S. Currency, Rochester, NY, Coley, Johnell, 10/10/06

NORTHERN DISTRICT OF OHIO

06-DEA-473718, $262,367.00 U.S. Currency, Cleveland, OH, Johnson, Edward and Clark, Montoya, 09/20/06

06-DEA-473792, 2002 Ford Explorer XLT, 1FMZU73E22ZA15007, Akron, OH, De La Torre, Michael A., AKA Brown, Michael AKA De La Torre, Michael Anthony AKA De La Torre, Michael [illegible], 09/22/06

06-DEA-473818, $8,447.07 U.S. Currency, Cleveland, OH, Green, Ronnie AKA Green, Ronald A. AKA Groom, Ronnie D. AKA Green, Ronnie B. AKA Groom, Ronald AKA Green, R. AKA Groom, Ronnie D. AKA Green, R., 09/26/06

06-DEA-473850, $83,790.00 U.S. Currency, Cleveland, OH, Figueroa, Nelson AKA [illegible], AKA Figueroa, Carlo AKA Figueroa, Nelson R. AKA Figueroa, Nelson Rafael AKA [illegible], Massiel AKA Norberto, 09/25/06

06-DEA-473859, $8,000.00 U.S. Currency, Ashland, OH, Blas, [illegible], 09/26/06

06-DEA-474083, 2004 Ford Econoline E150, 1FDRE14L64HB13374, Cleveland, OH, Green, Ronnie AKA Groom, Ronald A. AKA Groom, Ronnie D. AKA Green, Ronnie Green AKA Groom, R. AKA Green Jr., Ronnie D. AKA Groom Jr., R. B., 09/26/06

SOUTHERN DISTRICT OF OHIO

06-DEA-473833, 1999 Ford Explorer, 1FMDU32X0XZA48161, Columbus, OH, Ordura-Martinez, Antonio AKA Ordune-Martinez, Tono AKA Martinez, Antonio, 09/21/06

06-DEA-473922, $5,040.00 U.S. Currency, Columbus, OH, Now, Rodald Wade, 10/06/06

WESTERN DISTRICT OF OKLAHOMA

06-DEA-473905, Hi-Point 9mm Semi-Auto Pistol, VL: $100.00, Ser No P063362, Oklahoma City, OK, Henry, Tremale, 08/25/06

EASTERN DISTRICT OF PENNSYLVANIA

06-DEA-473700, $5,880.00 U.S. Currency, Downingtown, PA, Bermadez, Mario Cesar, 09/18/06

06-DEA-474087, $27,100.00 U.S. Currency, Philadelphia, PA, Sommers, Eric, 09/29/06

06-DEA-474088, 2002 Indian Chief Model Motorcycle, 5GDMT51B[illegible], Lindenberg, PA, Bydendliaker, Barry, 09/15/06

07-DEA-474004, $2,002.00 U.S. Currency, Philadelphia, PA, Carter, Russell, 10/02/06

WESTERN DISTRICT OF PENNSYLVANIA

06-DEA-472350, $5,000.00 U.S. Currency, Greensburg, PA, Unidentified, 08/22/06

06-DEA-472758, $37,687.00 U.S. Currency, Pittsburgh, PA, Fields, Erica, 09/06/06

06-DEA-472766, Carl Hamhern Fur Coat, VL: $4,800.00, Pittsburgh, PA, Fields, Erica, 09/06/06

06-DEA-474044, $12,010.00 U.S. Currency, Pittsburgh, PA, [illegible]

DISTRICT OF ALASKA

06-DEA-472550, $53,100.00 U.S. Currency in Safety Deposit Box #136, Wells Fargo Bank, Dillingham, AK, Mayer, Jeremy, 09/20/06

06-DEA-473897, $282,770.00 U.S. Currency, Tok, AK, Raliey, Randall Eric, 08/16/06

06-DEA-473971, Wells Fargo Bank, Account #110-2018341 and Account #750-2282760, VL: $3,117.62, Dillingham, AK, Mayer, Jeremy, 09/22/06

MIDDLE DISTRICT OF ALABAMA

06-DEA-473721, $3,195.00 U.S. Currency, Montgomery, AL, Hale, Lakota Reymon, 09/25/06

06-DEA-473723, $7,000.00 U.S. Currency, Montgomery, AL, Burdette, Gerard, 09/25/06

EASTERN DISTRICT OF ARKANSAS

06-DEA-473471, 2000 Ford Taurus, 1FAFP55S1YG244380, West Memphis, AR, Washington, Joyce, 09/30/06

06-DEA-473710, Assorted Jewelry, VL: $16,575.00, (1) 10K yellow gold fancy 20" link chain with face of Jesus links; (1) 10K yellow gold fancy 8" link bracelet with face of Jesus links; (1) 10K yellow gold crown with 1/2 round diamonds; (1) Man's diamond cluster ring with 80 baguette shaped diamonds; (1) Man's 10K yellow gold and diamond ring with 38 round diamonds; (1) Man's 14K yellow gold and diamond ring with square top and 8 round diamonds; (1) Man's 10K yellow gold and diamond cluster ring with 10 round diamonds, Colt, AR, Lucas, Dewayne A., 09/26/06

06-DEA-473836, 2006 Dodge Caravan, 1D4GP45R16B177305, Marion, AR, Grandberry, Sandra, 09/28/06

DISTRICT OF ARIZONA

06-DEA-473436, $5,000.00 U.S. Currency, Phoenix, AZ, Harvill, Julian and Harvill, Marcy, 08/22/06

06-DEA-473452, $1,000.00 U.S. Currency, Phoenix, AZ, Hightower, Troy, 08/28/06

CENTRAL DISTRICT OF CALIFORNIA

06-DEA-473376, $365,025.00 U.S. Currency, Highland, CA, Gastelum, Gabriel Soto, 09/20/06

06-DEA-473744, $24,110.00 U.S. Currency, Highland, CA, Gastelum, Gabriel Soto, 09/20/06

06-DEA-473756, 1993 Lexus ES 300, JT8VK13T7P0120253, Montclair, CA, Siddiqui, Sabir Kamal, 09/20/06

06-DEA-473772, $3,181.00 U.S. Currency, Los Angeles, CA, Barrios, Mitchell Cornelius, 09/27/06

06-DEA-473775, $1,598.00 U.S. Currency, Los Angeles, CA, Nuiz, Louis, 09/26/06

06-DEA-473802, Bank of America, Cashier's Check #2028293814, VL: $20,000.00, Brent Valley, CA, Dunn Sr., Raul Sanchez, 09/27/06

06-DEA-473855, $2,161.00 U.S. Currency, Los Angeles, CA, Edwards, Jarvell Desmond, 10/02/06

06-DEA-473856, $3,312.00 U.S. Currency, Los Angeles, CA, Howard, John Lee, 10/03/06

06-DEA-473887, $3,844.00 U.S. Currency, Los Angeles, CA, Johnson, Hurtha Louis, 10/04/06

06-DEA-473927, $9,100.00 U.S. Currency, Los Angeles, CA, Santiago, Capen, 09/27/06

06-DEA-473944, $20,000.00 U.S. Currency, Los Angeles, CA, Williams, Ronald, 09/22/06

06-DEA-473951, $7,540.00 U.S. Currency, Los Angeles, CA, Marquez, Pedro, 08/26/09

06-DEA-474076, $24,805.00 U.S. Currency, South Gate, CA, Montes-Herrera, Jose M. AKA Montes, Jose, 09/18/06

EASTERN DISTRICT OF CALIFORNIA

06-DEA-473958, 2002 Ford F-150 Truck-Harley Davidson, 1FTRW07362KC37155, Tulare, CA, Caballos, Alvaro, 09/29/06

NORTHERN DISTRICT OF CALIFORNIA

06-DEA-472665, Miscellaneous Grow Equipment, VL: $21,763.20, (6) Ultra Hood /Ballasts /Bulbs; (2) TV Monitors; (1) Squirrel Cage Fan, Pacifica, CA, Liu, Yiu Pong, 09/01/06

06-DEA-472676, Miscellaneous Grow Equipment, VL: $27,277.30, (6) Lights/Ballasts; (44) Lamp Hoods/Ballasts/Bulbs; (4) Filters of various sizes; (1) Filter fan, Daly City, CA, Liu, Yiu Pong, 09/01/06

06-DEA-472683, Miscellaneous Grow Equipment, VL: $22,132.20, (6) Light Ballasts; (38) Grow Lights / Hoods / Ballasts, Daly City, CA, Liu, Yiu Pong, 09/01/06

06-DEA-472695, Miscellaneous Grow Equipment, VL: $30,208.25, (6) Fans; (35) Lamp Hoods/Ballasts/Bulbs, Pacifica, CA, Liu, Yiu Pong, 09/01/06

06-DEA-473426, Phoenix Arms Model Raven 25 caliber Semi-Automatic Pistol with Magazine, Ser No 3115208, VL: $20.00, Rodway, CA, Diamond, Zachary, 09/13/06

06-DEA-473443, Ruger Model 10/22 Semi-Automatic .17 caliber Rifle with Magazine, Ser No 258-80410, VL: $125.00, Rodway, CA, Diamond, Zachary, 09/13/06

06-DEA-473801, Miscellaneous Jewelry/ Precious Items, VL: $33,500.00, (1) Man 18K Yellow Gold Rolex Oyster President Diamond Dial Wristwatch, Ser No E332082; (1) Women 18K Yellow Gold Rolex Oyster President Diamond-Set Wristwatch, Ser No E402100; (1) Woman Franck Muller Diamond Wristwatch, Ser No 294; (1) Men 18K Yellow Gold Plat/Pool Richelieu Automatic Chronograph Wristwatch, Ser No 115; (1) Men 18K Rose Gold IWC Schaffhausen Portuguese Chrono-Automatic Wristwatch, Ser No 2793871; (1) Men 14K Rose Gold Princess Cut Diamond Ring; (1) Woman Platinum Radiant and Triangle Cut Diamond Ring; (1) Women 14K Yellow Gold Round Brilliant Diamond Ring; (1) Women 18K White Gold Jade and Triangular Diamond Ring; (1) Women 14K Yellow Gold Radiant Cut Diamond Ring; (1) Men 18K White Gold Jade and Diamond Pave Ring, Hillsborough, CA, Mai, Johnston AKA Mai, Zhi Xiong AKA Mak, Chi Hong and Lau, Lisa AKA Li, Lisa AKA Li, Xiao Ling, 09/10/06

06-DEA-474003, $65,800.00 U.S. Currency, Sonoma, CA, Munoz, Michael, 10/05/06

SOUTHERN DISTRICT OF CALIFORNIA

06-DEA-472979, $1,757.00 U.S. Currency, Escondido, CA, Morado-Felix, Valentin, 09/15/06

06-DEA-472978, $1,050.00 U.S. Currency, Escondido, CA, Molano-Felix, Valentin, 09/15/06

06-DEA-473017, $3,555.00 U.S. Currency, Santee, CA, Elkin, Robbie James, 09/10/06

06-DEA-473124, $1,450.00 U.S. Currency, San Diego, CA, Delgado, Juana Elena, 09/19/06

06-DEA-473194, $9,000.00 U.S. Currency, Valley Center, CA, Dooziac, Dennis John, 09/19/06

06-DEA-473221, $25,000.00 U.S. Currency, San Diego, CA, [illegible], 09/26/06

06-DEA-473223, $9,000.00 U.S. Currency, San Diego, CA, Jones, Tibisho, 09/10/06

06-DEA-473338, $4,000.00 U.S. Currency, San Diego, CA, Burt, Jordan, 09/19/06

06-DEA-473427, $3,845.00 U.S. Currency, San Marcos, CA, Hight, Timothy Dwayne, 09/20/06

06-DEA-473440, $1,784.00 U.S. Currency, San Diego, CA

Diamond Bezel / Stainless; (1) One Mens Rolex Datejust Watch / Stainless; (1) One Mens Rolex Submariner Watch (Replica); (1) One Mens Rolex Submariner Watch (Replica); (1) One Silver Chain with "S" and Triangle Shaped [illegible] gram; (1) One Mens 14KT Two Tone Ring with .75 CT Total Weight of Round Cut Diamonds; (1) One Link Chain Design Silver Chain with 151.0 gram; (1) One Italian Design Silver Chain with 178.0 gram, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06

06-DEA-473867, 2008 Mercedes-Benz CLS55, WDDDJ76X18A0?8148, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06

DISTRICT OF HAWAII

06-DEA-472693, $195,890.00 U.S. Currency, Honolulu, HI, Kauwika, John, 08/31/06

NORTHERN DISTRICT OF ILLINOIS

06-DEA-473720, 1998 Ford Explorer Limited, 1FMDU34X2TZA78720, Chicago, IL, Ramirez, Jaime Doran, 09/28/06

SOUTHERN DISTRICT OF ILLINOIS

06-DEA-473322, $23,390.00 U.S. Currency, O'Fallon, IL, Gonzalez, Ezequil, 09/14/06

06-DEA-473458, $2,160.00 U.S. Currency, Belleville, IL, Bell, Ricky, 09/20/06

SOUTHERN DISTRICT OF INDIANA

06-DEA-473722, $5,000.00 U.S. Currency, Evansville, IN, Warrick, LaShawn, 09/27/06

DISTRICT OF KANSAS

06-DEA-473193, $12,800.00 U.S. Currency, Alma, KS, Lundquist, Corey, 09/21/06

09-DEA-473467, $4,524.00 U.S. Currency, Mulfiam(?), KS, Soto-Olarte, Eduardo, 09/15/06

06-DEA-473482, $5,102.00 U.S. Currency, Kansas City, KS, Soto-Olarte, Eduardo, 09/16/06

EASTERN DISTRICT OF LOUISIANA

06-DEA-473658, $33,672.00 U.S. Currency, Houma, LA, Porter, Brian and Demery, Lakia, 09/22/06

06-DEA-473780, $940.00 U.S. Currency, Houma, LA, Clark, Donald, 09/20/06

06-DEA-473808, $11,053.00 U.S. Currency, Kenner, LA, Pham, Phi Phu, 09/28/06

06-DEA-473809, $16,082.00 U.S. Currency, Reserve, LA, Perilloux Jr., Melvin J., 09/21/06

06-DEA-473840, $36,500.00 U.S. Currency, Kenner, LA, Nguyen, Thomas, 09/28/06

06-DEA-473858, $365.00 U.S. Currency, Houma, LA, Matthews, Maurice, 09/28/06

06-DEA-473877, $70,871.00 U.S. Currency, Houma, LA, White, Darrick, 09/28/06

06-DEA-473880, $585.00 U.S. Currency, Gibson, LA, Bagby, Cessine, 09/26/06

DISTRICT OF MASSACHUSETTS

06-DEA-472208, 2001 Honda Accord, 1HGCG[illegible]C017407, Revere, MA, DeLos Santo-Placel, Dario AKA Alvarado, Felipe, 08/15/06

06-DEA-472858, $10,760.00 U.S. Currency, Bourne, MA, Mello, Nathan AKA Rohmen, Michael A., 08/29/06

06-DEA-472846, 1998 Volvo 70SER, YV1LW5[illegible]W2406670, Peabody, MA, Cabrera, Oscar V., 09/18/06

DISTRICT OF MARYLAND

06-DEA-471990, Benny & Co. 4Ct. Floating Diamond Watch, VL: $3,400.00, Waldorf, MD, Bracey, Thomas Louis AKA Bracey, Thomas Louise AKA Bready, Thomas T. AKA Malcolm, Thomas B. AKA Malik, Thomas B. AKA Fats, 09/14/06

06-DEA-472786, $32,495.00 U.S. Currency, Baltimore, MD, Brice, James Thomas, 09/19/06

06-DEA-473184, $10,900.00 U.S. Currency, Baltimore, MD, Allan Jr., Vernon, 09/20/06

06-DEA-473301, $9,580.00 U.S. Currency, Salisbury, MD, Barrett, Courtland Oneill, 08/05/06

06-DEA-473610, 2000 Plymouth Grand Voyager SE Minivan, 1P4GP44G5YB521924, Capitol Heights, MD, Tejeda, Felix Rosa, 09/15/06

06-DEA-473620, M&T Bank Account #9887303180, VL: $20,056.85, Baltimore, MD, Whetstone, Robert AKA Rob AKA Whetstone, Robin Dung, 09/22/06

06-DEA-473638, $176,409.00 U.S. Currency, Capitol Heights, MD, Michand, Eliezer Yabiel, 09/15/06

06-DEA-473535, Bank of America, Account #358004403600530, VL: $17,320.43, Forestville, MD, Middleton, Larry R., 09/11/06

06-DEA-473542, Bank of America, Account #358004463600678, VL: $8,210.04, Forestville, MD, Bryant, Shanta A. AKA Middleton, Shanta A., 09/11/06

06-DEA-473548, $14,227.00 U.S. Currency, Brandywine, MD, Middleton, Larry R., 09/11/06

06-DEA-473552, 2001 BMW 740i Sedan, WBAGG834X1DN83307, Capitol Heights, MD, Madrano, Eliezer Yeabel, 09/15/06

06-DEA-473563, 1999 Ford Explorer SUV, 1FMZU34X0XUB24577, Capitol Heights, MD, Tejeda, Felix Rosa, 09/15/06

06-DEA-472855, $20,500.00 U.S. Currency, Baltimore, MD, Brooks, Douglas Andrew AKA Brooks, Douglas McAndrew, 09/22/06

06-DEA-473637, $3,900.00 U.S. Currency, Cockeysville, MD, Brooks, Melinda Antenna and Jacks, Tiffany Danielle, 09/20/06

06-DEA-473675, $17,806.00 U.S. Currency, Towson, MD, Gibson III, John, 09/22/06

EASTERN DISTRICT OF MICHIGAN

06-DEA-473707, $13,550.00 U.S. Currency, Highland Park, MI, Shabs, Robert Abel AKA Shaba, Robert, 09/28/06

06-DEA-473781, $43,385.00 U.S. Currency, Detroit, MI, Robinson, Lawrence Edward AKA Carter, John AKA Robinson III, Lawrence E. AKA Robinson, Lawrence AKA Robinson, Lawrence E., 09/27/06

06-DEA-473837, $13,020.00 U.S. Currency, Romulus, MI, Ali, Jason James, 09/30/06

WESTERN DISTRICT OF MICHIGAN

06-DEA-473288, 2000 Jaguar S Type Sedan, SAJDA01C2YFL08045, Grand Rapids, MI, Jarrod, Hill AKA Tone AKA Linton, Konyatta AKA Thomas, Courtney, 09/13/06

06-DEA-472295, 2000 Land Rover Discovery Series II Class 6, SALTY12[illegible]A245384, Kentwood, MI, Lazha, Simeone Nalah AKA Mani, 09/13/06

06-DEA-473323, 2001 Cadillac DeVille, 1G6KD54Y51U225201, Grand Rapids, MI, Jarrod, Hill AKA Tone AKA Linton, Konyatta AKA Thomas, Courtney, 09/20/06

06-DEA-473258, 1994 Cadillac Seville STS, 1G6KY5298RU826981, Grand Rapids, MI, Frontman, Leon Patrick AKA Bus, 09/13/06

EASTERN DISTRICT OF MISSOURI

06-DEA-472182, Commerce Bank, Account #088527505, VL: $39,428.65, St. Louis, MO, JW and Associates, 08/23/06

[illegible]

06-DEA-473080, Cash[illegible] Ruiz, [illegible], 08/20[illegible]

NORTHERN DISTRICT OF NE[illegible]

06-DEA-473080, $14,780.00 U.[illegible]

O'Donnell, Jacob, 08/21/06

06-DEA-473834, $22,330.00 U.[illegible]

O'Donnell, Jacob, 08/21/06

06-DEA-473282, $17,000.00 U.[illegible]

Randall, Adam D., 09/07/06

06-DEA-473951, $4,830.00 U.S.[illegible]

Moore, Terry, 09/07/06

06-DEA-473388, $16,125.00 U.S.[illegible] NY, Cartis, Oscar, 09/13/06

06-DEA-473410, $10,000.00 U.S.[illegible] Acevedo, Juan and Pilar, Jose, [illegible]

06-DEA-473482, $4,875.00 U.S.[illegible] NY, Johnson, Ross A., 09/22/06

06-DEA-473806, 2001 Nissan Al[illegible] 1N4DL01D01C117786, Town of [illegible] A., 09/22/06

SOUTHERN DISTRICT OF NEW[illegible]

06-DEA-472788, Assorted Jewel[illegible] [illegible]

06-DEA-472821, $12,325.00 U.S.[illegible] Cleveland AKA Brooks, Keith, 09/[illegible]

06-DEA-473156, $199,920.00 U.[illegible] Sandoval, [illegible], 09/14/06

06-DEA-473237, $36,173.00 U.S.[illegible] Baez, Freddy B., 09/19/06

06-DEA-473244, $149,448.00 U.[illegible] Unknown, 09/15/06

06-DEA-473260, $2,790.00 U.S.[illegible] Dunlap, 09/19/06

06-DEA-473261, $51,275.00 U.S.[illegible] Fonte, Dunlap, 09/19/06

06-DEA-473328, $195,890.00 U.[illegible] Felix, Jose M., 09/25/06

06-DEA-473383, $12,311.00 U.S.[illegible] [illegible], 09/22/06

06-DEA-472594, $6,678.00 U.S.[illegible] Chang, Juan, 09/28/06

07-DEA-473933, $4,100.00 U.S.[illegible] Nguyen, Phong Duc, 09/28/06

WESTERN DISTRICT OF NEW Y[illegible]

06-DEA-473423, $3,782.00 U.S.[illegible] Barnes, DeMario V. AKA Martin, [illegible] Christopher X. AKA Gadder, Mario [illegible]

06-DEA-473186, 2000 Cadillac D[illegible] 1G6KD54Y4YU[illegible], Buffalo, [illegible] 08/12/06

06-DEA-473208, Canandaigua N[illegible] 1110215611, VL: $52,190.97, C[illegible] Roor M., 09/19/06

06-DEA-473432, 2002 Lexus RX[illegible] Rochester, NY, Mayo, John E., 09[illegible]

06-DEA-473433, 2001 Porsche C[illegible] WP0AA29971S623412, Rochest[illegible] 09/18/06

NORTHERN DISTRICT OF OHI[illegible]

06-DEA-473595, $148,470.00 U.[illegible] OH, Bernal-Castillo, Ramon B. A[illegible] AKA Bernal-Castillo, Ramon AKA [illegible]

06-DEA-473664, 1998 Dodge [illegible] 2B3HD46... Middlebu[illegible] Castillo, Ramon B. AKA Bernal-C[illegible] Castillo, Ramon AKA Bernal, Ram[illegible] Cristian AKA Romero-Zuniga, Julio[illegible]

SOUTHERN DISTRICT OF OHI[illegible]

06-DEA-473430, $82,005.00 U.S.[illegible] Baldwin, Chester Charlotte, 09/1[illegible]

06-DEA-473842, Springfield Arm[illegible] Automatic Handgun with Ammuni[illegible] 7 rounds of ammunition, VL: $2[illegible] Veronica, 09/21/06

06-DEA-473857, Assorted Weap[illegible] $278.00, (1) Rock River Arms LA[illegible] rifle with magazine, Ser No 3010[illegible] ammunition; (1) Bressling Hi-Pow[illegible] handgun with magazine, Ser No[illegible] ammunition, Hilliard, OH, Gibbs, [illegible]

EASTERN DISTRICT OF PENN[illegible]

06-DEA-473642, 2004 Chevrolet [illegible] Road Package, 1GCEK19T1[illegible] Mercado, Ramiro, 09/18/06

06-DEA-473485, $10,490.00 U.S.[illegible] Vasquez, Jose Luis AKA Vargas, [illegible]

06-DEA-473639, 2004 Chevrolet [illegible] 1GNEK13Z24J[illegible] 09/18/06

06-DEA-473684, Assorted Weap[illegible] Caliber Glenfield, Ser No 1833[illegible] Mossberg, Ser No [illegible] Handgun, Ser No MF63387 [illegible] No No serial #, Coatesville, PA[illegible] Ortega, Victor, 09/18/06

06-DEA-473686, $4,265.00 U.S.[illegible]

06-DEA-473762, $312,000.00 U.[illegible] PA, Ortega, Roger AKA Soto, Al[illegible]

06-DEA-473773, $10,000.00 U.S.[illegible] Ortega, Zory, 09/18/06

06-DEA-473738, $65,120.00 U.S.[illegible] Mercado, Gregory and Mercado [illegible]

MIDDLE DISTRICT OF PENNS[illegible]

THE WALL STREET

MONDAY, NOVEMBER 20, 2006

◈ PUBLIC NOTICE

# LEGAL NOTI
# ATTENTIO

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, becaus or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virgi sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition t Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized propert the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily crimin

FIRST NOTICE
LAST DATE TO FILE JANUARY 4, 2007
PLACE SEIZED, SEIZED FROM, DATE SEIZED

NORTHERN DISTRICT OF ALABAMA
04-DEA-443073, 1940 Oldsmobile (Fully Restored), 40-3619, Hillsboro, AL, Garth, Connie Cornell, 09/08/04
07-DEA-474271, $7,030.00 U.S. Currency, Bridgeport, AL, Hanson, Donald, 10/11/06
DISTRICT OF ARIZONA
06-DEA-473961, 2003 Harley Davidson FLHRI Road King Motorcycle, 1HD1PGE173Y950607, Tucson, AZ, West, Dennis Michael AKA Axel AKA Sparky, 09/22/06
06-DEA-474097, 1998 BMW 7 Series Sedan 740L, WBAGJ832XWDM21200, Flagstaff, AZ, Ortiz, Victor Manuel, 08/20/06
06-DEA-474168, $2,494.00 U.S. Currency, Phoenix, AZ, Sandoval-Bernal, Ignacio, 09/28/06
06-DEA-474251, 1998 Jeep Grand Cherokee 4x4 Laredo, 1J4GZ58S2WC157182, Phoenix, AZ, Arce-Lopez, Jesus AKA Pina III, Jesse M., 09/28/06
07-DEA-474341, 2004 Chevrolet Silverado 4x4 Truck, 1GCEK19T24E166340, Tucson, AZ, Burruel, Alvaro, 10/02/06
CENTRAL DISTRICT OF CALIFORNIA
06-DEA-474028, $47,820.00 U.S. Currency, Palm Springs, CA, Martinez, Ubaldo Mares AKA Mares, Ubaldo Martinez, 09/27/06
06-DEA-474029, 1989 Ford F-150 Pickup Truck, 1FTEF07W1KKC21056, Desert Hot Springs, CA, Cardoza, Gloria Elizabeth, 09/27/06
06-DEA-474058, 2002 Volkswagen Jetta, 3VWSK69M52M088842, Palm Springs, CA, Martinez, Ubaldo Mares AKA Mares, Ubaldo Martinez, 09/27/06
06-DEA-474240, $120,300.00 U.S. Currency, Anaheim, CA, Mendez, Carmen, 10/12/06
06-DEA-474420, 2001 Harley Davidson FLTRI Road Glide, 1HD1FSW171Y630078, Los Angeles, CA, Lee St. Hardin, 10/11/06
07-DEA-474055, $2,300.00 U.S. Currency, Long Beach, CA, Coleman, Marvin, 10/04/06
07-DEA-474127, $2,260.00 U.S. Currency, Paramount, CA, Harden, Frederick, 10/04/06
07-DEA-474130, $309,860.00 U.S. Currency, Mira Loma, CA, Reynosa-Verdum, Miguel Angel, 10/05/06
07-DEA-474184, $36,000.00 U.S. Currency, Los Angeles, CA, McFarland, Jameca, 10/02/06
07-DEA-474196, $10,000.00 U.S. Currency, Signal Hill, CA, Hammond, David P., 10/04/06
07-DEA-474204, $13,460.00 U.S. Currency, Signal Hill, CA, Scott, Robin, 10/04/06
07-DEA-474361, $25,097.00 U.S. Currency, Palm Springs, CA, Palm Springs Caregivers, Inc., 10/04/06
07-DEA-474374, Bank of America, Account #20073-41818, VL: $49,232.27, Palm Springs, CA, Palm Springs Caregivers, Inc., 10/06/06
07-DEA-474375, Bank of America, Account #08514-46731, VL: $9,854.76, Palm Springs, CA, Fairfax Care, Inc., 10/06/06
07-DEA-474376, Bank of America, Account #05288-44688, VL: $7,458.05, Palm Springs, CA, Fairfax Caregivers, Inc., 10/06/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-474262, $88,128.00 U.S. Currency, Stockton, CA, Pacheco, Carlos Moreno AKA Moreno, Carlos and Ponce, Aracell AKA Ponce, Maria, 10/11/06
06-DEA-474268, Assorted Marijuana Grow Equipment, VL: $31,037.00, (40) Ballasts; (40) Radiant Reflectors; (40) Universal Cordsets; (40) HP Sodium Light bulbs; (6) Fantech model FKD 12XL fans with filters; (4) 3/4 HP Box fans; (2) Hays; (1) Electrical panel; (1) MJ 1000 water pump, Elk Grove, CA, Unknown, 08/23/06
06-DEA-474276, 2001 Yellow Volkswagen Beetle, 3VWCK21C91M47412, Stockton, CA, Pacheco, Carlos Moreno AKA Moreno, Carlos and Ponce, Aracell AKA Ponce, Maria, 10/11/06
06-DEA-474291, Assorted Marijuana Grow Equipment, VL: $37,455.30, (37) Ballasts; (38) Radiant Reflectors; (38) Universal Cordsets; (38) HP Sodium Light bulbs; (3) Fantech model FKD 12XL fans; (3) Fantech sound attenuators; (3) 3/4 HP box fans; (36) Intakes; (36) reservoirs (tubs); (100) Extension cords; (20) Sections of 10" x 25' ducting; (9) Timers; (20) 6-gal containers of nutrient, Elk Grove, CA, Unknown, 08/23/06
06-DEA-474368, $26,000.00 U.S. Currency, Fresno, CA, Ayala, Tomas Favela, 10/12/06
06-DEA-474457, Miscellaneous Grow Equipment, VL: $33,618.00, (20) Ballasts; (40) Radiant reflectors; (40) Universal Cordsets; (40) HP Sodium Light bulbs; (40) 4x4' trays; (10) 25-gallon reservoirs (tubs); (2) Fantech model FKD 12XL fans; (3) Fantech sound attenuators; (3) Box fans; (100) 50' electrical extension cords; (20) Sections of 10"x25' duct; (10) Timers; (20) 6-gal containers of nutrient, Elk Grove, CA, Truong, Nick, 08/26/06
06-DEA-474468, Miscellaneous Grow Equipment, VL: $20,786.80, (40) Radiant reflectors; (40) HP sodium light bulbs; (21) Ballasts; (1) 4x4' plastic growing tray; (1) MJ 1000 water pump; (1) 25-gallon plastic reservoir (tub); (2) Fantech model fans with filters; (1) Electrical panel; (2) Square aluminum box fans; (3) Ridged metal shop vacuum cleaner; (3) Trays; nothing; (1) Humidifier; (1) Fan, Elk Grove, CA, Truong, Nick, 08/30/06
06-DEA-474473, Miscellaneous Grow Equipment, VL: $55,358.60, (48) Ballasts; (48) Radiant Reflectors; (48) Universal Cordsets; (46) Sodium Light bulbs; (3) Fantech model FKD 12XL fans; (3) 3/4 HP Box fans; (1) 25-gallon Rubbermaid (tub), Elk Grove, CA, ..., 08/28/06
06-DEA-474475, Miscellaneous Grow Equipment, VL: $28,180.45, (21) Ballasts; (30) Radiant Reflectors; (30) ...

06-DEA-474584, $14,946.00 U.S. Currency, Locust Grove, GA, Ortiz, Ramiro Arellano, 10/13/06
06-DEA-474575, $1,990.00 U.S. Currency, Atlanta, GA, Johnson, Jarvis AKA Marshall, Antonio Leonard AKA Jay Boy, 10/19/06
DISTRICT OF HAWAII
06-DEA-474377, $4,560.00 U.S. Currency, Kailua, HI, Kuhns, Shawn Louis Nauoli, 08/26/06
06-DEA-474462, $2,300.00 U.S. Currency, Kailua, HI, Cambra, Daniel, 09/28/06
NORTHERN DISTRICT OF IOWA
06-DEA-474008, 1999 Chevrolet C1500 -V8 Silverado Sportside, 2GCEC19V2X1155496, Sioux City, IA, Ayon, Margarito Nunez, 09/22/06
NORTHERN DISTRICT OF ILLINOIS
06-DEA-474081, $5,985.00 U.S. Currency, Chicago, IL, Sanchez-Sobrevilla, Luis, 09/28/06
07-DEA-474026, Pietro Beretta Model 92F 9mm Semi-Automatic Handgun, Ser No C592958Z, VL: $275.00, Cicero, IL, Gonzalez-Arteaga, Baudelio, 10/02/06
07-DEA-474171, $3,000.00 U.S. Currency, Chicago, IL, Harper, Robert, 10/10/06
SOUTHERN DISTRICT OF INDIANA
06-DEA-474009, Assorted Electronic Equipment, VL: $5,605.00, (1) Samsung HLR6768W 67" DLP Flat Screen HDTV, Ser No AC6A3CKYB01103L; (1) LG 42PC1DA 42" Plasma Flat Screen TV, Ser No 412KTXL00234, Princeton, IN, Armstrong, Michael, 09/27/06
DISTRICT OF KANSAS
06-DEA-473280, Commerce Bank, personal check #1262, VL: $14,900.00, Topeka, KS, Cramm, Paul D., 08/31/06
06-DEA-473928, Assorted weapons and ammunition, VL: $200.00, (1) Mossberg Model 88 12 gauge Shotgun, Ser No MV80104J; (1) Iver Johnson 32 special, Ser No J02175; (1) David Industries D-22 .22 caliber handgun, Ser No mm, Wichita, KS, Miller, Bill, 09/29/06
EASTERN DISTRICT OF KENTUCKY
07-DEA-474016, 2005 Yamaha ATV, JY4AM03Y05C057618, Big Laurel, KY, Minard, James and Minard, Mary, 10/05/06
07-DEA-474036, 2005 Chevrolet Silverado, 2GCEK13T151245520, Big Laurel, KY, Minard, James, 10/05/06
07-DEA-474077, $5,489.50 U.S. Currency, Big Laurel, KY, Minard, James and Minard, Mary, 10/05/06
07-DEA-474382, $10,150.00 U.S. Currency, Lexington, KY, Martinez, Daniel AKA Culo, Chupa, 10/05/06
WESTERN DISTRICT OF KENTUCKY
06-DEA-472943, $3,840.00 U.S. Currency, LaGrange, KY, Alhamdan, Hakeem AKA Alhamdan, Hakeem M., 10/05/06
EASTERN DISTRICT OF LOUISIANA
07-DEA-474241, $18,210.00 U.S. Currency, Edgard, LA, Johnson, Louis, 10/07/06
07-DEA-474246, $363.00 U.S. Currency, Edgard, LA, Johnson, Louis, 10/07/06
07-DEA-474285, Hi-Point Model JHP .45 semi-auto handgun with magazine, Ser No 448480, VL: $100.00, Edgard, LA, Johnson, Louis, 10/07/06
07-DEA-474280, AK-47 Model GP-WASR 7.62X39 Caliber Assault Rifle, Ser No AA-4160-78, VL: $325.00, Edgard, LA, Johnson, Louis, 10/07/06
07-DEA-474321, $1,700.00 U.S. Currency, Vacherie, LA, Jeffery, Travis, 10/07/06
07-DEA-474326, $357.00 U.S. Currency, Vacherie, LA, Jeffery, Trevor, 10/07/06
07-DEA-474408, Smith & Wesson Model SW9F 9mm Handgun, Ser No PAK2984, VL: $320.00, Vacherie, LA, Jeffery, Trevor, 10/07/06
07-DEA-474577, Glock Model 27 .40 Caliber Handgun with magazine, Ser No CDF701, VL: $425.00, River Ridge, LA, Michel, Jermaine, 10/02/06
DISTRICT OF MASSACHUSETTS
06-DEA-473210, $80,030.00 U.S. Currency, Marblehead, MA, Shower, Jacqueline, 09/14/06
06-DEA-473435, 2000 Subaru Forester, JF1SF6357YH732544, Marblehead, MA, Shower, Jacqueline, 09/14/06
06-DEA-473504, $67,500.00 U.S. Currency, Springfield, MA, Zvach, Lisa, 09/15/06
06-DEA-473619, Gentleman's Rolex Watch, VL: $10,775.00, Holyoke, MA, Gofman, Lapreto, 08/20/06
06-DEA-473752, Gold/Silver Colored "Rolex" Watch, VL: $7,000.00, Ser No D576557, Marblehead, MA, Gonzalez Medrano, Jorge, 09/14/06
06-DEA-473910, $16,000.00 U.S. Currency, West Boylston, MA, Walkers, Elizabeth and Williams, Adam, 08/27/06
06-DEA-474213, $357,835.00 U.S. Currency, Boxboro, MA, Ruiz-Cantu, Benjamin, 09/30/06
DISTRICT OF MARYLAND
06-DEA-471419, $10,500.00 U.S. Currency, Baltimore, MD, Walker, Melvin Lamont, 08/09/06
06-DEA-471817, Breitling Watch, (1) SS 18K YG Bracelet "Breitling" Watch with 27 Jewel Chronometer movement S47370204, Ser No 37-471837-001, VL: $6,940.00, Baltimore, MD, Ringgold, Carl Gregory, 08/09/06
06-DEA-473133, $8,493.00 U.S. Currency, Baltimore, MD, West, Cortrese Dennis, 09/18/06
06-DEA-473739, 2001 Lexus LS 430, JTHBN30F710023436, Baltimore, MD, New Market Used Cars and A & A Auto-Rama, 09/27/06
06-DEA-473742, 2000 Toyota Land Cruiser, JT3HT05J0Y0116575, Baltimore, MD, New Market Used Cars and A & A Auto-Rama, 09/27/06
06-DEA-473748, 2002 Cadillac Escalade, 3GYEK63N72G252285, Baltimore, MD, New Market Used Cars and A & A Auto-Rama, 09/27/06
06-DEA-473751, 2006 Toyota Corolla, 2T1BR30E76C585993, Baltimore, MD, New Market Used Cars and A & A Auto-Rama, 09/27/06

06-DEA-474060, $5,840.00 U.S. Currency, Central Islip, NY, Gray, James, 09/21/06
07-DEA-473914, $22,040.00 U.S. Currency, Brooklyn, NY, Espinal, Alexis AKA Espinal, Alex, 10/03/06
07-DEA-474035, $4,800.00 U.S. Currency, West Babylon, NY, Gallman, Keith G. and Bustamante, Tracy Lynn, 10/03/06
07-DEA-474110, 9mm Ruger Handgun, P93 Series, Ser No 303-82830, VL: $575.00, Brooklyn, NY, Espinal, Alexis AKA Espinal, Alex, 10/03/06
NORTHERN DISTRICT OF NEW YORK
06-DEA-474006, 1999 Chrysler Concorde Sedan, 2C3HD46J5XH502043, Hammond, NY, McElwain, Wendy, 09/26/06
06-DEA-474168, $12,470.00 U.S. Currency, Troy, NY, Thompson, Michael, 10/11/06
SOUTHERN DISTRICT OF NEW YORK
06-DEA-472270, $38,120.00 U.S. Currency, Bronx, NY, Belfard, Andre, 08/28/06
06-DEA-472271, $45,980.00 U.S. Currency, New York, NY, Guzman, Alejandro Alberto AKA Guzman, Henry, 08/30/06
06-DEA-473143, Signature Bank, Check #447387963, VL: $6,003.00, New York, NY, Unidentified, 09/14/06
06-DEA-473765, Glock Pistols, Model 27 Mini 40 S&W, .40 caliber, Ser No CCZ171US, VL: $529.00, Bronx, NY, Cathott, Paul C. and Chang, Earl A., 09/27/06
06-DEA-474103, $8,831.00 U.S. Currency, Bronx, NY, Sanchez-Cruz, Robinson, 09/08/06
06-DEA-474283, 1998 Toyota Camry, 4T1BG22K9WU206848, Bronx, NY, Fabal, Carlos, 08/30/06
06-DEA-474738, $2,081.00 U.S. Currency, Bronx, NY, Safaj, Armond, 08/15/06
07-DEA-474018, 1987 Bay-Ray 340 Sundancer, Ser No SERR8431F787, Bronx, NY, Bollankoni, Michael and Barol-Tejada, Ruben And Entamacion, Juan, 10/03/06
07-DEA-474072, Provident Bank, Account #321422743, Check #1162847, VL: $364,798.08, Highland Mills, NY, Marymine Inc, D/B/A Woodbury Pharmacy I, 10/06/06
07-DEA-474078, Provident Bank, Account #10000227837, Check #1168848, VL: $27,151.98, Highland Mills, NY, Ishak, Irene R. and Ishak, Mohor M., 10/08/06
WESTERN DISTRICT OF NEW YORK
06-DEA-473906, $3,918.00 U.S. Currency, Rochester, NY, Kea, Armin L., 10/02/06
06-DEA-474108, $2,200.00 U.S. Currency, Rochester, NY, Marrero, Jose, 10/10/06
06-DEA-474314, $11,260.00 U.S. Currency, Cheektowaga, NY, Turnage II, Douglas T., 10/11/06
06-DEA-474350, $2,662.00 U.S. Currency, Niagara Falls, NY, Joseph, Shayne D. AKA Joseph, Shane, 10/11/06
SOUTHERN DISTRICT OF OHIO
06-DEA-474208, $8,506.00 U.S. Currency, Zanesville, OH, Owen, Gabriel Lee and Vigira, Blanca Elizabeth, 10/13/06
07-DEA-474104, $9,376.00 U.S. Currency, Columbus, OH, Rojo-Bemardino, Hermenegildo, 10/03/06
07-DEA-474111, $13,075.00 U.S. Currency, Columbus, OH, Rojo-Bemardino, Ramon, 10/03/06
07-DEA-474170, 2007 Lexus IS300, JTHBD1R2710023481, Columbus, OH, Munoz, Eddy Antonio AKA Nunz, Eddy, 10/10/06
07-DEA-474247, Llama Mini Max Semi-Automatic Pistol with 8 Rounds of Ammunition, Ser No 71-04-02130-01, VL: $165.00, Columbus, OH, Santana, Francisco Alvario AKA Santana, Francisco A., 10/10/06
07-DEA-474286, Beretta 92 FS 9mm Semi-Auto Pistol with two magazines and 30 rounds of ammunition, Ser No BER355133, VL: $336.00, Blacklick, OH, Nunez, Eddy Antonio AKA Nunz, Eddy, 10/10/06
EASTERN DISTRICT OF PENNSYLVANIA
07-DEA-473994, $59,152.00 U.S. Currency, Folcroft, PA, Screnci, Nicole, 10/01/06
07-DEA-474002, 1999 GMC Yukon SLE, 1GKEK13R2XJ748323, Philadelphia, PA, Hogan, Charles, 10/03/06
07-DEA-474138, $26,184.00 U.S. Currency, Philadelphia, PA, Hogan, Charles, 10/03/06
WESTERN DISTRICT OF PENNSYLVANIA
06-DEA-472709, $2,585.00 U.S. Currency, Pittsburgh, PA, Fields, Sharron, 09/06/06
06-DEA-472714, $13,980.00 U.S. Currency, Pittsburgh, PA, Fields, Sharron, 09/06/06
06-DEA-472718, 2006 Chevrolet Impala, 2G1WD58C069117402, Pittsburgh, PA, Fields, Sharron, 09/06/06
06-DEA-473409, 2005 Chevrolet Avalanche, 3GNEK12Z65G188773, Pittsburgh, PA, Fields, Sharron, 09/06/06
06-DEA-474740, $11,642.00 U.S. Currency, Indiana, PA, Baker, Lawrence Dominique, 10/24/06
DISTRICT OF SOUTH CAROLINA
07-DEA-474139, $35,000.00 U.S. Currency, Myrtle Beach, SC, Waters Jr., Alexander, 10/04/06
07-DEA-474132, 2001 BMW X5, WBAFB3355 1LH19174, Greenville, SC, Mendoza-Navarro, Arturo AKA Rodriguez-Manchaca, Anleoco, 10/18/06
EASTERN DISTRICT OF TENNESSEE
07-DEA-474787, $135,410.00 U.S. Currency, Chattanooga, TN, Kelso, Christopher and Vaun, Sherwynd Arthur and Hines, Don Anton, 10/18/06
07-DEA-474773, $3,000.00 U.S. Currency, Knoxville, TN, Canady, Labron, 10/18/06
MIDDLE DISTRICT OF TENNESSEE
07-DEA-474643, $8,600.00 U.S. Currency, Nashville, TN, Green, Allan, 10/13/06
07-DEA-474651, $6,400.00 U.S. Currency, Nashville, TN, Green, Allen, 10/13/06
WESTERN DISTRICT OF TENNESSEE
07-DEA-474645, 2000 Dodge Ram 3500, 1B7MF33XX ..., Memphis, TN, ...

Revolver, Ser No AOC3348, VL: $810.00, Shoreline, WA, Walmsley, Cobi Dan, 10/12/06
EASTERN DISTRICT OF WISCONSIN
06-DEA-473966, 1988 Chevrolet Pickup Truck, 1GCDC14K4JZ222001, Waukesha, WI, Barrera, Emilio, 09/14/06
06-DEA-474054, $3,800.00 U.S. Currency, Green Bay, WI, Lopez, Melquiades, 09/28/06
06-DEA-474180, $5,780.00 U.S. Currency, Milwaukee, WI, Rodriguez, Domingo, 10/06/06
WESTERN DISTRICT OF WISCONSIN
06-DEA-474074, 2003 GMC Denali Sierra, 1GKEC13V03R316334, Village of Plover, WI, Abraham, Abe C., 10/06/06
SOUTHERN DISTRICT OF WEST VIRGINIA
06-DEA-474081, $43,094.00 U.S. Currency, Eskdale, WV, Fraker, Kathy Raynes, 09/29/06

SECOND NOTICE
LAST DATE TO FILE DECEMBER 28, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-472990, $1,300.00 U.S. Currency, Anchorage, AK, Serrano-Perez, Luis AKA Figueroa-Ramos, Michel, 09/11/06
06-DEA-474099, Assorted Marijuana Grow Equipment, VL: $1,054.58, (2) 120/240 Volt High Pressure Ballast; (2) 1000 Watt Light Bulbs; (1) Home made watering system consisting of copper tubing; (1) Bemis Humidifier, Model 697-400; (1) CUL, Model 3, Utility Submersible Water Pump; (2) Vertical Reflectors, Anchorage, AK, Pozdnink, John Thomas, 09/21/06
MIDDLE DISTRICT OF ALABAMA
07-DEA-474144, $3,542.67 U.S. Currency, Montgomery, AL, Sawyer, Reginald LaShawn, 10/08/06
NORTHERN DISTRICT OF ALABAMA
06-DEA-474115, $11,000.00 U.S. Currency, Birmingham, AL, Walker-Jackson, Marquise Carbolin, 09/28/06
DISTRICT OF ARIZONA
06-DEA-473259, $214,700 U.S. Currency, Yuma, AZ, Unidentified, 09/12/06
CENTRAL DISTRICT OF CALIFORNIA
06-DEA-468827, 1997 Mercury Villager, 4M2DV1111VDJ61404, Santa Ana, CA, Unknown, 08/01/06
06-DEA-471370, $82,120.00 U.S. Currency, Ontario, CA, Maza, Jesus Acosta and Cardenas, Carlos and Rauda, Robarin, 07/27/06
06-DEA-474027, $409,270.00 U.S. Currency, Palm Springs, CA, Cardoza, Gloria Elizabeth, 09/27/06
06-DEA-474041, 1998 BMW 540i, WBADE5327WBV94629, Carritos, CA, Numan, Gregory, 09/22/06
06-DEA-474157, $74,800.00 U.S. Currency, Los Angeles, CA, Carrillo-Lara, Manuel, 09/25/06
06-DEA-474159, 2006 Nissan Frontier SE Crew Cab, 1N6AD07U06C433092, Compton, CA, Chavira, Leandro, 09/27/06
06-DEA-474161, $20,000.00 U.S. Currency, Los Angeles, CA, Mehuel, Raquel, 09/25/06
06-DEA-474184, $73,430.00 U.S. Currency, Riverside, CA, Ortega, Frank Henry, 10/11/06
06-DEA-474199, $1,507.00 U.S. Currency, Los Angeles, CA, Carrillo-Lara, Angel, 09/25/06
06-DEA-474202, $1,500.00 U.S. Currency, Los Angeles, CA, Carrillo-Lara, Manuel, 09/25/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-471877, $95,085.00 U.S. Currency, Modesto, CA, Montes, Ricardo Ruiz AKA Montes, Ricardo, 07/21/06
06-DEA-472868, 2001 Chevrolet Tahoe SUV, 1GNEC13T41R210181, Hanford, CA, Mendoza, Eduardo Martinez AKA Mendoza, Jose Ramirez AKA Ramirez-Mendoza, Jose AKA Ramirez, Jose AKA Martinez Mendoza AKA Marquez, Martin Gomez AKA Luna, Cesar Efrain AKA Lopez, Hector, 08/31/06
06-DEA-473640, 2003 Chevrolet Silverado, 1GCEK19V532247887, Sacramento, CA, Zamora, Francisco, 08/25/06
06-DEA-473701, (1) Man's 18k yellow gold Rolex Wrist Watch, VL: $10,780.00, Nicholas, CA, Hau, Ky Chan, 08/23/06
06-DEA-474027, $11,326.00 U.S. Currency, Rough and Ready, CA, Dupras, Robert Louis, 09/08/06
06-DEA-474025, 2004 Toyota Tundra, 5TBDT44104S464567, Rough and Ready, CA, Dupras, Robert Louis, 09/08/06
NORTHERN DISTRICT OF CALIFORNIA
06-DEA-471904, $389,775.00 U.S. Currency, Gilroy, CA, Le, Khanh Thoi, 08/15/06
06-DEA-472865, $3,000.00 U.S. Currency, San Jose, CA, Nguyen, Tung Duy, 09/27/06
06-DEA-473296, $5,000.00 U.S. Currency, South San Francisco, CA, Gordon, Allan, 09/13/06
06-DEA-473422, Diamond in Ring Setting, VL: $32,770.00, Daly City, CA, Lin, Tong Su, 08/31/06
06-DEA-473800, $3,989.00 U.S. Currency, Santa Rosa, CA, Cervantes, Francisco and Orozco, 09/07/06
07-DEA-474071, 2000 Volkswagen Jetta, 3VWSC29M0YM141710, San Francisco, CA, Estrella-Arroyo, Roberto Carlos, 10/04/06
SOUTHERN DISTRICT OF CALIFORNIA
06-DEA-473629, $4,298.00 U.S. Currency, Lemon Grove, CA, Romero, Rachel, 09/28/06
06-DEA-473643, $1,400.00 U.S. Currency, Lakeside, CA, Munley, Shawn Michael, 09/29/06
06-DEA-473685, 2002 Ford Explorer SUV, 1FMZU72E52ZB09418, Chula Vista, CA, Martinez, Luis Antonio, 09/22/06
...

09/28/06
06-DEA-474372, 2005 Suzuki Motorcycle, JS1VT54A852101094, Houma, LA, Demery, Lak... Porter, Brian, 09/22/06
06-DEA-474598, $3,079.00 U.S. Currency, Houma, ... McGuire, Osama, 09/26/06
07-DEA-474149, $13,500.00 U.S. Currency, Hou... McLeod, Romel, 10/02/06
07-DEA-474176, $3,340.00 U.S. Currency, Harve... Lee, Lakeisha, 10/02/06
07-DEA-474180, $26,900.00 U.S. Currency, Rive... LA, Mitchell, Jermaine, 10/02/06
07-DEA-474181, $212,720.00 U.S. Currency, ... Howard, Kwasei, 09/30/06
DISTRICT OF MASSACHUSETTS
06-DEA-472232, 2002 BMW 745I, WBAGL63492... Danvers, MA, Maldonado, Orlando, 08/10/06
06-DEA-472758, 1989 Kenworth Tractor and 199... Refrigerated Trailer Unit, (1) 1990 Utility RF, VIN# 1UYVS2480SM574008, Trailer, Model SB'S, (1) ... Kenworth Tractor, Vin#1XKAD69X5KS20760, Reve... Callejano, Longoria and Salinas, Alfredo, 08/14/06
06-DEA-473205, $78,200.00 U.S. Currency, Marb... MA, Gonzalez-Medrano, Jorge, 09/14/06
06-DEA-473208, $25,500.00 U.S. Currency, Dorch... MA, Estrada-Lugo, Juan, 08/15/06
06-DEA-473209, $4,041.00 U.S. Currency, Marble... MA, Gonzalez-Medrano, Jorge, 09/14/06
06-DEA-473230, $1,125.00 U.S. Currency, Revere, ... Valencia, Bertha, 08/15/06
06-DEA-473498, 1999 Ford Taurus, 1FAFP53S6X... Lowell, MA, Dominguez-Pena, Amauris, 09/21/06
06-DEA-473504, $150,490.00 U.S. Currency, Spri... MA, Parra, Willie J., 09/15/06
06-DEA-473507, 2001 Ford Econoline Cargo Exten... 1FTNS24L91HB53155, Springfield, MA, Parra, Wil... 09/10/06
07-DEA-473998, $3,000.00 U.S. Currency, Natick, ... O'Neill, Sean, 10/04/06
DISTRICT OF MARYLAND
06-DEA-473584, $4,236.00 U.S. Currency, Eastme... Johnson, Eric, 09/27/06
06-DEA-473705, $11,000.00 U.S. Currency, Oxfor... Brolman, David Edward, 09/08/06
06-DEA-473768, $11,500.00 U.S. Currency, Capito... Heights, MD, Toles Jr., Brenton Lee, 09/22/06
EASTERN DISTRICT OF MICHIGAN
06-DEA-473978, One Man's Tri-Color Diamond Ne... VL: $7,000.00, Canton, MI, Williams, Andre Ivan C...
EASTERN DISTRICT OF MISSOURI
06-DEA-473616, $8,700.00 U.S. Currency, Earth C... Williams, Laquita, 09/27/06
06-DEA-473620, 1998 Mercedes-Benz CLK 320, WDBLJ65GXWF044871, St. Louis, MO, Flowers, ... AKA Dickson, Abdul Dickson, 09/26/06
06-DEA-473871, Assorted Jewelry, VL: $34,700.00, Florissant, MO, Peterson, Nathaniel, 09/19/06
SOUTHERN DISTRICT OF MISSISSIPPI
06-DEA-468718, Assorted Weapons, VL: $750.00, Davis Industries, Model D-9 9MM Caliber Derringer, No D134436; (1) Inter Arms, 357 Caliber Revolver, ... F068509; (1) Charter Arms, .38 Caliber Blue-Color, 1032874; (1) Iver Johnson Model 55-SA .22 Calib... Color, Ser No H90014, Yazoo City, MS, Stewart, Fr... Earl, 03/03/05
EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-474028, $4,542.00 U.S. Currency, Henders... Daniel, Carlton James, 10/05/06
06-DEA-474137, $9,999.00 U.S. Currency, Raleigh, Thomas, Jermaine Lynn and Kennedy, Jocelyn Davi... 10/12/06
MIDDLE DISTRICT OF NORTH CAROLINA
06-DEA-471162, $24,850.00 U.S. Currency, Mount ... NC, Tobler Jr., Weldon Wade AKA Tobler, Toby, 07/2...
06-DEA-473789, 2001 Lexus RS300, JT6GD69551047600, Pinehurst, NC, Johnson, Dav... DeRoy, 09/14/06
06-DEA-473818, First Bank, Account #261010... $10,951.46, Sanford, NC, CAD Construction, LLC, 0...
06-DEA-473822, First Bank, Account #495001780, ... $5,021.62, Sanford, NC, CAD Construction, LLC, CA...
06-DEA-473886, $4,070.00 U.S. Currency, Winston... NC, Allen Jr., Donnie Ray and Nietz, Catherine, 10/0...
06-DEA-473980, $6,000.00 U.S. Currency, Haw Rive... Swinson, Domoko Derell, 10/06/06
06-DEA-474109, $27,413.00 U.S. Currency, Durham... Bell, Emmanuel, 10/11/06
06-DEA-474188, 1997 Ford Expedition, 1FMEU17LXVLB23923, Asheboro, NC, Osorio-Cort... Avelino, 09/05/06
06-DEA-474268, 2002 Land Rover Freelander, SALNY22252A363539, Lexington, NC, Blanco, Ferm... and Pena, Simon Vargas, 10/15/06
06-DEA-474346, 1994 Mercedes Benz SL500, WDBFA67E1RF092000, Asheboro, NC, Osorio-Corte... Avelino, 09/05/06
07-DEA-474272, $4,137.00 U.S. Currency, Greensbo... NC, East Long and East Fashawa, Long, 10/13/06
WESTERN DISTRICT OF NORTH CAROLINA
06-DEA-474013, $9,970.00 U.S. Currency, Cherokee, Watson, Errin Lee, 09/26/06
06-DEA-474179, $4,100.00 U.S. Currency, Hudson, ... Dyer, Johnny Robert, 10/11/06
06-DEA-474256, $4,450.00 U.S. Currency, Charlotte, Seals, Christine, 10/25/06
06-DEA-474276, $7,040.00 U.S. Currency, Charlotte, Davis, Thomas AKA Lipon, Eddie Jahmal, 10/05/06
07-DEA-474291, $49,875.00 U.S. Currency, Conco...

473737

… Lubbock, TX; (1) Kubota MX5000 Tractor with LA 852 Front End Loader, Ser No 50601; (1) King Kutter 6'1/2' Disc Plow, Lubbock, TX, Tijerina, Noel Perales, 09/20/06
06-DEA-473900, 2001 Big Hat Industries Flatbed Trailer, Ser No 4R7BU1820T034485, Lubbock, TX, Tijerina, Noel Perales, 09/20/06
06-DEA-473968, Sony 70" Grand WEGA Rear Projection HDTV, VL: $5,999.99, Ser No 9101373, Lubbock, TX, Tijerina, Noel Perales and Saldana, Ortila, 09/20/06
06-DEA-473972, 42" Sony WEGA HDTV, Ser No 5043968, VL: $1,599.00, Lubbock, TX, Tijerina, Noel Perales and Saldana, Ortila, 09/20/06
06-DEA-473976, Hewlett Packard 20" HDTV Monitor, Ser No DGF545N10644, VL: $549.95, Lubbock, TX, Tijerina, Noel Perales and Saldana, Ortila, 09/20/06
06-DEA-474128, 1999 Ford F150 Truck, 1FTRX17L2XKD27503, Dallas, TX, Cabrera, Jose, 09/27/06
06-DEA-474130, 2003 Dodge Ram 1500 Truck, 1D7HA18D63J518854, Dallas, TX, Cabrera, Jose, 09/27/06
07-DEA-474110, $1,238.00 U.S. Currency, Waxahachie, TX, Smith III, David Paul, 10/02/06
SOUTHERN DISTRICT OF TEXAS
06-DEA-456288, $118,670.00 U.S. Currency, Wharton, TX, Mendoza, Javier Juarez, 04/03/06
06-DEA-472803, $10,297.00 U.S. Currency, Rosenberg, TX, Jaimes, Celso Madero, 08/31/06
06-DEA-472894, 2006 Dodge Ram 2500 P/U, 1D7HU18X55849800, Laredo, TX, Montalvo-Rodriguez, Pedro, 09/08/06
06-DEA-472216, 2005 Kawasaki Jetski & Shore Landr trailer, US-KAW51287L405, (1) 2005 Kawasaki JT1500-A2 STX-15F, Ser No US-KAW61287L405; (1) 2005 Shore Landr TPWG2213W2413, Ser No 1MDKNKK175A519485, Laredo, TX, Hachler, Hector, 09/12/06
06-DEA-473671, 2000 Mercury Grand Marquis, 2MEFM75W8YX608880, Baytown, TX, Villarreal Trevino, Domingo, 09/13/06
06-DEA-473781, 2005 Ford F150 Supercab Truck, 1FTPX12W55FA40131, Laredo, TX, Rodriguez Jr, Raymundo, 09/28/06
06-DEA-473764, (17) Money Orders, VL: $11,000.00, (4) Wal-Mart Money Gram Money Orders, Ser Nos. 5588865178; 5588865179 1; 5588865175; 5502555177; (13) Western Union Money Orders, Ser Nos. 08-297485320; 08-297485322; 08-513149721; 08-513149720; 08-521607187; 08-570479207; 08-567462458; 08-297485321; 08-314306018; 08-314306018; 08-314306019; 08-314306015; 08-314306016, McAllen, TX, Garcia, Ruby, 10/04/06
06-DEA-473953, $3,154.00 U.S. Currency, Front, TX, Chavez-Elizondo, Mario, 09/29/06
06-DEA-473973, 2004 Ford F-130, 1FTRX12W74NB13385, Laredo, TX, Garcia, Nez, 09/27/06
06-DEA-473981, $49,171.00 U.S. Currency, Harlingen, TX, Gonzalez Jr, Gustavo, 10/10/06
06-DEA-473993, 2000 Ford Expedition Eddie Bauer Edition, 1FMPU17L1YLC40588, Laredo, TX, Estrada, Jose Luis, 09/30/06
06-DEA-474123, $78,880.00 U.S. Currency, Harlingen, TX, Silva, Homero, 10/12/06
06-DEA-474313, $61,100.00 U.S. Currency, Harlingen, TX, Ramirez, Jesus Raul, 10/13/06
07-DEA-474116, 2001 Chevrolet C1600 Extended Cab Pickup, 2GCEC19V411235590, Freeport, TX, Durgans III, James, 10/03/06
07-DEA-474154, Texas Dow Employee's Credit Union, Account #36945, Check #288226, VL: $3,727.91, Lake Jackson, TX, Taylor, John Michael, 10/03/06
07-DEA-474174, Texas Dow Employee's Credit Union, Account #31775, Check #288226, Lake Jackson, TX, Durgans III, James, 10/03/06
07-DEA-474356, 1988 Kenworth Dump Truck, 1XKAD29X1KJ503977, Roma, TX, Ramirez-Salinas, Pedro, 10/09/06
07-DEA-474464, 2006 Toyota Rav4, JTMZD33V665039849, Falfurrias, TX, Padilla, Reynaldo, 10/13/06
07-DEA-474461, $4,375.00 U.S. Currency, Falfurrias, TX, Padilla, Reynaldo, 10/13/06
07-DEA-474535, $7,800.00 U.S. Currency, Houston, TX, King, ML, 10/13/06
WESTERN DISTRICT OF TEXAS
06-DEA-470105, O. F. Mossberg .22 Long Bolt Action Rifle, Model 152 with soft black colored gun case,, Ser No None, VL: $85.00, El Paso, TX, Hobart, Joseph M., 09/29/06
06-DEA-472873, $29,900.00 U.S. Currency, Schertz, TX, Atonia, Micham Stephen, 09/25/06
06-DEA-474222, 2005 Dodge Durango, 1D4HD48N05F593483, El Paso, TX, Salazar-Ramirez, Mario Norma, 09/19/06
07-DEA-474014, Walther PPK/S 9mm 380 ACP Semi-Automatic Handgun with 2 Magazines, Ser No S164888, VL: $300.00, San Antonio, TX, Ramirez, Saul, 10/04/06
07-DEA-474126, $80,000.00 U.S. Currency, Midland, TX, Hayden, Joshua Anthony, 10/06/06
07-DEA-474158, $5,820.00 U.S. Currency, El Paso, TX, Odem, Daniel, 10/03/06
07-DEA-474243, 2001 Chevrolet Tahoe, 1GNEK13T11R111155, San Antonio, TX, Ramirez, Saul, 10/04/06
07-DEA-474468, $1,974.00 U.S. Currency, Waco, TX, Reyes, Christopher, 10/13/06
07-DEA-474470, $3,540.00 U.S. Currency, Waco, TX, Jackson, Michael, 10/13/06
DISTRICT OF UTAH
06-DEA-473062, $23,275.00 U.S. Currency, Kearns, UT, Dolorguez-Lopez, Eleodoro, 09/13/06
06-DEA-474182, (2) Assorted Weapons, VL: $105.00, (1) Pietro Beretta Model 84 .380 caliber pistol, Ser No B48120Y; (1) Auto Ordnance Corp. .45 caliber pistol, Ser No ADC20187, St. George, UT, Calderon Ruiz, Jose, 09/21/06
EASTERN DISTRICT OF VIRGINIA
05-DEA-474090, Heritage Manufacturing, Inc. Stealth Shadow C-4000 .40 caliber Pistol, Ser No R05110, VL $255.00, Richmond, VA, Walker, Justin Maddi AKA Walker, Justin AKA Walker, Philz, 09/29/06
07-DEA-474219, Bank of America, Check #5872, Account #004113119586, VL: $11,446.17, Fredericksburg, VA, Luong, David, 10/12/06
WESTERN DISTRICT OF VIRGINIA
06-DEA-473958, $4,475.00 U.S. Currency, Lynchburg, VA, Waller, Jared, 09/22/06
07-DEA-474198, $55,850.00 U.S. Currency, Abingdon, VA, Harrison, Marry Eric AKA Green, Eric, 10/05/06
WESTERN DISTRICT OF WASHINGTON
07-DEA-474600, Assorted Cameras, VL: $2,557.89, (1) Minolta Freedom Zoom, Ser No [illegible]; (1) Pentax PC300, Ser No unk; (1) Canon Sure Shot Owl, Ser No [illegible]; (1) Canon Powershot G3; (1) Sony DCR PC110 Ser No unk; (1) Pentax Optio MX 3.2 Ser No unk; (1) Olympus Digital Camera, Ser No [illegible]; (1) Casio Exilim EX-Z750 Ser No unk; (1) Minolta Dimage Z2, Ser No [illegible], Shoreline, WA, Walmsley, Cole, 10/12/06
07-DEA-474874, Sony Vaio Desktop Computer VGC-V617G, VL: $3,000.00, Ser No VGC-V617G, Marysville, …

CO, Torres, Carlos, 09/05/06
06-DEA-473280, 1993 Acura Legend, JH4KA7660PC013188, Pueblo County, CO, Anaya-Granillo, David AKA Anaya, David AKA Granillo-Anaya, David, 09/12/06
06-DEA-473302, 2001 Mercedes-Benz C320 Sedan, WDBRF64J01F012397, Pueblo County, CO, Moreno-Del Castillo, Jesus, 09/14/06
06-DEA-473308, 1999 Chrysler 300M, 2C3HE66G4XH531045, Sterling, CO, Brands, Jeffrey Dennis, 09/22/06
06-DEA-473605, $15,470.00 U.S. Currency, Sterling, CO, Brandis, Jeffrey Davis, 09/22/06
06-DEA-473777, 2002 Ford F150 Quad Cab, 1FTPW14L82KB42578, Grand Junction, CO, Pena-Cuevas, Cornelio, 09/29/06
06-DEA-473778, $3,700.00 U.S. Currency, Grand Junction, CO, Ornelas-Contreras, Carmen, 09/23/06
06-DEA-473779, $2,705.00 U.S. Currency, Grand Junction, CO, Pena-Cuevas, Cornelio, 09/23/06
06-DEA-473970, 2004 BMW 525i Sedan, WBANA53504B854260, Denver, CO, Hallel, Jenna, 08/19/06
DISTRICT OF CONNECTICUT
06-DEA-474230, $12,043.00 U.S. Currency, New Britain, CT, Cortez, Isabel and Ortiz, Luis, 09/19/06
07-DEA-474015, 1997 Toyota Avalon, 4T1BF12B5VU170256, Stratford, CT, Mora, Marcos, 10/04/06
MIDDLE DISTRICT OF FLORIDA
06-DEA-473492, 2001 Chevrolet Suburban SUV, 3GNEC16T81G117995, Lake City, FL, Wilson Jr., James Louis, 08/28/06
06-DEA-473722, BB&T Cashier's Check #78117380, VL: $250,000.00, Tampa, FL, Viera, David, 09/29/06
06-DEA-473763, $2,072.00 U.S. Currency, Jacksonville, FL, Davis, Omar Jehmorta, 09/18/06
SOUTHERN DISTRICT OF FLORIDA
04-DEA-472325, .38 Caliber Smith and Wesson Revolver, VL: $1.00, Ser No 53208, Miami, FL, Audevert, Guillermo and Audevert, Emma, 09/12/06
MIDDLE DISTRICT OF GEORGIA
06-DEA-468906, $2,640.00 U.S. Currency, Athens, GA, Dunn, Quinton Bernard, 06/05/06
06-DEA-469511, $5,000.00 U.S. Currency, Athens, GA, Evans, Tomeka, 06/05/06
06-DEA-473458, $59,502.00 U.S. Currency, Barnesville, GA, Duncan, DeCarlos Lawrence and Duncan, Gilbert, 09/28/06
NORTHERN DISTRICT OF GEORGIA
06-DEA-473689, 2003 Honda Pilot, 2HKYF18583H577326, Lawrenceville, GA, Chavez, Hector Zaron AKA Valencia, Adan, 09/27/06
06-DEA-473704, Wachovia Bank Official Check #21305 5224, VL: $25,000.00, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473861, 2003 Mercedes-Benz SL500, WDBSK75F43F014529, Norcross, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473894, $49,950.00 U.S. Currency, Marietta, GA, Shirley, Ramona Garcia AKA Shirley, Ramon Garcia AKA Shirley, Ramon Garcia, 10/04/06
06-DEA-474031, $22,700.00 U.S. Currency, Chamblee, GA, Villarreal Jr., Juan Jose, 09/26/06
06-DEA-474064, $4,559.00 U.S. Currency, Atlanta, GA, Brady, Jonathan, 10/05/06
06-DEA-474100, 2006 Suzuki GSX-R750K Motorcycle, JS1GR7KA062103499, Norcross, GA, Watkins, David Scott, 09/14/06
06-DEA-474102, One 14KT White Gold 2.7 Ct Single Diamond Stud Earring, VL: $66,500.00 (1) 1pc 14 Karat white gold bucket setting round cut 1-51 Stud earring 2.70 ct single diamond, Atlanta, GA, Shirley, Ramona Garcia AKA Shirley, Ramon Garcia AKA Shirley Ramon Garcia, 09/19/06
06-DEA-474155, $107,940.00 U.S. Currency, Lithonia, GA, Caballos, Yul Edgar AKA Brand, 09/15/06
06-DEA-474165, $18,240.00 U.S. Currency, McDonough, GA, Jones, Mario L., 10/11/06
06-DEA-474166, 2001 GMC Yukon, 1GKEK13T31J200591, Norcross, GA, Chavez-Manzel, Jose Luis, 09/12/06
06-DEA-474177, $80,580.00 U.S. Currency, Lawrenceville, GA, Arias, Fabian, 09/15/06
06-DEA-474182, 2004 Hummer H2, 5GRGN23U74H114289, Suwanee, GA, Smith, Stephen Douglas AKA Morton, Richard, 09/14/06
06-DEA-474193, 1999 Ford F150, 2FTZF0725XCB05766, Lilburn, GA, Caballos, Yul Edgar AKA Brand, 09/15/06
06-DEA-474194, $6,900.00 U.S. Currency, Ellenwood, GA, Walker, Derrick, 09/15/06
06-DEA-474207, $21,240.00 U.S. Currency, Atlanta, GA, Cook, Amik Arnel, 09/29/06
06-DEA-474212, $51,010.00 U.S. Currency, Atlanta, GA, Renaissance Concourse Hotel, 10/08/06
07-DEA-474217, $743,261.00 U.S. Currency, Atlanta, GA, Jones, Clifford Jermaine, 10/13/06
SOUTHERN DISTRICT OF GEORGIA
06-DEA-474048, $5,505.00 U.S. Currency, Augusta, GA, Poland, Christopher Jermain, 09/27/06
DISTRICT OF HAWAII
06-DEA-474021, Smith and Wesson .38 Handgun, VL: $195.00, Ser No G822, Waipahu, HI, Nicolas, William, 08/29/06
07-DEA-473909, $11,000.00 U.S. Currency, Honolulu, HI, Chillmaster, Shawn, 10/03/06
NORTHERN DISTRICT OF ILLINOIS
06-DEA-473804, $16,000.00 U.S. Currency, Chicago, IL, Arambula, Liliana, 09/25/06
07-DEA-474073, $12,704.00 U.S. Currency, Cicero, IL, Gonzalez-Arteaga, Eduardo, 10/02/06
SOUTHERN DISTRICT OF ILLINOIS
06-DEA-473815, $2,410.00 U.S. Currency, Alton, IL, Musgrove, Miles, 09/26/06
NORTHERN DISTRICT OF INDIANA
06-DEA-473786, 1983 Oldsmobile 98 4Door Sedan, 1G3AW69Y9DM859956, South Bend, IN, Stanley, Celena, 09/15/06
SOUTHERN DISTRICT OF INDIANA
06-DEA-474155, $6,500.00 U.S. Currency, Evansville, IN, Terrell, Joey, 07/23/06
06-DEA-474172, $3,357.00 U.S. Currency, Evansville, IN, Franklin, Detrick, 07/28/06
06-DEA-474551, $47,701.00 U.S. Currency, Indianapolis, IN, Drumm, Aaron, 07/10/06
DISTRICT OF KANSAS
06-DEA-473783, 1999 Chevy 2-71 1500 Crew Cab Lt, 2GCEK19T3X1245708, Kansas City, KS, Rivera-Ortiz, Avelino AKA Enriquez, Alejandro, 09/29/06
EASTERN DISTRICT OF LOUISIANA
06-DEA-472882, 2006 Dodge Charger, 2B3KA53H96H097711, Houma, LA, White, Derrick, 09/26/06
06-DEA-473816, Glock Model 19 Pistol, VL: $845.00, Ser No GZ178US, Reserve, LA, Perrilloux Jr., Melvin J., 09/21/06
06-DEA-478923, Heckler and Koch Model USP Handgun, VL: $2,000.00, Ser No 21-18447, Reserve, LA, Perrilloux Jr., Melvin J., 09/21/06
06-DEA-474112, 2007 GMC Sierra Pickup, 2GTEC13V471145277, Houma, LA, White, Derrick, 09/26/06

DISTRICT OF NEW JERSEY
06-DEA-473655, $52,300.00 U.S. Currency, Jersey City, NJ, Ramirez-Rivas, Noel, 09/17/06
06-DEA-473687, $80,000.00 U.S. Currency, Edison, NJ, Thuong TX Tang, 09/28/06
06-DEA-473680, 1999 Mercedes Benz E430, WDBJF70H3XA817265, Jersey City, NJ, Hoang, Vu V., 09/27/06
DISTRICT OF NEW MEXICO
06-DEA-472812, $17,100.00 U.S. Currency, Tucumcari, NM, Martinez, Jaime, 09/08/06
06-DEA-473996, $26,450.00 U.S. Currency, Albuquerque, NM, Saiz, Jessie, 09/14/06
06-DEA-474223, $20,000.00 U.S. Currency, Socorro, NM, Cortes, Pueblito, 09/22/06
DISTRICT OF NEVADA
06-DEA-473207, 2000 Volkswagen Passat, WVWMA23B9YP430393, Las Vegas, NV, Guzman-Obando, Carlos, 09/17/06
EASTERN DISTRICT OF NEW YORK
06-DEA-473693, 2003 Mercedes Benz C230, WDBRN40J03A386162, Islip, NY, Kim, Thanh, 09/29/06
NORTHERN DISTRICT OF NEW YORK
06-DEA-473758, $6,036.00 U.S. Currency, Schenectady, NY, Figueroa, Robert, 09/22/06
06-DEA-473865, $2,025.00 U.S. Currency, Queensbury, NY, Brown, Benton, 09/27/06
06-DEA-473952, $8,750.00 U.S. Currency, Plattsburgh, NY, Connelly, Brian James, 09/14/06
06-DEA-474212, $6,500.00 U.S. Currency, Binghamton, NY, Scott, Christopher L., 09/29/06
SOUTHERN DISTRICT OF NEW YORK
06-DEA-473115, $2,599.13 U.S. Currency, Middletown, NY, Benavides, Cecil, 09/23/06
06-DEA-473727, $88,000.00 U.S. Currency, New York, NY, Cato, Obed V., 09/06/06
06-DEA-473737, $25,475.00 U.S. Currency, Bronx, NY, Leon, Ronald, 09/04/06
06-DEA-473740, $6,150.00 U.S. Currency, Newburgh, NY, Fennell, George, 09/08/06
06-DEA-473765, $13,605.00 U.S. Currency, Bronx, NY, Chang, Earl A., 09/27/06
06-DEA-473768, $199,000.00 U.S. Currency, Spring Valley, NY, Chang, Earl A., 09/27/06
06-DEA-473796, 2005 Subaru Impreza WRX STi, JF1GD70635L504005, Bronx, NY, Chiang, Earl Anthony, 09/27/06
06-DEA-474075, $14,020.00 U.S. Currency, New York, NY, Rios-Osorio, Raul, 09/20/06
06-DEA-474087, $147,400.00 U.S. Currency, Corona, NY, Rios-Osorio, Raul, 09/20/06
07-DEA-473897, $787,755.00 U.S. Currency, Elmsford, NY, Lopez, Dayel, 10/04/06
07-DEA-473901, $40,350.00 U.S. Currency, New York, NY, Rodriguez, Salvador Arellan, 10/03/06
07-DEA-473911, $7,500.00 U.S. Currency, New York, NY, Osorio, Luis-Fernando, 10/02/06
WESTERN DISTRICT OF NEW YORK
06-DEA-473698, 2004 Harley Davidson FXSTB Night Train Motorcycle, 1HD1BTY164Y076731, Newark, NY, Briggs, Jud and Wetmer, Thomas E. and Briggs, Bridget, 09/27/06
06-DEA-473695, 2000 Toyota Tacoma Pick Up Truck, 4TAWN72N5YZ603999, Newark, NY, Briggs, Jud and Grace, Frank and Briggs, Bridget, 09/27/06
06-DEA-473790, $20,076.00 U.S. Currency, Rochester, NY, Smith, Jason, 10/02/06
06-DEA-473807, $9,593.00 U.S. Currency, Rochester, NY, Kee, Armin L. and Jackson, Nicole, 10/02/06
06-DEA-473821, $8,615.00 U.S. Currency, Town of Niagara, NY, Pzonessa, Michael J., 10/02/06
06-DEA-473839, $2,590.00 U.S. Currency, Niagara Falls, NY, Mitchell, Daniel D. AKA Mitchell, Daniel AKA Michelle, Danco D., 10/02/06
06-DEA-472919, $91,974.00 U.S. Currency, Buffalo, NY, Johnson, Will and Woodard, Lashawn, 09/28/06
06-DEA-473926, 1999 BMW 740, WBAGH8320XDP02279, Buffalo, NY, Johnson, Will and Woodard, Lashawn, 09/28/06
06-DEA-474113, $3,054.00 U.S. Currency, Rochester, NY, Coley, Jonnel, 10/10/06
NORTHERN DISTRICT OF OHIO
06-DEA-473706, $252,297.00 U.S. Currency, Cleveland, OH, Johnson, Edward and Clark, Montoe, 09/22/06
06-DEA-473762, 2002 Ford Explorer XLT, 1FMZU73E22ZA15007, Akron, OH, De La Torre, Michael A AKA Brown, Michael AKA De La Torre, Michael AKA De La Torre, Michael Anthony AKA Tate, Michael D AKA Tate, Michael AKA Tate, Michael A AKA Tate, Michael Anthony, 09/22/06
06-DEA-473805, $8,447.00 U.S. Currency, Cleveland, OH, Green, Ronnie AKA Green, Ronald A AKA Green, Ronnie D. AKA Green, Ronnie Deron AKA Green, R. AKA Green Jr., Ronnie D. AKA Green Jr., R. B., 09/29/06
06-DEA-473899, $83,730.00 U.S. Currency, Cleveland, OH, Figueroa, Nelson AKA Bonas, Shorl M AKA Cano, Carlito AKA Figueroa, Carlito AKA Figuero, Cano AKA Figueroa, Nelson R. AKA Figueroa, Nelson Rafael AKA Hanzen, Masa Rosa AKA Hanzen, Macas AKA Hanzen, Macas AKA Hazen, Macas AKA Martinez, Jose AKA Mata Jr., Hanzen AKA Rojas, Norberto, 09/28/06
06-DEA-473993, $5,000.00 U.S. Currency, Ashland, OH, Bias, Brayan, 09/28/06
06-DEA-474068, 2004 Ford Econoline E150, 1FDRE14L64HB13974, Cleveland, OH, Green, Ronnie AKA Green, Ronald A AKA Green, Ronnie D AKA Green, R. AKA Green, Ronnie D. AKA Green Jr., R. B., 09/26/06
SOUTHERN DISTRICT OF OHIO
06-DEA-473632, 1999 Ford Explorer, 1FMDU32X0XZA48181, Columbus, OH, Orduno-Martinez, Antonio AKA Orduno-Martinez, Tono AKA Martinez, Antonio Dionono AKA Mata, Saul, 09/21/06
06-DEA-473922, $5,945.00 U.S. Currency, Columbus, OH, New, Ronnie Wade, 10/02/06
WESTERN DISTRICT OF OKLAHOMA
06-DEA-473905, Hi Point 9mm SemiAuto Pistol, VL: $100.00, Ser No P062932, Oklahoma City, OK, Henry, Tremaine, 09/25/06
EASTERN DISTRICT OF PENNSYLVANIA
06-DEA-473709, $5,282.00 U.S. Currency, Feasterville, PA, Emmanings, Vonc Cesar, 09/18/06
06-DEA-474031, $27,100.00 U.S. Currency, Philadelphia, PA, Simmons, Eric, 09/09/06
05-DEA-474063, 2002 Indian, Chief Model Motorcycle, 5CDMTE…, Lindenberg, PA, Sugarstricker, Barry, 09/18/06
07-DEA-474094, $9,062.00 U.S. Currency, Philadelphia, PA, Carroll, Russell, 10/12/06
WESTERN DISTRICT OF PENNSYLVANIA
06-DEA-477350, $5,000.00 U.S. Currency, Coraopolis, PA, Underwood, Rachael, 08/22/06
06-DEA-477730, $37,891.00 U.S. Currency, Pittsburgh, PA, Fields, Ervin, 09/16/06
05-DEA-473795, Carl Hermann Fur Coat, VL: $4,500.00, Pittsburgh, PA, Fields, Ervin, 09/16/06
06-DEA-474044, $12,010.00 U.S. Currency, Pittsburgh, PA, Duggers, Nathan, 10/30/06
DISTRICT OF PUERTO RICO
06-DEA-473767, $12,891.00 U.S. Currency, Isla Alto, PR, Velazquez-Martinez, Angel AKA Guzman and Nazario-Cotto, Felipe, 09/27/06

… (1) One grow light fixture with two bulbs; (1) One power Ventilator; (1) One power transformer; (1) Reflective material, Bellingham, WA, Joy, Zachary and Joy, Dan, 10/03/06
EASTERN DISTRICT OF WISCONSIN
06-DEA-470453, $2,300.00 U.S. Currency, Milwaukee, WI, Ghannam, Abdel, 07/13/06
06-DEA-473849, $3,002.00 U.S. Currency, Kenosha, WI, Stainback, Charles Jovan, 10/05/06
06-DEA-473851, $2,758.00 U.S. Currency, Kenosha, WI, Pendergon, James A., 10/05/06

THIRD NOTICE
LAST DATE TO FILE DECEMBER 21, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-472938, $95,100.00 U.S. Currency in Safety Deposit Box #130, Wells Fargo Bank, Dillingham, AK, Mayer, Jeremy, 09/08/06
06-DEA-473297, $252,273.00 U.S. Currency, Tok, AK, Ratliefy, Randell Eric, 09/14/06
06-DEA-473671, Wells Fargo Bank, Account #110-2018341 and Account #750-2532760, VL: $5,117.62, Dillingham, AK, Mayer, Jeremy, 09/22/06
MIDDLE DISTRICT OF ALABAMA
06-DEA-473721, $3,195.00 U.S. Currency, Montgomery, AL, Hale, Lakeita Raymon, 09/28/06
06-DEA-473723, $7,860.00 U.S. Currency, Montgomery, AL, Burdette, Gerard, 09/25/06
EASTERN DISTRICT OF ARKANSAS
06-DEA-473471, 2000 Ford Taurus, 1FAFP5321YG244590, West Memphis, AR, Washington, Joyce, 08/30/06
06-DEA-473710, Assorted Jewelry, VL: $16,575.00, (1) 10K yellow gold fancy 30" link chain with face of Jesus links; (1) 10K yellow gold fancy 0" link bracelet with face of Jesus links; (1) 10K yellow gold cross with 118 round diamonds; (1) Man's diamond cluster ring with 86 baguette shaped diamonds; (1) Man's 10K yellow gold and diamond ring with 38 round diamonds; (1) Man's 14K yellow gold and diamond ring with square top and 9 round diamonds; (1) Man's 10K yellow gold and diamond cluster ring with 10 round diamonds, Coll, AR, Lucas, Dewayne A., 08/25/06
06-DEA-473888, 2005 Dodge Caravan, 1D4GP45R15B177308, Marion, AR, Grandberry, Sandia, 00/28/06
DISTRICT OF ARIZONA
06-DEA-472636, $5,000.00 U.S. Currency, Phoenix, AZ, Harvill, Julian and Harvill, Marcy, 08/22/06
06-DEA-472482, $1,000.00 U.S. Currency, Phoenix, AZ, Hightower, Troy, 08/28/06
CENTRAL DISTRICT OF CALIFORNIA
06-DEA-473570, $365,025.00 U.S. Currency, Highland, CA, Gastallum, Gabriel Sota, 09/20/06
06-DEA-473644, $2,410.00 U.S. Currency, Highland, CA, Gastallum, Gabriel Sota, 09/20/06
06-DEA-473768, 1993 Lexus ES 300, JT8VK13T7P0120253, Murrieta, CA, Siddiqui, Sear Kamal, 09/20/06
06-DEA-473772, $3,763.00 U.S. Currency, Los Angeles, CA, Ramos, Michael Cornelius, 09/27/06
06-DEA-473775, $3,595.00 U.S. Currency, Los Angeles, CA, Nash, Louis, 09/26/06
06-DEA-473802, Bank of America, Cashier's Check #2023293514, VL: $20,000.00, Simi Valley, CA, Duran Sr., Paul Sanchez, 09/27/06
06-DEA-473885, $2,181.00 U.S. Currency, Los Angeles, CA, Edwards, James Diamond, 10/02/06
06-DEA-473836, $3,012.00 U.S. Currency, Los Angeles, CA, Howard, John Lee, 10/03/06
06-DEA-473892, $8,544.00 U.S. Currency, Los Angeles, CA, Johnson, Hirtha Louis, 10/04/06
06-DEA-473927, $2,100.00 U.S. Currency, Los Angeles, CA, Santiago, Cabon, 09/27/06
06-DEA-473944, $20,000.00 U.S. Currency, Los Angeles, CA, Williams, Ronald, 09/25/06
06-DEA-473951, $7,540.00 U.S. Currency, Los Angeles, CA, Marquez, Pedro, 09/25/06
06-DEA-474076, $24,805.00 U.S. Currency, South Gate, CA, Montes-Herrera, Jose M. AKA Montes, Jose, 09/08/06
EASTERN DISTRICT OF CALIFORNIA
06-DEA-473358, 2002 Ford F-150 Truck Harley Davidson, 1FTRW07382KC97150, Tulare, CA, Ceballos, Alvaro, 09/05/06
NORTHERN DISTRICT OF CALIFORNIA
06-DEA-472865, Miscellaneous Grow Equipment, VL: $21,723.20, (6) Lamp Hood /Ballasts /Bulbs; (2) TV Monitors; (1) Squirrel Cage Fan, Pacifica, CA, Liu, Yiu Peng, 09/01/06
06-DEA-472875, Miscellaneous Grow Equipment, VL: $27,277.80, (6) Lights/Ballasts; (44) Lamp Hoods/Ballasts/Bulbs; (4) Filters of various sizes; (1) Filter fan, Daly City, CA, Liu, Yiu Pong, 08/20/06
06-DEA-472883, Miscellaneous Grow Equipment, VL: $22,132.20, (6) Light Ballasts; (36) Grow Lights / Hoods / Ballasts, Daly City, CA, Liu, Yiu Pong, 09/01/06
06-DEA-472885, Miscellaneous Grow Equipment, VL: $20,298.35, (5) Fans; (33) Lamp Hoods/Ballast/Bulbs, Pacifica, CA, Liu, Yiu Pong, 09/01/06
06-DEA-473439, Phoenix Arms Model Raven .25 caliber Semi-Automatic Pistol with Magazine, Ser No 3115208, VL: $20.00, Redway, CA, Diamond, Zachary, 09/13/06
06-DEA-473443, Ruger Model 10/22 Semi-Automatic .17 caliber Rifle with Magazine, Ser No 238-524410, VL: $125.00, Redway, CA, Diamond, Zachary, 09/13/06
06-DEA-473889, Miscellaneous Jewelry/ Precious Items, VL: $83,800.00, (1) Man 18K Yellow Gold Rolex Oyster President Diamond Dial Wristwatch, Ser No S328030; (1) Women 18K Yellow Gold Rolex Oyster President Diamond-Set Wristwatch, Ser No E402100; (1) Women Franck Muller Diamond Wristwatch, Ser No 294; (1) Man 18K Yellow Gold Paul Picot Technicum Automatic Chronograph Wristwatch, Ser No 145; (1) Man 18K Rose Gold IWC Schaffhausen Portuguese Chrono-Automatic Wristwatch, Ser No 2798871; (1) Man 14K Rose Gold Princess Cut Diamond Ring; (1) Women Platinum Radiant and Triangle Cut Diamond Ring; (1) Women 14K Yellow Gold Round Brilliant Diamond Ring; (1) Women 18K White Gold Jade and Trangular Diamond Ring; (1) Women 14K Yellow Gold Radiant Cut Diamond Ring; (1) Man 18K White Gold Jade and Diamond Pave Ring, Hillsborough, CA, Mai, Johnson AKA Mai, Zhi Xiong AKA Mak, Chi Hung and Lee, Lisa AKA Li, Lisa AKA Li, Xiao Ling, 09/10/06
06-DEA-474003, $89,950.00 U.S. Currency, Sonoma, CA, Munoz, Michael, 10/05/06
SOUTHERN DISTRICT OF CALIFORNIA
06-DEA-472975, $1,792.00 U.S. Currency, Escondido, CA, Moreno-Felix, Valentin, 09/15/06
06-DEA-472976, $1,050.00 U.S. Currency, Escondido, CA, Moreno-Felix, Valentin, 09/15/06
06-DEA-473017, $2,556.00 U.S. Currency, Santee, CA, Elkin, Roscoe James, 09/18/06
06-DEA-473134, $1,459.00 U.S. Currency, San Diego, CA, Delgado, Juana Flores, 09/19/06
06-DEA-473164, $5,000.00 U.S. Currency, Valley Center, CA, Dreeles, Dennis John, 09/19/06
06-DEA-473231, $35,200.00 U.S. Currency, San Diego, CA, Lee, Lowell, 09/19/06
06-DEA-473235, $9,000.00 U.S. Currency, San Diego, CA, Jirden, Takisha, 09/19/06
06-DEA-473236, $4,000.00 U.S. Currency, San Diego, CA, Bell, Jordan, 09/19/06

… Diamond Dial Two Tone with Factory Diamond Dial, Ser No N/A; (1) One PC Ladies Movado Watch Stainless Steel, Ser No 5026896; (1) One PC Mens Kenneth Cole Watch with Leather Band and Stainless Case, Ser No F93-03-K81236; (1) One PC Mens Two Tone Seiko Quartz Watch with Dain, Ser No 071845, Lawrenceville, GA, Freeman, Tonny Leo, 09/18/06
06-DEA-473848, 2004 Polaris 500 H.O. Sportsman 4 Wheeler, 4XACH50A44A082701, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473891, 2005 Kawasaki KFX 700 4 Wheeler, JKASVGD1X5B503842, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473918, HP Pavilion ZV6000 Laptop Computer, Ser No CND5391KMC, VL: $649.99, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473920, SunTrust Bank, Account #1000047967442, VL: $23,752.78, Atlanta, GA, Shirley, Ramona Garcia AKA Shirley, Ramon Garcia AKA Shirley, Rameon Garcia, 09/22/06
06-DEA-473981, (10) Assorted Jewelry, VL: $46,250.00, (1) One Mens Rolex with Oyster Perpetual Day Date / White Gold with Platinum Diamond Dial; (1) One Mens Pierre Cardin Watch with Round Cut Diamond Bezel/Swiss Made with Stainless Case; (1) One Mens Breitling Watch with Diamond Bezel / Stainless; (1) One Mens Rolex Yacht Master Watch / Stainless; (1) One Mens Rolex Submariner Watch (Replica); (1) One Mens Rolex Submariner Watch (Replica); (1) One Silver Charm with "S" and Triangle Shape (34.2 gram); (1) One Mens 14KT Two Tone Ring with .75 CT Total Weight of Round Cut Diamonds; (1) One Link Chain Design Silver Chain with 151.0 gram; (1) One Italian Design Silver Chain with 118.0 gram, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473987, 2006 Mercedes-Benz CLS50, WDDDJ76X16A068148, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
DISTRICT OF HAWAII
06-DEA-472636, $195,890.00 U.S. Currency, Honolulu, HI, Kaunaka, John, 08/31/06
NORTHERN DISTRICT OF ILLINOIS
06-DEA-473729, 1998 Ford Explorer Limited, 1FMDU34X2TZA76720, Chicago, IL, Ramirez, Jaime Duran, 09/26/06
SOUTHERN DISTRICT OF ILLINOIS
06-DEA-473332, $23,880.00 U.S. Currency, O'Fallon, IL, Gonzalez, Ezequiel, 09/14/06
06-DEA-473458, $2,160.00 U.S. Currency, Belleville, IL, Bell, Ricky, 09/20/06
SOUTHERN DISTRICT OF INDIANA
06-DEA-473732, $5,800.00 U.S. Currency, Evansville, IN, Worron, LeShaun, 09/27/06
DISTRICT OF KANSAS
06-DEA-473193, $12,800.00 U.S. Currency, Alma, KS, Lundquist, Corey, 09/21/06
06-DEA-473467, $4,024.00 U.S. Currency, Merriam, KS, Solo-Diarto, Eduardo, 09/19/06
06-DEA-473482, $5,102.00 U.S. Currency, Kansas City, KS, Solo-Diarte, Eduardo, 09/19/06
EASTERN DISTRICT OF LOUISIANA
06-DEA-473858, $33,072.00 U.S. Currency, Houma, LA, Porter, Brian and Domeny, Lakia, 09/22/06
06-DEA-473785, $940.00 U.S. Currency, Houma, LA, Clark, Donald, 09/26/06
06-DEA-473806, $11,053.00 U.S. Currency, Kenner, LA, Pham, Phi Phu, 09/28/06
06-DEA-473809, $19,080.00 U.S. Currency, Reserve, LA, Perrilloux Jr., Melvin J., 09/21/06
06-DEA-473840, $36,500.00 U.S. Currency, Kenner, LA, Nguyen, Thomas, 09/28/06
06-DEA-473855, $308.00 U.S. Currency, Houma, LA, Matthews, Maurice, 09/28/06
06-DEA-473877, $70,071.00 U.S. Currency, Houma, LA, White, Derrick, 09/26/06
06-DEA-473890, $565.00 U.S. Currency, Gibson, LA, Bergon, Dwayne, 09/26/06
DISTRICT OF MASSACHUSETTS
04-DEA-472308, 2001 Honda Accord, JHMCG5658X1C017461, Revere, MA, DaLos Santos Pascal, Dario AKA Acevedo, Felipe, 09/15/06
04-DEA-473353, $10,760.00 U.S. Currency, Bourne, MA, Mello, Nathan AKA Roman, Michael A., 09/28/06
06-DEA-473646, 1998 Volvo 70SER, YV1LW56A5W2405575, Peabody, MA, Cabrera, Oscar, 09/18/06
DISTRICT OF MARYLAND
06-DEA-471800, Benny & Co. 4Ct. Floating Diamond Watch, VL: $3,400.00, Waldorf, MD, Bracey, Thomas Louise AKA Bracey, Thomas Louise AKA Bracey, Thomas T. AKA Maccelc, Thomas B. AKA Malolc, Thomas B. AKA Fats, 08/14/06
06-DEA-472785, $32,496.00 U.S. Currency, Baltimore, MD, Brice, James Thomas, 09/18/06
06-DEA-473184, $10,900.00 U.S. Currency, Baltimore, MD, Allen Jr., Vernon, 09/20/06
06-DEA-473303, $9,590.00 U.S. Currency, Salisbury, MD, Barrett, Courtland Oneil, 09/08/06
06-DEA-473510, 2000 Plymouth Grand Voyager SE Minivan, 1P4GP44G5YB521824, Capitol Heights, MD, Tejeda, Felix Ron, 09/15/06
06-DEA-473520, M & T Bank, Account #8837300150, VL: $20,058.85, Baltimore, MD, Whetstone, Robert AKA Robert AKA Whetstone, Robert Dung, 09/22/06
06-DEA-473533, $176,480.00 U.S. Currency, Capitol Heights, MD, Medrano, Eliezer Yeabel, 09/15/06
06-DEA-473538, Bank of America, Account #258004403920539, VL: $17,328.48, Forestville, MD, Middleton, Larry R., 09/11/06
06-DEA-473548, Bank of America, Account #058804483800670, VL: $8,210.04, Forestville, MD, Bryant, Shanda A. AKA Middleton, Shanda A., 09/11/06
06-DEA-473546, $14,237.00 U.S. Currency, Brandywine, MD, Middleton, Larry R., 09/11/06
06-DEA-473552, 2001 BMW 740i Sedan, WBAGG834X1DN85507, Capitol Heights, MD, Verkaro Eliezer Yeabel, 09/15/06
06-DEA-473583, 1999 Ford Explorer SUV, 1FMZU34X0XUD24577, Capitol Heights, MD, Tejeda, Felix Ron, 09/15/06
06-DEA-473655, $20,500.00 U.S. Currency, Baltimore, MD, Brooks, Douglas Andrew AKA Brooks, Douglas McAndrew, 09/22/06
06-DEA-473657, $3,500.00 U.S. Currency, Cockeysville, MD, Brooks, Marquis Antwon and Jacks, Tiffany Danielle, 09/20/06
06-DEA-473675, $17,608.00 U.S. Currency, Towson, MD, Gibson III, John, 09/22/06
EASTERN DISTRICT OF MICHIGAN
06-DEA-473787, $13,550.00 U.S. Currency, Highland Park, MI, Shaba, Robert Adol AKA Shaba, Robert, 09/28/06
06-DEA-473788, $48,385.00 U.S. Currency, Detroit, MI, Robinson, Lawrence Edward AKA Carter, John AKA Robinson III, Lawrence E. AKA Robinson, Lawrence AKA Robinson, Lawrence E., 09/27/06
06-DEA-473837, $13,000.00 U.S. Currency, Romulus, MI, Jason James, 09/30/06
WESTERN DISTRICT OF MICHIGAN
06-DEA-473986, 2000 Jaguar S Type Sedan, SAJDA01C2YFL08045, Grand Rapids, MI, Jarrett, Hijji …

THE WALL STREET

MONDAY, NOVEMBER 27, 2006

**PUBLIC NOTICE**

# LEGAL NOTI

# ATTENTION

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Section 881, becaus[e] or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, HQs Forfeiture Response, P.O. Box 1475, Quantico, Virgini[a] sent via private delivery must be sent to the Asset Forfeiture Section, Office of Operations Management, Drug Enforcement Administration, 2401 Jefferson Davis Highway, Alexandria, Virginia 22301. In addition to, Counsel of the DEA pursuant to Title 18, U.S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property the DEA at either of the addresses noted above. Submissions by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal

FIRST NOTICE
LAST DATE TO FILE JANUARY 11, 2007
PLACE SEIZED, SEIZED FROM, DATE SEIZED

DISTRICT OF ALASKA
06-DEA-475109, $11,590.00 U.S. Currency, Kodiak, AK, Barrett-Weitzel, Orion, 09/22/06
07-DEA-474782, $303,020.00 U.S. Currency, Anchorage, AK, Roberts, Steve Michael and Roberts, Terra Susan, 10/16/06
07-DEA-474844, $8,770.00 U.S. Currency, Anchorage, AK, Roberts, Steve Michael, 10/16/06
07-DEA-474817, Assorted Firearms, VL: $6,795.00, (1) Keltec .223 Caliber Rifle, Ser No NT753; (1) Mossberg 12GA Shotgun, Ser No R603277; (1) DPMS Panther Carbine Rifle, Ser No 27500; (1) Taurus Tracker 627 Handgun, Ser No YG318340; (1) Springfield Pistol SA-XD, Ser No US811709; (1) Winchester Model 88 Rifle, Ser No 212291A; (1) Mossberg 12GA Shotgun, Ser No K110049; (1) Springfield 1911-A1 .45 Pistol, Ser No WW63591; (1) Kimber Tactical Custom II Pistol, Ser No K15188; (1) Taurus PT140 Pistol, Ser No NYH18252; (1) Springfield Pistol SA-XD, Ser No US494056, Anchorage, AK, Roberts, Steve Michael, 10/18/06

SOUTHERN DISTRICT OF ALABAMA
07-DEA-474624, $2,190.00 U.S. Currency, Irvington, AL, Tran, Johnny, 10/13/06
07-DEA-474637, (3) Assorted Handguns, VL: $800.00, (1) Bryco Arms 9MM with clip, Model Jennings Nine, Ser No 1442434; (1) Colt MK IV .380 with Clip, Model Series 80, Ser No RS53836; (1) Intratec 9 MM (TEC-9) with Clip, Model AB-10, Ser No A060258, Irvington, AL, Tran, John and Tran, Johnny, 10/13/06
07-DEA-474663, $5,000.00 U.S. Currency, Saraland, AL, Bonymar-Ruiz, Annabelle Lynn, 10/18/06
07-DEA-474689, $22,400.00 U.S. Currency, Saraland, AL, Gonzalez, Leopoldo Alanis, 10/18/06
07-DEA-474822, $92,995.00 U.S. Currency, Mobile, AL, Licea, Jesus Mauro AKA Licea-Mendez, Jesus Mauro, 10/16/06
07-DEA-474828, 2002 Dodge Dakota Quad Cab SLT, 1B7HL48N02S529215, Mobile, AL, Licea, Jesus Mauro AKA Licea-Mendez, Jesus Mauro, 10/16/06

DISTRICT OF ARIZONA
06-DEA-474021, 1998 Harley Davidson FLSTF Fat Boy Motorcycle, 1HD1BML13WY050409, Tucson, AZ, West, Dennis Michael AKA Axel AKA Sparky, 09/22/06
06-DEA-474122, $199,950.00 U.S. Currency, Phoenix, AZ, Sandoval-Samaniego, Ignacio, 09/20/06
06-DEA-474160, $8,400.00 U.S. Currency, Phoenix, AZ, Sandoval-Samaniego, Ignacio, 09/20/06
07-DEA-474284, 1993 Peterbilt 379 Semi Truck, 1XP5DB9X8PN333394, Nogales, AZ, Joe's Garage, 10/04/06
07-DEA-474288, 1996 Peterbilt Semi Truck, 1XP5DB9X2TD190920, Nogales, AZ, Joe's Garage, 10/04/06
07-DEA-474605, $8,073.00 U.S. Currency, Phoenix, AZ, Dickerson, Melvin T., 10/17/06

CENTRAL DISTRICT OF CALIFORNIA
06-DEA-468253, $160,000.00 U.S. Currency, Long Beach, CA, Gastelum, Candido Madrid, 06/13/06
06-DEA-470131, $10,500.00 U.S. Currency, Anaheim, CA, Garcia, Samuel Valencia and Gonzalez, Rafael Marquez, 06/21/06
06-DEA-470139, 1998 Nissan Sentra, 3N1AB41D5WL043299, Orange, CA, Garcia, Samuel Valencia and Gonzalez, Rafael Marquez, 06/21/06
06-DEA-470145, $21,100.00 U.S. Currency, Anaheim, CA, Hernandez, Uriel and Zaragoza, Hector Enrique, 06/23/06
06-DEA-474882, $2,204.00 U.S. Currency, Los Angeles, CA, Montgomery, James Edward, 10/18/06
06-DEA-474812, $49,821.00 U.S. Currency, Mission Hills, CA, Alon, Oliver, 09/28/06
06-DEA-474817, (2) Washington Mutual Bank Accounts #311-1815149 and #311-1815130, VL: $11,408.68, Los Angeles, CA, Allen, Oliver, 09/28/06
06-DEA-474841, (4) Bank of America, Bank Accounts, VL: $93,884.81, Account #0890-42640; 9897-44773; 2895-44774; 5896-20125, Los Angeles, CA, Kramer, Andrew, 09/20/05
07-DEA-474474, $6,429.00 U.S. Currency, Los Angeles, CA, Branch, Emmonia Dion, 10/09/06
07-DEA-474508, $25,000.00 U.S. Currency, Los Angeles, CA, Carter, Emmett Dee, 10/09/06
07-DEA-474547, $14,808.00 U.S. Currency, Palm Springs, CA, Lowry, Robyn, 10/11/06
07-DEA-474554, $1,709.00 U.S. Currency, Chatsworth, CA, Pomagnano, Joseph, 10/05/06
07-DEA-474614, $20,500.00 U.S. Currency, Ontario, CA, Jimenez, Rogelio Franco, 10/02/06
07-DEA-474620, $9,807.00 U.S. Currency, Garden Grove, CA, Tana, Eddie, 10/05/06
07-DEA-474621, $16,000.00 U.S. Currency, Garden Grove, CA, Nguyen, Norman, 10/05/06
07-DEA-474645, $591.26 U.S. Currency, Westminster, CA, Nguyen, Nodon, 10/05/06
07-DEA-474761, $9,878.02 U.S. Currency, Redondo Beach, CA, Schill, Patrik AKA Schill, Patrick, 10/20/06
07-DEA-474839, $8,840.00 U.S. Currency, Los Angeles, CA, Zackory, Joseph, 10/18/06
07-DEA-474979, $10,000.00 U.S. Currency, Colton, CA, Martin, Jose AKA Marin, Gaudino, 10/05/06

EASTERN DISTRICT OF CALIFORNIA
06-DEA-473362, $8,000.00 U.S. Currency, Fairfield, CA, Payne, Erika Guadalupe AKA Ceballos, Erika G. AKA Ceballos, Erika Payne AKA Ceballos-Alvarez, Erika AKA Corredor, Nicole AKA Matamoros, Marisol G. AKA Matamoros, Marisol Garcia, 09/08/06
06-DEA-474268, Bank of America, Savings Account #01 55905524, VL: $9,023.35, Fresno, CA, Pacheco, Carlos Moreno And Soliz, Gustavo, 10/11/05
06-DEA-474498, 2002 Honda Accord, 1HGCG22592A021497, Elk Grove, CA, Tan, Christy Xin AKA Tan, Shung Xia, 09/14/06
06-DEA-474545, Miscellaneous Grow Equipment, VL: $29,908.40, (25) Ballasts; (51) Radiant Reflectors; (50) Universal Controllers; (50) HP Sodium Light bulbs; (3)

06-DEA-474344, $2,077.00 U.S. Currency, Fort Collins, CO, Himes, Jeffrey, 10/10/06
06-DEA-474346, $2,983.00 U.S. Currency, Fort Collins, CO, Alvarez, Jose R. AKA Membrila-Castillo, Apolonio, 10/10/06
06-DEA-474370, 2005 Mercedes-Benz, WDBRF41J25F588010, Fort Collins, CO, Alvarez, Jose R. AKA Membrila-Castillo, Apolonio, 10/10/06
07-DEA-474342, 2001 Toyota Tundra, 5TBRT34181S207115, Pueblo, CO, Juarez, Benito, 10/14/06

DISTRICT OF CONNECTICUT
06-DEA-474617, $9,300.00 U.S. Currency in Safe Deposit Box #66-2, Bank of America, Torrington, CT, Santiago-Feliz, Hardy, 09/07/06
06-DEA-474628, $2,950.00 U.S. Currency, Torrington, CT, Mulligan, Christen, 09/07/06

DISTRICT OF COLUMBIA
06-DEA-474216, $9,000.00 U.S. Currency, Washington, DC, Swire, Winston Kirk Marvin AKA Swirl, Winston K., 10/04/06

MIDDLE DISTRICT OF FLORIDA
06-DEA-472674, $15,000.00 U.S. Currency, Naples, FL, Rodriguez, Demaris, 09/25/06
07-DEA-474623, 2004 Chevrolet Monte Carlo, 2G1WW12E649304266, Wesley Chapel, FL, Hernandez-Varela, Julio Cesar, 10/12/06
07-DEA-474636, 2003 Lincoln Navigator SUV, 5LMFU27R43LJ16341, Hudson, FL, Hernandez-Varela, Julio Cesar, 10/12/06
07-DEA-474638, $219,936.00 U.S. Currency, Hudson, FL, Rivas-Gastelum, Jose Olegario, 10/12/06
07-DEA-474640, $3,000.00 U.S. Currency, Hudson, FL, Rivas-Gastelum, Jose Olegario, 10/12/06
07-DEA-474642, $20,000.00 U.S. Currency, Wesley Chapel, FL, Alis, Antonia, 10/12/06

NORTHERN DISTRICT OF FLORIDA
07-DEA-474864, $3,200.00 U.S. Currency, DeFuniak Springs, FL, McCaskill, Don Alvin, 10/20/06

SOUTHERN DISTRICT OF FLORIDA
05-DEA-451645, 2005 Yamaha Grizzly 660 4-Wheel ATV, JY4AM03Y36C055248, Miami, FL, Condama, Floudi, 05/03/05
06-DEA-463450, 1974 Piper Navajo, Model# PA-31-350, Aircraft N59908, Tail Number N59908, Serial Number: 1154-88A and 7922-61A Vin Number 31-7652027, Fort Lauderdale, FL, Valera-Velasquez, Oscar A., 02/16/06
06-DEA-469088, $7,130.00 U.S. Currency, Fort Lauderdale, FL, Reyes-Lopez, Sergio, 06/13/06
06-DEA-469090, $21,200.00 U.S. Currency, Ft. Lauderdale, FL, Reyes-Lopez, Sergio, 06/08/06
06-DEA-474010, $4,014.00 U.S. Currency, Okeechobee, FL, Arellano, Antonio, 09/15/06
07-DEA-474189, $164,100.00 U.S. Currency, Boynton Beach, FL, Maglindsi, Angelo, 10/10/06
07-DEA-474803, $45,470.00 U.S. Currency, Miami, FL, Unidentified, 10/21/06
07-DEA-474805, $12,500.00 U.S. Currency, Miami, FL, Unidentified, 10/21/06

MIDDLE DISTRICT OF GEORGIA
07-DEA-475609, $1,102.00 U.S. Currency, Pinehurst, GA, Murphy, Desmond, 10/13/06

NORTHERN DISTRICT OF GEORGIA
06-DEA-473676, 2000 Ferrari 360 Modena F, ZFFYR51B000119410, Alpharetta, GA, Wheel, Jared Robert, 09/14/06
06-DEA-473678, 2006 Maserati Quattroporte Q, ZAMCE39A460024317, Alpharetta, GA, Wheel, Jared Robert, 09/14/06
06-DEA-473797, Gainesville Bank and Trust, Account #249722, VL: $5,981.41, Gainesville, GA, Monster Graffix, LLC, 09/14/06
06-DEA-474175, $1,425.00 U.S. Currency, Atlanta, GA, McCoy, Lionel, 09/11/06
06-DEA-474780, $21,603.00 U.S. Currency, Stockbridge, GA, Jones Jr., Curtis Glenn and Hurt, Terry Wayne, 10/25/05
06-DEA-475144, $19,570.01 U.S. Currency, Norcross, GA, Ruiz, Federico AKA Ruiz-Garcia, Federico, 09/12/06
06-DEA-475149, $1,000.00 U.S. Currency, Norcross, GA, Chavez-Maciel, Jose Luis, 09/12/06
06-DEA-475161, $980.00 U.S. Currency, Norcross, GA, Chavez-Maciel, Jose Luis, 09/12/06
07-DEA-475041, $7,380.00 U.S. Currency, Atlanta, GA, Muhammad, Will, 10/25/06
07-DEA-475045, $4,700.00 U.S. Currency, Atlanta, GA, Smith, Quentin, 10/25/06
07-DEA-475059, $253,500.00 U.S. Currency, Tucker, GA, Sandoval-Mendoza, Gonzalo, 10/20/06

DISTRICT OF HAWAII
07-DEA-474380, $25,000.00 U.S. Currency, Honolulu, HI, Tomasi, Sius, 10/13/06
07-DEA-474538, $105,880.00 U.S. Currency, Honolulu, HI, Corrigan, Nathan Allan, 10/10/05
07-DEA-474656, $16,382.00 U.S. Currency, Haiku, HI, Covich, Michael J., 10/05/06
07-DEA-474658, 2002 BMW 325i Sedan, WBAET37482NG78511, Haiku, HI, Covich, Michael J., 10/05/05
07-DEA-474681, $38,320.00 U.S. Currency, Honolulu, HI, Young, Sarah, 10/18/06
07-DEA-474736, $21,510.00 U.S. Currency, Aiea, HI, Cruz, Hector, 10/10/06
07-DEA-474766, $10,600.00 U.S. Currency, Waipahu, HI, Corlales, Regina, 10/11/06

NORTHERN DISTRICT OF ILLINOIS
06-DEA-473422, 1997 Mitsubishi Eclipse, 4A3AK44Y2VE058827, Chicago, IL, Gomez, Raul, 09/29/06
06-DEA-474518, 2003 Dodge Intrepid, 2B3HD46R0YH103294, Chicago, IL, Gomez, Raul, 09/29/06

SOUTHERN DISTRICT OF ILLINOIS
07-DEA-474501, 2002 Chevrolet Trailer Blazer, 1GNDT13S922245134, Cahokia, IL, Munoz, Deanna AKA Collado, Deanna, 10/10/06
07-DEA-474657, $23,029.00 U.S. Currency, Troy, IL, McCoy, Ronnie F., 10/17/06

NORTHERN DISTRICT OF INDIANA
07-DEA-474418, $63,310.00 U.S. Currency, Lake Station, IN, Guerrero, Jennifer, 10/13/06

7.62 x 39 mm, Ser No 1-20200-2001; (1) Shotgun - Caliber: 12 GA, Ser No R649636, Detroit, MI, Massenburg, Karen Roney, 10/11/06
07-DEA-474610, 1992 Cadillac STS Sedan, 1G6KY5383NU829853, Detroit, MI, Massenburg, Karen Roney, 10/11/06
07-DEA-474622, $46,000.00 U.S. Currency, Detroit, MI, Massenburg, Karen Roney, 10/11/06

DISTRICT OF MINNESOTA
07-DEA-474478, $11,640.00 U.S. Currency, Cokato, MN, Kaysen, Adam Michael, 10/06/06

EASTERN DISTRICT OF MISSOURI
07-DEA-474872, $5,067.00 U.S. Currency, St. Louis, MO, Sims, Lizeth, 10/17/06

WESTERN DISTRICT OF MISSOURI
06-DEA-474124, US Bank Cashiers Check #36262, VL: $9,620.00, Kansas City, MO, Zamarron-Villarreal, Mario Alberto, 10/02/06

SOUTHERN DISTRICT OF MISSISSIPPI
07-DEA-474742, $14,594.00 U.S. Currency, Jackson, MS, Williams, Antony, 10/19/06
07-DEA-474780, $8,024.00 U.S. Currency, Jackson, MS, Scriggs, Jonathan, 10/19/06

EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-476087, $2,680.00 U.S. Currency, Hubert, NC, Frost, Karen and Smith, Cornelia, 09/22/06
06-DEA-476091, $3,298.00 U.S. Currency, Lumberton, NC, Locklear, Steven Carl and Morgan Jr., Jeffery Lee, 09/27/06
06-DEA-475089, Bank of America, Account #000653493084, VL: $80,534.13, Wilmington, NC, Pallet, Carol F. and Ward, Jimmy Waylon, 09/29/06
06-DEA-476112, First Citizen's Bank, Account #003535954316, VL: $7,077.82, Wilmington, NC, Pallet, Carol F. and The Estate of, Ward, Manuel J., 09/29/06
07-DEA-474992, $14,000.00 U.S. Currency, Raleigh, NC, Powell, Clarence Lamont and Bass II, Andrew Louis and Savage, Barry Dechane, 10/25/06

MIDDLE DISTRICT OF NORTH CAROLINA
06-DEA-474442, One Gentleman's Stainless Steel Rolex Watch, VL: $12,000.00, Winston-Salem, NC, Barrall, Archila, 09/18/06
06-DEA-474861, $6,378.00 U.S. Currency, High Point, NC, Shore, Julia, 10/20/06
06-DEA-474924, $1,254.25 U.S. Currency, High Point, NC, Bingham, Jason Daniel, 10/20/06
07-DEA-474884, 1999 Chevrolet Silverado C1500, 2GCEC19T9X1128260, Winston-Salem, NC, Archiba, Sarah, 10/05/06
07-DEA-474918, $4,525.00 U.S. Currency, High Point, NC, Shepperd, Kimberly Dawn, 10/26/06
07-DEA-474969, $14,121.00 U.S. Currency, Kernersville, NC, Ruiz, Eder, 10/04/06
07-DEA-475044, $7,280.00 U.S. Currency, Lexington, NC, Sayles, Jonathan Carlyle, 10/31/06

WESTERN DISTRICT OF NORTH CAROLINA
07-DEA-474631, $3,892.00 U.S. Currency, Asheville, NC, Crooks, Kurtis Lamon AKA Jim, 10/10/06
07-DEA-474774, $8,825.00 U.S. Currency, Charlotte, NC, Benjamin, Whitter, 10/19/06
07-DEA-474960, $31,800.00 U.S. Currency, Polkton, NC, Abrego-Conicoros, Amelia, 10/27/06
07-DEA-475005, 1998 Ford F150, 1FTZX1767WNB51410, Polkton, NC, Abrego-Conicoros, Amelia, 10/27/06

DISTRICT OF NEBRASKA
07-DEA-474858, $2,005.00 U.S. Currency, Lincoln County, NE, Anton, Eric, 10/24/06

DISTRICT OF NEW JERSEY
06-DEA-473894, $196,840.00 U.S. Currency, Paterson, NJ, Ramirez, Fidel Alejandro, 09/28/06
07-DEA-474234, 2003 Mitsubishi Lancer, JA3AJ86E03U078275, Lodi, NJ, Cristobal, Gaudencio, 10/04/06

DISTRICT OF NEW MEXICO
07-DEA-474892, 1996 Great Dane Refrigerated Van Trailer, 1GRAA0621TB140518, Lordsburg, NM, Moore, Frederick, 10/18/06

DISTRICT OF NEVADA
07-DEA-474514, $7,929.00 U.S. Currency, Las Vegas, NV, Garcia, Edna Lizeth, 10/05/06

EASTERN DISTRICT OF NEW YORK
05-DEA-474645, $6,000.00 U.S. Currency, Islip, NY, Ross, Aaron, 09/21/06
06-DEA-474882, $6,860.00 U.S. Currency, Shirley, NY, Friedlander, Bradley, 10/20/06
06-DEA-474891, $54,278.00 U.S. Currency, Brooklyn, NY, Butler, Eric, 09/22/06
07-DEA-474919, $1,670.00 U.S. Currency, Staten Island, NY, Alfieri, Craig, 10/18/06
07-DEA-474920, $3,842.00 U.S. Currency, Staten Island, NY, Alfieri, Craig, 10/18/06

NORTHERN DISTRICT OF NEW YORK
06-DEA-474711, $2,330.00 U.S. Currency, Kingston, NY, McKenzie, Donald AKA McKenzie, Donald, 10/01/06
06-DEA-474778, 2001 Chevrolet Suburban K1500, 3GNFK16T31G143377, Town of Tunn, NY, Wittes, Jason R. And Plender Jr., Stephon, 10/06/06
07-DEA-474340, $8,090.00 U.S. Currency, Kingsbury, NY, Conlan, Christopher, 10/05/06
07-DEA-474363, $22,490.00 U.S. Currency, Kingsbury, NY, Conlon, Christopher, 10/05/06

SOUTHERN DISTRICT OF NEW YORK
06-DEA-474062, 2002 Mercedes S500, WDDNG75J89A287417, Bronx, NY, Foote, Division, 09/19/06
06-DEA-474310, 2003 Mini Cooper, WMWRC33433TE13385, Bronx, NY, Encarnacion, Juan and Baret-Tejada, Ruben, 09/28/06
07-DEA-474151, $11,784.00 U.S. Currency, Bronx, NY, White, Leonard, 10/04/06
07-DEA-474629, $21,005.00 U.S. Currency, New York, NY, Perez, Jose Manuel AKA Diaz-Delpaus, Salvador, 10/17/06
07-DEA-474630, $9,143.00 U.S. Currency, Bronx, NY, Vanegas, Ronald, 10/10/06
07-DEA-474646, $5,671.00 U.S. Currency, Bronx, NY, Marte, Jose Luis, 10/18/06
07-DEA-474028, $190,200.00 U.S. Currency, New York, NY, Henriquez, Edward, 10/21/06

06-DEA-473254, $91,239.00 U.S. Currency, West Jordan, UT, Guzman-Obando, Carlos AKA Guzman-Obando, Carlos, 09/18/06
06-DEA-473293, 2000 Chevrolet Tahoe SUV, 1GNEK13T7YJ194729, West Jordan, UT, Mayo-Freton, Alfonso, 09/18/06
06-DEA-473310, LAL Government .45, Ser No #M00487, VL: $170.00, West Jordan, UT, Guzman-Obando, Carlos AKA Guzman-Obando, Carlos, 09/18/06
06-DEA-473312, Ruger P89 Handgun, Ser No 301-04328, VL: $188.00, West Jordan, UT, Guzman-Obando, Carlos AKA Guzman-Obando, Carlos, 09/18/06
06-DEA-473313, 2000 Toyota Echo, JTDBT1237Y0088955, West Jordan, UT, Guzman-Obando, Carlos AKA Guzman-Obando, Carlos, 09/18/06
06-DEA-473470, $5,006.00 U.S. Currency, Salt Lake City, UT, Silva-Covarrubias, Carlos, 09/20/06
06-DEA-473472, $2,388.00 U.S. Currency, Salt Lake City, UT, Silva-Covarrubias, Carlos, 09/28/06
06-DEA-473487, Bryco Jennings Nine Handgun, Ser No 1489285, VL: $50.00, Salt Lake City, UT, Silva-Covarrubias, Carlos, 09/28/06

EASTERN DISTRICT OF VIRGINIA
07-DEA-474460, $179,940.00 U.S. Currency, Dinwiddie, VA, Marcos-Perez, Salvador and Garcia-Lopez, Julian, 10/16/06
07-DEA-474489, $5,000.00 U.S. Currency, Dinwiddie, VA, Marcos-Perez, Salvador and Garcia-Lopez, Julian, 10/16/06
07-DEA-474505, 2000 Ford Explorer, 1FMZU64E7YZA09029, Dinwiddie, VA, Marcos-Perez, Salvador and Garcia-Lopez, Julian, 10/16/06

WESTERN DISTRICT OF VIRGINIA
06-DEA-474494, $200.00 U.S. Currency, Lynchburg, VA, Harper, Jerry, 09/22/06
07-DEA-474084, 2001 Cadillac DeVille, 1G6KD54Y01U272114, Roanoke, VA, Asberry, Robert Chad, 10/03/06
07-DEA-474389, 2000 Suzuki Hayabusa GSX1300, JS1GW71A8Y2101570, Salem, VA, Impact Paint and Coatings, 10/03/06

DISTRICT OF VERMONT
06-DEA-474512, $4,498.00 U.S. Currency, Winooski, VT, White, Justin, 10/17/06

WESTERN DISTRICT OF WASHINGTON
06-DEA-472772, $33,400.00 U.S. Currency, Kent, WA, Nguyen, Hong Van, 09/06/06
06-DEA-475132, $2,480.00 U.S. Currency, Kent, WA, Nguyen, Hong Van, 09/08/06
07-DEA-474446, $3,818.00 U.S. Currency, Shoreline, WA, Walmsley, Colin, 10/12/06
07-DEA-474648, Assorted Electronic Equipment, VL: $10,678.98, (1) Niko 20" LCD TV, Ser No B5122100120[4]; (1) ViewSonic Widescreen Monitor, Ser No VA2012wb, (1) View Sonic VX900, Ser No 644581; (1) Dual Core Tower, Ser No GX620; (1) Sony Notebook, Ser No VGNFE870G; (2) Compaq & HP Compaq Presario V2000, Ser No V2902XT; (1) Apple Notebook, Ser No AS1711SCH; (1) Acer Aspire 3900 Notebook, Ser No A180-1294; (1) Acer Ferrari 4000 Notebook, Ser No GAML-37, Shoreline, WA, Walmsley, Colin Drew, 10/12/06
07-DEA-474716, Marijuana Grow Equipment, VL: $20,401.20, (35) Future-Brite Digital Ballasts, 1000 Watt, 120 Volt, Ser No NA; (36) Hortilux Horticultural Halide, HPS & Conversion Bulbs, Ser No NA, Kent, WA, Ngo, May T. and Nguyen, Lam AKA Nguyen, Dai Lam, 10/18/06
07-DEA-474728, Marijuana Grow Equipment, VL: $18,320.00, Ser No NA, (8) Ballasts, Ser No; (2) Hortilux 1000 Watts, Ser No; (2) Reflective Shields, Ser No; (16) Hortilux 1000 Watts, Ser No; (16) Ballasts, Ser No; (8) Hortilux 1000 Watts, Ser No; (8) Ballasts, Ser No; (6) Hortilux 1000 Watts, Ser No, Kent, WA, Tran, Thuy Thi, 10/18/06
07-DEA-474738, Marijuana Grow Equipment, VL: $25,847.10, (48) Future-Brite Digital Ballasts, 1000 Watt, 120 Volt, Ser No NA; (34) Hortilux Horticultural Halide, HPS & Conversion Bulbs, Ser No NA, Kent, WA, Nguyen, Tuan Quoc and Hong, Phuoc Quoc, 10/18/06
07-DEA-474788, Marijuana Grow Equipment, VL: $1,243.15, Ser No NA, (6) Stand Alone Fans @ $44.99/ea, Ser No NA; (2) Future Brite Digital Ballasts @ $254.95/ea, Ser No NA; (4) Cutting Sheers @ $15.99/ea, Ser No NA; (12) Timers @ $19.99/ea, Ser No NA; (2) Scales @ $80.00/ea, Ser No NA, Kent, WA, Nguyen, Phong, 10/18/06
07-DEA-474808, Marijuana Grow Equipment, VL: $6,026.02, Ser No NA, (23) Sodium Light Bulbs, @ $105.62/ea, Ser No NA; (2) Hoods/Reflectors, @ $33.95/ea, Ser No NA; (2) Boxed Ventilation Blowers, @ $264.95/ea, Ser No NA; (2) Rolls Mylar Sheeting, @ $37.95/ea, Ser No NA; (1) Utility Water Pump, @ $19.95/ea, Ser No NA; (1) Box 12" ducting, @ $40.95/ea, Ser No NA; (22) Sodium Ballasts, @ $123.23/ea, Ser No NA; (5) containers liquid Fertilizer/Nutrients, Ser No NA, Des Moines, WA, Tran, Minh Sang, 10/18/06
07-DEA-474815, Marijuana Grow Equipment, VL: $3,958.24, Ser No NA, 27 LTG120 LU 1000 Light Bulbs, @ $78.95/ea, Ser No NA; (6) Sunlight Parabolic Reflectors, @ $63.95/ea, Ser No NA; (2) Active Airzone Blowers, @ $109.95/ea, Ser No NA; (26) Ballasts R150HP-120, @ $29.00/ea, Ser No NA; (1) Food Saver, $159.99/ea, Ser No NA, Kent, WA, Thanh, Trinh and Nhin, Khai Van, 10/18/06
07-DEA-474819, Marijuana Grow Equipment, VL: $8,750.50, Ser No NA, (6) Boxes Mylar Reflective Wall Covering, @ $37.95/ea, Ser No NA; (34) Light Bulbs Large, @ $79.95/ea, Ser No NA; (2) Boxes Light Bulbs, @ $73.95/ea, Ser No NA; (7) Stand Alone Fans @ $44.99/ea, Ser No NA; (2) Cage Fans @ $44.99/ea, Ser No NA; (23) Ballasts, @ $123.22/ea, Ser No NA; (6) Timers Large @ $19.95/ea, Ser No NA; (3) Timers Small @ $19.95/ea, Ser No NA; (1) Vent Fan @ $109.95/ea, Ser No NA; (1) Sump Pump @ $19.95/ea, Ser No NA; (1) Switch Box @ $19.95/ea, Ser No NA, Kent, WA, Truong, Charlie, 10/10/06
07-DEA-474829, Marijuana Grow Equipment, VL: $5,885.20, Ser No NA, (1) Box Mylar Reflective Wall Covering, @ $37.95/ea, Ser No NA; (33) Light Bulbs Large @ $79.95/ea, Ser No NA; (2) Cage Fans @ $44.99/ea, Ser No NA; (31) Ballasts, @ $38.77/ea, Ser No ...

model FKD 12XL fans; (4) 3/4 HP Box fans; (1) ...
gallon Rubbermaid (tub), Elk Grove, CA, Liu, Zhi, 0...
06-DEA-474476, Miscellaneous Grow Equipment, V...
$26,180.45, (31) Ballasts; (30) Radiant Reflectors; (3...
Universal Controls; (60) Sodium Light bulbs; (3) Fan...
model FKD 12XL fans; (4) 3/4 HP Box fans; (1) ...
gallon rubbermaid (tub), Elk Grove, CA, Tian, Yan, 0...
06-DEA-474478, Miscellaneous Grow Equipment, VL...
$33,614.15, (31) Ballasts; (50) Radiant Reflectors; (5...
Sodium Light bulbs; (3) Fantech model FKD 12XL fa...
3/4 HP Box fans; (33) Large plastic cultivation trays; (...
Small plastic cultivation trays; (33) 25-gallon reservoir...
Water pumps; (1) Electrical distribution panel; (11) Hu...
pump (6 gallon), Elk Grove, CA, Liu, Zhi, 09/29/06
06-DEA-474609, 2006 Chevrolet Express Van, 1GCFG15X861237368, Elk Grove, CA, Hin, John and Philip, 09/14/06
06-DEA-474522, Miscellaneous Grow Equipment, VL: $21,082.19, (29) Ballasts; (29) Radiant Reflectors; (29) Universal Controls; (29) Sodium Light bulbs; (4) Fantech model FKD 12XL fans; (4) 3/4 HP Box fans; (1) Electrical panel, Elk Grove, CA, Leung, Larry M&A, 09/...
06-DEA-474531, Miscellaneous Grow Equipment, VL: $39,020.10, (40) Radiant reflectors; (40) HP sodium light bulbs; (40) Universal controllers; (40) Ballasts; (39) 4'X4' plastic growing trays; (45) 25-gallon plastic reservoir; (7) Fantech model fans; (4) Fantech sound Attenuators; (3) Sqare, aluminum hot fans; (10) 50' electrical extension cords; (20) sections of 10"X25' duct (10) Timers, Elk Gr... CA, Leung, Larry Man, 09/29/06
06-DEA-474579, Assorted Marijuana Grow Equipment, VL: $27,328.00, (40) Radiant Reflectors (Grow Lights) at $124.95 each; (40) HPS Light Bulbs at $119.95 each; (4... Ballasts at $321.95 each; (1) 4'X8' Plastic Growing Trays at $90.00 each; (1) 25 Gallon Plastic Reservoirs (Tubs) at $25.00 each; (4) Fantech Model Fans at $780.00 each; (... Square, Aluminum Box Fan at $400.00 each; (1) MJ 10... Water Pump at $20.00 each; (1) Electrical Distribution Panel at $195.00 each, Elk Grove, CA, Tam, Jason, 09/29/06
06-DEA-474603, $2,406.81 U.S. Currency, Elk Grove, CA, Vu, Philip, 09/14/06
07-DEA-474358, $37,060.00 U.S. Currency, Visalia, CA, Vizcarra, Andres, 10/04/06

NORTHERN DISTRICT OF CALIFORNIA
06-DEA-474066, $2,984.00 U.S. Currency, San Jose, CA, Tumon, Richard Joseph, 10/06/06
06-DEA-474205, 1984 Black Lotus Sedan, JTBUF11E..., San Jose, CA, Lo, Khanh Trieu, 09/27/06
06-DEA-474220, 2000 Dodge Durango SUV, 1B4HS28Z1YF278095, Petaluma, CA, Slater, Terry Lee, 09/13/06
06-DEA-474224, 2002 BMW K1200 RS Motorcycle, WB10557AX2ZG33680, Petaluma, CA, Slater, Terry Lee, 09/13/06
06-DEA-474234, $5,861.00 U.S. Currency, San Jose, CA, Vu, Huyen Van, 09/27/06
06-DEA-474270, $37,000.00 U.S. Currency, San Jose, CA, Lo, Khanh Trieu, 09/27/06
06-DEA-474327, 1996 Mercedes Benz E320, WDBJF65F8WA59..., San Jose, CA, Vu, Huyen Van, 09/27/06
06-DEA-474352, Panasonic High Definition Plasma Television, VL: $3,000.00, Model# 50PX60U, Ser No LC8150048, San Jose, CA, Lo, Khanh Trieu, 09/27/06

SOUTHERN DISTRICT OF CALIFORNIA
07-DEA-472870, $480,052.00 U.S. Currency, Winterhaven, CA, Cordova-Gonzalez, Jose David AKA Cordova, David Gonzalez, 10/03/06
07-DEA-472885, $18,218.00 U.S. Currency, National City, CA, Sandoval, Francisco Javier, 10/04/06
07-DEA-473132, 1998 Chevrolet Camaro, 2G1FP22K5W2117326, Winterhaven, CA, Cordova-Gonzalez, Jose David AKA Cordova, David Gonzalez, 10/03/06

DISTRICT OF COLORADO
06-DEA-473841, $8,000.00 U.S. Currency, Denver, CO, Weaver, Mark, 09/19/06
06-DEA-473847, $9,075.00 U.S. Currency, Denver, CO, Weaver, Mark, 09/19/06
06-DEA-473849, $9,052.00 U.S. Currency, Denver, CO, Armitage, Sarah, 09/13/06
06-DEA-473980, Hydroponic Marijuana Grow Equipment, VL: $7,200.00, (1) metal hood with ballast and high wattage bulb, Aurora, CO, Eisele, David, 09/19/06
06-DEA-473988, 2003 Range Rover HSE, SALME11463A129133, Denver, CO, Hau, Thanh, 09/19/06

DISTRICT OF DELAWARE
06-DEA-473982, $10,020.00 U.S. Currency, Laurel, DE, Brummel, Jeremy, 09/26/06
07-DEA-474236, 2000 GMC Yukon Utility SLE, 1GKEK13T2YJ105373, Delmar, DE, Palmer, Lester, 10/08/06

MIDDLE DISTRICT OF FLORIDA
05-DEA-446661, Cash/Currency in lieu of $20,777.41 in Sun #15545 Duncan D. Ser No NA, New Port Richey, FL, Prisbel, Christopher M., 04/20/05
06-DEA-474152, $8,846.00 U.S. Currency, Sanderson, FL, Mays, Jamaal, 10/16/06

NORTHERN DISTRICT OF FLORIDA
06-DEA-474082, $20,130.00 U.S. Currency, White Springs, FL, Juarez-Carrera, Victor, 08/29/06

SOUTHERN DISTRICT OF FLORIDA
06-DEA-473847, $1,700.00 U.S. Currency, Homestead, FL, Cruz, Felipe Castillo and Perez, Andry Cruz, 09/20/06
06-DEA-474211, 2004 Chevrolet Tahoe SUV, 1GNEC13T14R227994, Miami, FL, Delos-Santos, Emmanuel, 09/14/05
07-DEA-473867, $50,000.00 U.S. Currency, Ft. Lauderdale, FL, Unidentified, 10/04/06
07-DEA-474059, $2,000.00 U.S. Currency, Miami, FL, Swedling, Anthony, 10/05/06
07-DEA-474237, 1974 Piper PA-31T Cheyenne, Tail Number N...

72906
06-DEA-474807, 2000 Chevrolet Tahoe, 3GNEK12T0YJ174756, St. Louis, MO, Tovar, Alonzo, 9/20/06
06-DEA-474354, $3,836.00 U.S. Currency, St. Louis, MO, Arias-Gutierrez, Marcelo, 10/11/06
06-DEA-474379, $8,237.00 U.S. Currency, St. Louis, MO, Perez-Suarez, Alberto, 10/17/06
06-DEA-474529, $14,340.00 U.S. Currency, High Ridge, MO, Robertson, Regina Noel, 10/16/06
WESTERN DISTRICT OF MISSOURI
06-DEA-473814, 2003 Nissan Frontier, 1N6ED29X33C447704, Springfield, MO, Craig, Lynda, 07/28/06
06-DEA-474627, $38,730.00 U.S. Currency, Springfield, MO, Charles, Brian, 10/11/06
SOUTHERN DISTRICT OF MISSISSIPPI
06-DEA-474548, $8,340.00 U.S. Currency, Moss Point, MS, Owens, Joseph, 10/13/06
EASTERN DISTRICT OF NORTH CAROLINA
06-DEA-474304, $109,949.00 U.S. Currency, Henderson, NC, DeSimone, Alexander R., 10/16/06
06-DEA-474331, 1998 Ford Mustang Convertible, 1FAFP45X7WF220539, Raleigh, NC, Yanira-Lopez, Elvia, 09/22/06
06-DEA-474393, 2000 Ford Mustang Convertible, 1FAFP4447YF174026, Rolesville, NC, Yanira-Lopez, Elvia, 09/22/06
06-DEA-474397, $13,500.00 U.S. Currency, Roseboro, NC, Alvarez, Jose Dolores and Escalante, Edwin, 10/11/06
06-DEA-474409, 1997 Chevrolet Malibu LS, 1G1NE52M0V6139092, Warsaw, NC, Nava, Rodrigo Astorga, 09/20/06
06-DEA-474684, 2000 Ford Mustang, 1FAFP4041YF120159, Fayetteville, NC, Navarro, Miguel Ambrose AKA Contreras, Miguel, 09/22/06
06-DEA-474690, $5,495.00 U.S. Currency, New Bern, NC, Doherty, Bernadette Michelle and Johnson, Benjamin Stoen, 09/13/06
06-DEA-474772, $117,970.00 U.S. Currency, Smithfield, NC, Lara, Roberto A., 10/25/06
MIDDLE DISTRICT OF NORTH CAROLINA
06-DEA-473512, $43,310.00 U.S. Currency, Winston-Salem, NC, Archila, Samuel, 09/18/06
06-DEA-473513, 2004 BMW 645Ci Convertible, WBAEK73484B321170, Winston-Salem, NC, Archila, Samuel, 09/18/06
06-DEA-473516, 2005 Nissan Titan Pick Up, 1N6BA07B45N583587, Winston-Salem, NC, Archila, Samuel, 09/18/06
06-DEA-474286, $8,955.21 U.S. Currency, China Grove, NC, Cowan, Shannon Sanchez, 10/17/06
06-DEA-474403, $2,670.25 U.S. Currency, Winston Salem, NC, Hairston, Edwin Dorel, 10/17/06
06-DEA-474465, $259,875.00 U.S. Currency, Lexington, NC, Villarreal, Ernesto Chepa And Zuniga, Rond Humberto, 10/18/06
06-DEA-474477, Lady's Rolex Oyster Total Yellow Gold Watch, VL: $16,750.00, Charlotte, NC, O'Connor, Nakeisha, 8/20/06
06-DEA-474480, 2005 Kawasaki EX250 Motorcycle, JKAEXMF125DA15430, Charlotte, NC, O'Connor, Nakeisha, 09/20/06
06-DEA-474481, 2005 Honda CBR1000RRS Motorcycle, JH2SC57415M101209, Charlotte, NC, O'Connor, Nakeisha, 8/20/06
06-DEA-474482, 2004 Land Rover Range Rover, SALME11444A148272, Charlotte, NC, O'Connor, Nakeisha, 9/20/06
06-DEA-474485, $4,442.00 U.S. Currency, Winston Salem, NC, Richardson, David Kawica, 10/20/06
07-DEA-474490, $12,150.00 U.S. Currency, Durham, NC, Young, Michael Anthony AKA Heard-Young, Michael Anthony, 10/16/06
07-DEA-474737, $5,195.00 U.S. Currency, Sanford, NC, Fox, Chonta Valdez and Fox, Chavez Martinez and Fox, Sarcom Javalle, 10/23/06
WESTERN DISTRICT OF NORTH CAROLINA
06-DEA-474298, $4,560.00 U.S. Currency, Charlotte, NC, Rivera, Leonard Lorenzo, 09/28/06
07-DEA-474514, 2006 Suzuki GSXR100 Motorcycle, JS1GT78A62107174, Asheville, NC, Flores, Arsenio AKA A., 10/13/06
07-DEA-474580, 1964 Chevrolet Impala (Customized Low Rider), 41847J125812, Asheville, NC, Carrillo, Victor Manuel-Hernandez, 10/18/06
07-DEA-474612, $2,971.14 U.S. Currency, Boone, NC, Vinton, Joshua Anthony, 10/20/06
07-DEA-474616, $2,720.00 U.S. Currency, Boone, NC, Ford, Stanley Siegmund, 10/20/06
07-DEA-474625, $3,200.00 U.S. Currency, Asheville, NC, Miguel, Marco Antonio, 10/10/06
DISTRICT OF NEBRASKA
07-DEA-474226, $1,460.00 U.S. Currency, South Sioux City, NE, Phimmasone, Thiphaphone, 10/04/06
07-DEA-474289, $1,097.00 U.S. Currency, Omaha, NE, Rubio-Guerrero, Andrea, 10/04/06
07-DEA-474325, $2,578.00 U.S. Currency, South Sioux City, NE, Gutierrez, Marcelo, 10/04/06
07-DEA-474394, $16,480.00 U.S. Currency, Lincoln County, NE, Lineburger, Steven, 10/13/06
07-DEA-474463, $11,000.00 U.S. Currency, Dakota County, NE, Gutierrez, Minerva and Ramos, Norma, 10/11/06
DISTRICT OF NEW HAMPSHIRE
06-DEA-474007, 2000 Dodge Dakota Truck, 1B7GG2AN8YS785124, Weare, NH, Smith, Prentice, 10/10/06
DISTRICT OF NEW MEXICO
06-DEA-474417, $13,000.00 U.S. Currency, Albuquerque, NM, Sandoval, Jodie, 10/06/05
06-DEA-474434, $5,031.00 U.S. Currency, Albuquerque, NM, Hollman, Diane, 10/06/06
06-DEA-474472, $16,575.00 U.S. Currency, Albuquerque, NM, McNiven, William, 10/13/06
DISTRICT OF NEVADA
06-DEA-472686, $9,000.00 U.S. Currency, Las Vegas, NV, Morgan, Donnavan, 08/30/06
06-DEA-472603, $885.00 U.S. Currency, Las Vegas, NV, Morgan, Donnavan, 08/30/06
06-DEA-473713, $14,000.00 U.S. Currency, Las Vegas, NV, Perez Robles, Everisto, 09/15/06
07-DEA-474256, $2,873.00 U.S. Currency, Las Vegas, NV, Mendez-Morales, Robert, 10/03/06
07-DEA-474484, 1991 Lexus LS Sedan, JT8UF11E4M0076778, Las Vegas, NV, Camacho-Medina, Gerardo Caoum, 10/03/06
07-DEA-474541, $35,180.00 U.S. Currency, Las Vegas, NV, Sanford, Glenn, 10/10/06
EASTERN DISTRICT OF NEW YORK
06-DEA-473904, $4,800.00 U.S. Currency, Flushing, NY, Cubano-Sierra, Yaneth and Serena, Eduardo, 09/26/06
06-DEA-474060, $5,640.00 U.S. Currency, Central Islip, NY, Gray, James, 09/21/06
07-DEA-473914, $22,040.00 U.S. Currency, Brooklyn, NY, Espinal, Alexis AKA Espinal, Alex, 10/03/06
07-DEA-474086, $4,900.00 U.S. Currency, West Babylon, NY, Gorman, Keith G. and Bustamante, Tracy Lynn, 10/03/06
07-DEA-474110, 9mm Ruger Handgun, P93 Series, Ser No 303-32936, VL: $575.00, Brooklyn, NY, Espinal, Alexis AKA Espinal, Alex, 10/03/06
NORTHERN DISTRICT OF NEW YORK
06-DEA-474001, 1999 Chrysler Concorde Sedan,

1FTRX17LZXKE57803, Dallas, TX, Cabrera, Jose, 09/27/06
06-DEA-474130, 2003 Dodge Ram 1500 Truck, 1D7HA18D83S316654, Dallas, TX, Cabrera, Jose, 09/27/06
07-DEA-474118, $1,338.00 U.S. Currency, Waxahachie, TX, Smith II, David Paul, 10/07/06
SOUTHERN DISTRICT OF TEXAS
06-DEA-466268, $118,670.00 U.S. Currency, Wharton, TX, Mendoza, Javier Juarez, 04/03/06
06-DEA-472802, $10,292.00 U.S. Currency, Rosenberg, TX, Jaimes, Celso Medina, 08/31/06
06-DEA-472884, 2006 Dodge Ram 2500 P/U, 1D7HU182X6S649603, Laredo, TX, Montalvo-Rodriguez, Pedro, 09/08/06
06-DEA-473216, 2005 Kawasaki Jetski & Shore Landr trailer, US-KAW51287L405 (1) 2005 Kawasaki JT1500-A2 STX-15F, Ser No US-KAW51287L405 (1) 2005 Shore Landr 1PWC2218W2413, Ser No 1MDKNKK175A013465, Laredo, TX, Hechler, Hector, 09/12/06
06-DEA-473871, 2000 Mercury Grand Marquis, 2MEFM75W8YX605680, Baytown, TX, Villareal-Trevino, Domingo, 09/13/06
06-DEA-473761, 2005 Ford F150 Supercab Truck, 1FTRX12W65FA40131, Laredo, TX, Rodriguez Jr., Raymundo, 09/29/06
06-DEA-473764, (17) Money Orders, VL: $11,000.00, (4) Wal-Mart Money Gram Money Orders, Ser Nos 556060178; 556665172; 556665175; 556665177; (13) Western Union Money Orders, Ser Nos 08-297485320; 08-297485322; 08-513149721; 08-513149720; 08-321607187; 08-678479207; 08-587482498; 08-297485321; 00-314306018; 08-314306019; 08-314306017; 08-314306016; 08-314306016, McAllen, TX, Garcia, Ruby, 10/24/06
06-DEA-473863, $3,154.00 U.S. Currency, Freer, TX, Chavez-Elizondo, Mario, 09/29/06
06-DEA-473978, 2004 Ford F-150, 1FTRX12W74NB13365, Laredo, TX, Garcia, Alex, 09/27/06
06-DEA-473991, $49,171.00 U.S. Currency, Harlingen, TX, Gonzalez Jr., Gustavo, 10/10/06
06-DEA-473993, 2000 Ford Expedition Eddie Bauer Edition, 1FMRU17L1YLC40598, Laredo, TX, Estrada, Jose Luis, 09/30/06
06-DEA-474123, $28,880.00 U.S. Currency, Harlingen, TX, Silva, Homero, 10/12/06
06-DEA-474316, $61,100.00 U.S. Currency, Harlingen, TX, Ramirez, Jesus Raul, 10/18/06
07-DEA-474116, 2001 Chevrolet C1500 Extended Cab Pickup, 2GCEC19V411251350, Freeport, TX, Durgana III, James, 10/03/06
07-DEA-474154, Texas Dow Employee's Credit Union, Account #35845, Check #286225, VL: $3,727.01, Lake Jackson, TX, Taylor, John Michael, 10/03/06
07-DEA-474174, Texas Dow Employee's Credit Union, Account #31775, Check #286226, Lake Jackson, TX, Durgana III, James, 10/02/06
07-DEA-474358, 1989 Kenworth Dump Truck, 1XKAD29X1KJ516977, Rome, TX, Ramirez-Salinas, Pedro, 10/09/06
07-DEA-474494, 2006 Toyota Rav4, JTMZD33V865009048, Falfurrias, TX, Padilla, Reynaldo, 10/13/06
07-DEA-474461, $4,775.00 U.S. Currency, Falfurrias, TX, Padilla, Reynaldo, 10/13/06
07-DEA-474536, $7,000.00 U.S. Currency, Houston, TX, King, Mc., 10/13/06
WESTERN DISTRICT OF TEXAS
06-DEA-470105, O. F. Mossberg .22 Long Bolt Action Rifle, Model 152 with golf black colored gun case., Ser No None, VL: $85.00, El Paso, TX, Hobert, Joseph M., 08/29/06
06-DEA-473873, $20,900.00 U.S. Currency, Schertz, TX, Alaniz, Michael Stephen, 09/25/06
06-DEA-474222, 2005 Dodge Durango, 1D4HB48N05F593483, El Paso, TX, Salazar-Ramirez, Maria Norma, 09/15/06
07-DEA-474014, Walther PPK/S 9mm.380 ACP Semi Automatic Handgun with 2 Magazines, Ser No 5164888, VL: $300.00, San Antonio, TX, Ramirez, Saul, 10/04/06
07-DEA-474126, $65,050.00 U.S. Currency, Midland, TX, Hayden, Joshua Anthony, 10/06/06
07-DEA-474158, $5,020.00 U.S. Currency, El Paso, TX, Odom, Daniel, 10/05/06
07-DEA-474243, 2001 Chevrolet Tahoe, 1GNEK13T11R111155, San Antonio, TX, Ramirez, Saul, 10/04/06
07-DEA-474468, $1,974.00 U.S. Currency, Waco, TX, Reyes, Christopher, 10/13/06
07-DEA-474470, $3,540.00 U.S. Currency, Waco, TX, Jackson, Michael, 10/13/06
DISTRICT OF UTAH
06-DEA-473052, $23,325.00 U.S. Currency, Kearns, UT, Bojorquez-Lopez, Eleodoro, 09/13/06
06-DEA-474152, (2) Assorted Weapons, VL: $405.00, (1) Pietro Beretta Model 84 .380 caliber pistol, Ser No B49120Y, (1) Auto Ordnance Corp .45 caliber pistol, Ser No AOC35187, St. George, UT, Calderon-Ruiz, Jose, 09/21/06
EASTERN DISTRICT OF VIRGINIA
06-DEA-474020, Heritage Manufacturing, Inc. Stealth Shadow C-4000 .40 caliber Pistol, Ser No 805116, VL: $250.00, Richmond, VA, Walker, Justin Mandel AKA Walker, Justin AKA Walker, Pistle, 09/29/06
07-DEA-474218, Bank of America, Check #5672, Account #004113139686, VL: $11,448.17, Purcellville, VA, Luong, Dawd, 10/12/06
WESTERN DISTRICT OF VIRGINIA
06-DEA-473898, $4,476.00 U.S. Currency, Lynchburg, VA, Webb, Jared, 09/22/06
07-DEA-474182, $55,850.00 U.S. Currency, Abingdon, VA, Harrison, Marty Eric AKA Green, Eric, 10/05/06
WESTERN DISTRICT OF WASHINGTON
07-DEA-474550, Assorted Cameras, VL: $2,957.69, (1) Minolta Freedom Zoom, Ser No 170038566725; (1) Pentax PC300, Ser No unk; (1) Canon Sure Shot Owl, Ser No 170013398891; (1) Canon Powershot G1; (1) Sony DCR PC 110, Ser No unk; (1) Pentax Optio MX 3.2, Ser No unk; (1) Olympus Digital Camera, Ser No 220027221627; (1) Casio Exilim EX-Z75C, Ser No unk; (1) Minolta Dimage Z2, Ser No 12000635439, Shoreline, WA, Walmsley, Colin Dale, 10/12/06
07-DEA-474874, Sony Vaio Desktop Computer VGC-V617G, VL: $3,000.00, Ser No VGC-V617G, Marysville, WA, Clohom, Kenneth D., 10/18/06
07-DEA-474883, Smith & Wesson Model 657 Large Frame Revolver, Ser No ADC3348, VL: $613.00, Shoreline, WA, Walmsley, Colin Dale, 10/12/06
EASTERN DISTRICT OF WISCONSIN
06-DEA-473988, 1988 Chevrolet Pickup Truck, 1GCDC14K4J2222001, Waukesha, WI, Barrera, Emilio, 09/14/06
06-DEA-474054, $3,300.00 U.S. Currency, Green Bay, WI, Lopez, Medaridas, 09/26/06
06-DEA-474190, $5,780.00 U.S. Currency, Milwaukee, WI, Rodriguez, Domingo, 10/06/06
WESTERN DISTRICT OF WISCONSIN
06-DEA-474074, 2003 GMC Denali Sierra, 1GKEK13V93R111554, Village of Plover, WI, Abraham, Abe C., 10/06/06
SOUTHERN DISTRICT OF WEST VIRGINIA
06-DEA-474001, $43,064.00 U.S. Currency, Eskdale, WV, Finley, Kathy Rennea, 09/22/06

THIRD NOTICE
LAST DATE TO FILE DECEMBER 28, 2006
PLACE SEIZED, SEIZED FROM, DATE SEIZED

MIDDLE DISTRICT OF FLORIDA
06-DEA-473492, 2001 Chevrolet Suburban SUV, 3GNEC16T61G117995, Lake City, FL, Wilson Jr., James Louis, 08/28/06
06-DEA-473722, BB&T Cashier's Check #78117089, VL: $250,000.00, Tampa, FL, Vione, David, 09/29/06
06-DEA-473763, $2,072.00 U.S. Currency, Jacksonville, FL, Davis, Omar Johmoris, 09/18/06
SOUTHERN DISTRICT OF FLORIDA
06-DEA-472925, .38 Caliber Smith and Wesson Revolver, VL: $1.00, Ser No 53308, Miami, FL, Audevert, Guillermo and Audevert, Emma, 09/12/06
MIDDLE DISTRICT OF GEORGIA
06-DEA-469505, $2,640.00 U.S. Currency, Athens, GA, Dunn, Quinton Bernard, 06/05/06
06-DEA-469517, $5,000.00 U.S. Currency, Athens, GA, Evans, Tameka, 06/05/06
06-DEA-473858, $59,502.00 U.S. Currency, Barnesville, GA, Duncan, DeCarlos Lawrence and Duncan, Gilbert, 09/20/06
NORTHERN DISTRICT OF GEORGIA
06-DEA-473688, 2003 Honda Pilot, 2HKYF185X3H577326, Lawrenceville, GA, Chavez, Hector Zarco AKA Valencia, Adan, 09/27/06
06-DEA-473784, Wachovia Bank Official Check #213855224, VL: $25,000.00, Duluth, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473961, 2003 Mercedes-Benz SL500, WDBSK75F43F014328, Norcross, GA, Smith, Stephen Douglas AKA Morton, Richard Edwin, 09/14/06
06-DEA-473984, $49,950.00 U.S. Currency, Marietta, GA, Shirley, Ramona Garcia AKA Shirley, Ramon Garcia AKA Shirley, Ramon Garcia, 10/04/06
06-DEA-474031, $22,700.00 U.S. Currency, Chamblee, GA, Villarreal Jr., Juan Jose, 09/28/06
06-DEA-474084, $4,559.00 U.S. Currency, Atlanta, GA, Brady, Jonathan, 10/06/06
06-DEA-474100, 2006 Suzuki GSX-R750K Motorcycle, JS1GR7KA062105499, Norcross, GA, Watkins, David Scott, 09/14/06
06-DEA-474102, One 14KT White Gold 2.7 Ct Single Diamond Stud Earring, VL: $88,500.00 (1) 1ea 14 Karat white gold basket setting round cut 1-Stud earring 2.70 ct single diamond, Atlanta, GA, Shirley, Ramona Garcia AKA Shirley, Ramson Garcia AKA Shirley Ramon Garcia, 09/19/06
06-DEA-474133, $107,940.00 U.S. Currency, Lilburn, GA, Caballos, Yul Edgar AKA Brandi, 09/15/06
06-DEA-474165, $18,240.00 U.S. Currency, McDonough, GA, Jonns, Manu L., 10/11/06
06-DEA-474166, 2001 GMC Yukon, 1GKEK13T31J200981, Norcross, GA, Chevez-Maciel, Jose Luis, 09/12/06
06-DEA-474177, $88,500.00 U.S. Currency, Lawrenceville, GA, Ariza, Fabian, 09/15/06
06-DEA-474182, 2004 Hummer H2, 5GRGN23U74H114299, Suwanee, GA, Smith, Stephen Douglas AKA Morton, Richard, 09/14/06
06-DEA-474193, 1999 Ford F150, 2FTZF0735XCB05706, Lilburn, GA, Caballos, Yul Edgar AKA Brandi, 09/15/06
06-DEA-474124, $8,900.00 U.S. Currency, Ellenwood, GA, Walker, Darrick, 09/15/06
06-DEA-474207, $21,240.00 U.S. Currency, Atlanta, GA, Cook, Amlk Amal, 09/29/06
06-DEA-474232, $51,010.00 U.S. Currency, Atlanta, GA, Renaissance Concourse Hotel, 10/06/06
07-DEA-474217, $743,261.00 U.S. Currency, Atlanta, GA, Jones, Clifford Jermaine, 10/13/06
SOUTHERN DISTRICT OF GEORGIA
06-DEA-474044, $8,505.00 U.S. Currency, Augusta, GA, Roland, Christopher Jermain, 09/27/06
DISTRICT OF HAWAII
06-DEA-474021, Smith and Wesson .38 Handgun, VL: $195.00, Ser No 6822, Waipahu, HI, Hiolas, William, 09/29/06
07-DEA-478909, $11,000.00 U.S. Currency, Honolulu, HI, Chilmatan, Shawn, 10/03/06
NORTHERN DISTRICT OF ILLINOIS
06-DEA-473804, $16,000.00 U.S. Currency, Chicago, IL, Arrambide, Liliana, 09/25/06
07-DEA-474073, $12,704.00 U.S. Currency, Cicero, IL, Gonzalez-Arteaga, Baudelio, 10/02/06
SOUTHERN DISTRICT OF ILLINOIS
06-DEA-473815, $4,410.00 U.S. Currency, Alton, IL, Musgraves, Miles, 09/25/06
NORTHERN DISTRICT OF INDIANA
06-DEA-473786, 1983 Oldsmobile 98 4Door Sedan, 1G3AW69Y9DM859156, South Bend, IN, Sconiers, Felisha, 09/15/06
SOUTHERN DISTRICT OF INDIANA
06-DEA-471466, $8,600.00 U.S. Currency, Evansville, IN, Terrell, Joey, 07/28/06
06-DEA-471472, $3,387.00 U.S. Currency, Evansville, IN, Franklin, Derrick, 07/28/06
06-DEA-471651, $47,701.00 U.S. Currency, Indianapolis, IN, Drumm, Aaron, 07/30/06
DISTRICT OF KANSAS
06-DEA-473783, 1999 Chevy Z-71 1500 Crew Cab LL, 2GCEK19T3X1245702, Kansas City, KS, Rivera-Ortiz, Avelino AKA Enriquez, Alejandro, 09/20/06
EASTERN DISTRICT OF LOUISIANA
06-DEA-472862, 2006 Dodge Charger, 2B3KA53H8EH222711, Houma, LA, White, Darrick, 09/26/06
06-DEA-473918, Glock Model 19 Pistol, VL: $545.00, Ser No GZ176US, Reserve, LA, Pernillour Jr., Melvin J., 09/21/06
06-DEA-473923, Heckler and Koch Model MP5 Handgun, VL: $2,000.00, Ser No 21-18447, Reserve, LA, Pernillour Jr., Melvin J., 09/21/06
06-DEA-474112, 2007 GMC Sierra Pickup, 2GTEC13V471145227, Houma, LA, White, Derrick, 09/26/06
06-DEA-474117, 2006 Dodge Charger, 2B3KA53H16H347895, Houma, LA, Clark, Donald, 09/20/06
06-DEA-474372, 2005 Suzuki Motorcycle, JS1VT54A452101094, Houma, LA, Dinnery, Lakia and Porter, Brian, 09/22/06
06-DEA-474598, $3,879.00 U.S. Currency, Houma, LA, McGuire, Ogama, 09/28/06
07-DEA-474149, $13,500.00 U.S. Currency, Harvey, LA, McLeod, Romel, 10/02/06
07-DEA-474176, $3,340.00 U.S. Currency, Harvey, LA, Lee, Lakeisha, 10/02/06
07-DEA-474183, $96,900.00 U.S. Currency, River Ridge, LA, Mitchell, Jermaine, 10/02/06
07-DEA-474191, $212,720.00 U.S. Currency, Gretna, LA, Howard, Kwasc, 09/30/06
DISTRICT OF MASSACHUSETTS
06-DEA-472282, 2002 BMW 745I, WBAGL63482DP52912, Danvers, MA, Maldonado, Orlando, 08/16/06
06-DEA-472738, 1999 Kenworth Tractor and 1995 Refrigerator Trailer Unit, (1) 1995 Util RF, VIN# 1UYVS24805U574000, Trailer, Model SD 3, (1) 1999 Kenworth Tractor, Vin#1XKAD59X5XJ820760, Revere, MA, Castellano, Longoria and Salinas, Alfredo, 08/14/06
06-DEA-473205, $75,230.00 U.S. Currency, Marblehead, MA, Gonzalez-Medrano, Jorge, 07/14/06
06-DEA-473208, $25,500.00 U.S. Currency, Dorchester, MA, Estrada-Lugo, Juan, 08/15/06
06-DEA-473209, $4,041.00 U.S. Currency, Marblehead, MA, Gonzalez-Medrano, Jorge, 07/14/06
06-DEA-473226, $1,105.00 U.S. Currency, Revere, MA

Scott, [illegible], 09/28/06
SOUTHERN DISTRICT OF NEW YORK
06-DEA-473116, $2,589.19 U.S. Currency, Middletown, NY, Brownridge, Cecil, 08/23/06
06-DEA-473727, 189,000.00 U.S. Currency, New York, NY, Collo, Obed V., 08/06/06
06-DEA-473737, $25,475.00 U.S. Currency, Bronx, NY, Leon, Ronald, 09/04/06
06-DEA-473744, $8,150.00 U.S. Currency, Newburgh, NY, Fennell, George, 09/06/06
06-DEA-473766, $13,605.00 U.S. Currency, Bronx, NY, Chang, Earl A., 09/27/06
06-DEA-473769, $199,000.00 U.S. Currency, Spring Valley, NY, Chang, Earl A., 09/27/06
06-DEA-473796, 2005 Subaru Impreza WRX STi, JF1GD70635L504005, Bronx, NY, Chang, Earl Anthony, 09/27/06
06-DEA-474073, $14,020.00 U.S. Currency, New York, NY, Rios-Osorio, Raul, 09/20/06
06-DEA-474087, $147,480.00 U.S. Currency, Corona, NY, Rios-Osorio, Raul, 09/20/06
07-DEA-473887, $767,765.00 U.S. Currency, Elmhurst, NY, Lopez, Dayid, 10/04/06
07-DEA-473901, $40,350.00 U.S. Currency, New York, NY, Rodriguez, Salvador Arellan, 10/03/06
07-DEA-473911, $7,000.00 U.S. Currency, New York, NY, Osorio, Luis-Fernando, 10/02/06
WESTERN DISTRICT OF NEW YORK
06-DEA-473693, 2004 Harley Davidson FXSTB Night Train Motorcycle, 1HD1BTY184Y076731, Newark, NY, Briggs, Jud and Weimer, Thomas E. and Briggs, Bridget, 09/27/06
06-DEA-473696, 2000 Toyota Tacoma Pick Up Truck, 4TAWN72N5YZ683992, Newark, NY, Briggs, Jud and Green, Frank and Briggs, Bridget, 09/27/06
06-DEA-473799, $23,675.00 U.S. Currency, Rochester, NY, Slatin, Jason, 10/02/06
06-DEA-473807, $9,593.00 U.S. Currency, Rochester, NY, Kee, Armin L. and Jackson, Nicola, 10/02/06
06-DEA-473821, $6,615.00 U.S. Currency, Town of Niagara, NY, Pronesse, Michael J., 10/02/06
06-DEA-473838, $2,530.00 U.S. Currency, Niagara Falls, NY, Mitchell, Dorico D. AKA Mitchell, Donell AKA Mitchello, Dorico D., 10/12/06
06-DEA-473919, $91,974.00 U.S. Currency, Buffalo, NY, Johnson, Will and Woodard, Lashawn, 09/28/06
06-DEA-473925, 1999 BMW 740, WBAGH8330XDP02279, Buffalo, NY, Johnson, Will and Woodard, Lashawn, 09/28/06
06-DEA-474112, $3,054.00 U.S. Currency, Rochester, NY, Coley, Johnell, 10/10/06
NORTHERN DISTRICT OF OHIO
06-DEA-473706, $252,207.00 U.S. Currency, Cleveland, OH, Johnson, Edward and Clark, Monteen, 09/20/06
06-DEA-473782, 2002 Ford Explorer XLT, 1FMZU77E22A15007, Akron, OH, De La Torre, Michael A. AKA Brown, Michael AKA De La Torre, Michael AKA De La Torre, Michael Anthony AKA La, Michael D. AKA Tate, Michael AKA Tate, Michael A. AKA Tate, Michael Anthony, 09/22/06
06-DEA-473805, $6,447.00 U.S. Currency, Cleveland, OH, Green, Ronnie AKA Green, Ronald A. AKA Green, Ronnie D. AKA Green, Ronnie Darren AKA Green, R. AKA Green Jr., Ronnie D. AKA Green Jr., R. B., 09/29/06
06-DEA-473899, $83,790.00 U.S. Currency, Cleveland, OH, Figueroa, Nelson AKA Renta, Shadi M.AKA Cano, Canito AKA Figueroa, Canito AKA Figuera, Cano AKA Figueroa, Nelson R. AKA Figueroa, Nelson Rafael AKA Hanzon, Masa Rosa AKA Hanzen, Maans AKA Hanzoz, Masns AKA Hazen, Maans AKA Martinez, Joel AKA Masa Jr., Ranzen AKA Rojas, Norberto, 09/25/06
06-DEA-473989, $5,000.00 U.S. Currency, Ashland, OH, Blas, Brayan, 09/26/06
06-DEA-474088, 2004 Ford Econoline E150, 1FDRE14L64HB13974, Cleveland, OH, Green, Ronnie AKA Green, Ronald A. AKA Green, Ronnie D. AKA Green, Ronnie Darren AKA Green, R. AKA Green Jr., Ronnie D. AKA Green Jr., R. B., 09/28/06
SOUTHERN DISTRICT OF OHIO
06-DEA-473623, 1999 Ford Explorer, 1FMDU32X0XZA48181, Columbus, OH, Orduna-Martinez, Antonio AKA Orduna-Martinez, Tono AKA Martinez, Antonio Drohono AKA Nieto, Saul, 09/21/06
06-DEA-473922, $5,043.00 U.S. Currency, Columbus, OH, Nnaw, Ronald Wade, 10/05/06
WESTERN DISTRICT OF OKLAHOMA
06-DEA-473903, Hi Point 9mm Semi-Auto Pistol, VL: $100.00, Ser No P063932, Oklahoma City, OK, Henry, Tramale, 08/25/06
EASTERN DISTRICT OF PENNSYLVANIA
06-DEA-473709, $6,392.00 U.S. Currency, Downingtown, PA, Samaniego, Mario Cesar, 09/18/06
06-DEA-474081, $27,100.00 U.S. Currency, Philadelphia, PA, Summers, Eric, 09/05/06
06-DEA-474083, 2002 Indian, Chief Model, Motorcycle, 5CDMTB51675004742, Landenberg, PA, Sydenstricker, Barry, 08/18/06
07-DEA-474004, $9,002.00 U.S. Currency, Philadelphia, PA, Carter, Russell, 10/02/06
WESTERN DISTRICT OF PENNSYLVANIA
06-DEA-472350, $5,000.00 U.S. Currency, Greensburg, PA, Unidentified, 08/22/06
06-DEA-472730, $37,891.00 U.S. Currency, Pittsburgh, PA, Fields, Erica, 08/06/06
06-DEA-473785, Carl Hermann Fur Coat, VL: $4,500.00, Pittsburgh, PA, Fields, Erica, 09/06/06
06-DEA-474044, $12,010.00 U.S. Currency, Pittsburgh, PA, Duggins, Nathan, 09/30/06
DISTRICT OF PUERTO RICO
06-DEA-473767, $12,891.00 U.S. Currency, Toa Alta, PR, Valentin-Narvaez, Angel AKA Gavilan and Narvaez-Colon, Felipe, 09/03/06
06-DEA-473813, $25,765.00 U.S. Currency, Carolina, PR, Rivera-Garcia, Hector and Delmonte-Rodriguez, Gisela, 09/21/06
06-DEA-472958, $29,022.00 U.S. Currency, Carolina, PR, Morales, Robert, 09/19/06
DISTRICT OF SOUTH CAROLINA
06-DEA-473811, $4,077.00 U.S. Currency, Georgetown, SC, Gasque, Antwan Terrell, 10/04/06
06-DEA-474057, AMT Automag III .30 Caliber Carbine Pistol, VL: $335.00, Ser No A04435, Bufton, SC, Steed, Robert Clayton AKA Snead, Rob, 09/20/06
MIDDLE DISTRICT OF TENNESSEE
06-DEA-473879, $44,000.00 U.S. Currency, Antioch, TN, Kendall, Tommy D. AKA Butler, Richard, 09/27/06
07-DEA-474231, $5,440.00 U.S. Currency, Nashville, TN, Haltom, Byron Leonard, 10/05/06
EASTERN DISTRICT OF TEXAS
06-DEA-473550, 2001 Ford F350 Super Duty Pickup, 1FTWW33F01EC20208, Dallard, TX, Moseley, Stacy Dean, 09/19/06
06-DEA-473728, $13,118.00 U.S. Currency, Beaumont, TX, Corbin, Michael Anthony, 09/13/06
NORTHERN DISTRICT OF TEXAS
06-DEA-473107, 2005 Suzuki GSXR1000 Motorcycle, JS1GT76A002105031, Terrell, TX, Garcia Jr., Antonio, 09/14/06
06-DEA-473741, 2005 Chevrolet Silverado C2500 Pickup, 1GCHK23U85F869487, Lubbock, TX, Thoma, Noel Perales, 09/20/06
06-DEA-472749, 1998 Fleetwood Wilderness Travel Trailer, 1ED1H2823W4079053, Lubbock, TX, Thoma, Noel Perales, 09/20/06
06-DEA-473757, $302,430.00 U.S. Currency, Lacy Lakeview, TX, Smith-Sevin, Maria Del Refugio and