# Exhibit D



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 10, 2007

BY CERTIFIED MAIL
Daniel T. Mentzer, Esq.
Mentzer & Higgins, LLP.
901 Sheridan Avenue
Bronx, New York 10451

                Re:  United States v. $25,475
                         07 Civ. 2802

Dear Mr. Mentzer:

      This letter is to advise you that on April 6, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced sum pursuant to 21 U.S.C. § 881(a)(6) as property involved in the proceeds of narcotics trafficking. A copy of the complaint in this action is enclosed.

      Should your clients wish to contest the forfeiture, they must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (20) days after filing a claim, your clients must file their answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the property.

                                              Respectfully,

                                              MICHAEL J. GARCIA
                                              United States Attorney
                                              Southern District of New York

                                              By: _____
                                              ANNA E. ARREOLA
                                              Assistant United States Attorney
                                              Tel. No.: (212) 637-2218

Enclosure

cc:    Ronald Leon        (By Mail)
       Patricia Murray    (By Mail)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Daniel T. Mentzer, Esq.
Street, Apt. No.; or PO Box No.: Mentzer & Higgins, LLP.
901 Sheridan Avenue
City, State, ZIP+ 4: Bronx, New York 10451

PS Form 3800, January 2001    See Reverse for Instructions

7001 0360 0003 4412 4575

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Daniel T. Mentzer, Esq.
   Mentzer & Higgins, LLP.
   901 Sheridan Avenue
   Bronx, New York 10451

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*   B. Date of Delivery 4/12/07

C. Signature
X Jcelsa Gonzalez    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered     ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number *(Copy from service label)*
   7001 0360 0003 4412 4575

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952