UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                         ORDER
            - v -                    :

$25,475.00 IN UNITED STATES          :   07 Civ. 2802 (LMM)
CURRENCY,
                                     :
            Defendant-in-rem.
------------------------------------X

      1. The Government's motion for default judgment is dismissed without prejudice.

      2. Any claim by Ronald Leon and/or Patricia Murray contesting forfeiture of the defendant *in rem* must be filed with the Clerk of the Court no later than 30 days of the date of this Order and must comply with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Dated:   New York, New York
         August 18, 2008

                                    SO ORDERED:


                                    _____
                                    HONORABLE LAWRENCE M. McKENNA
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK